IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
SPRINGFIELD DIVISION

| | |
|---|---|
| JANET S. HOEFS, | ) |
|       Plaintiff, | ) 04-CV-30015-KPN |
| v. | ) |
| CACV OF COLORADO, LLC, J.A. CAMBECE LAW OFFICE, P.C., and J. ANTHONY CAMBECE, | ) |
|       Defendants. | ) |

FILED
CLERK'S OFFICE

'04 FEB -5 A 10: 37

U.S. DISTRICT COURT
DISTRICT OF MASS

FILING FEE PAID:
RECEIPT # 305499
AMOUNT $ 50.00
BY DPTY CLK MGh
DATE 2/5/04

## MOTION FOR ADMISSION PRO HAC VICE

Plaintiff hereby requests permission for Heather Piccirilli to appear pro hac vice in the above-referenced case. The attorney is a member in good standing of the United States District Court for the Northern District of Illinois. She neither resides nor maintains an office for the practice of law within the State of Massachusetts. Christopher M. Lefebvre has been actively involved in this case from the beginning and will continue to be. He will attend all court hearings and will accept service on all documents.

Respectfully submitted,

_(signature)_
Christopher M. Lefebvre
LAW OFFICES OF CLAUDE
    LEFEBVRE & SONS
P.O. Box 479
Pawtucket, RI 02862
(401) 728-6060
(401) 728-6534 (FAX)
B.B.O. #629256

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| JANET S. HOEFS, | ) | |
| | ) | |
| Plaintiff, | ) | 04-CV-30015-KPN |
| | ) | |
| v. | ) | |
| | ) | |
| CACV OF COLORADO, LLC, | ) | |
| J.A. CAMBECE LAW OFFICE, P.C., and | ) | |
| J. ANTHONY CAMBECE, | ) | |
| | ) | |
| Defendants. | ) | |

FILED
CLERK'S OFFICE

U.S. DISTRICT COURT
DISTRICT OF MASS.

## AFFIDAVIT OF ATTORNEY HEATHER PICCIRILLI

I, Heather Piccirilli, declare under penalty of perjury, as provided for by the laws of the United States (28 U.S.C. §1746) that the following statements are true:

1. I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice. I have been admitted to practice in Illinois since 2002.

2. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

3. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Executed at Chicago, Illinois, on January 29, 2004

_Heather Piccirilli_
Heather Piccirilli

Subscribed and sworn before me this
29th day of January, 2004

_Jeffrey Becker_
Notary Public

Official Seal
Jeffrey Becker
Notary Public State of Illinois
My Commission Expires 02/05/05