# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS
### SPRINGFIELD DIVISION

## SUMMONS IN A CIVIL CASE

Janet S. Hoefs,

    Plaintiff

V.

CACV of Colorado, LLC,
J.A. Cambece Law Offices, P.C., and
J. Anthony Cambece,

    Defendant.

Docket Number: 04-30015-MPN

Assigned Judge:

Designated Magistrate Judge:

TO:    CACV of Colorado, LLC
        1999 Broadway, Suite 2150
        Denver, Colorado 80202

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    Edelman, Combs & Latturner, LLC
    120 South LaSalle Street
    18th Floor
    Chicago, Illinois 60603

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

_____
Clerk

_____
(by) Deputy Clerk

January 26, 2004
_____
Date

| City and County of Denver<br>John Hickenlooper<br>Mayor |  | DSD Civil Division<br>1437 Bannock St. #507<br>Denver, CO 80202<br>720-865-9556 |
|---|---|---|

Run Operator:

# BUSINESS
(RULE 4 - RULE 104)

| STATE OF COLORADO | } ss. | Case Number: 0430015KPN |
| CITY AND COUNTY OF DENVER | } ss. | Jacket Number: 052938 |

I do hereby certify that I have duly served the within Summons by delivering a true copy thereof, with attachments listed below, in the within described action thereto attached, to the within named CACV OF COLORADO, LLC, herein called the "said party", by its agent for service, by leaving said copy/copies with ALLAN SINGER, said party's ATTORNEY at said party's usual place of business, at 370 17TH ST #5000, in the City and County of Denver, State of Colorado, or 02-17-2004 at 01:58 PM hours.

Subscribed and sworn to before me this 15 day of February 2004

Notary Public, for the State of Colorado.

Alvin LaCabe
Manager of Safety, Ex-Officio Sheriff
City and County of Denver, State of Colorado

Signature

Peter Vigil
Deputy Sheriff

Operator Code: DEIDEL

My Commission Expires 8-14-2007

Return Date February 18, 2004 8:41 AM

Comments: No Comments Entered

Attachments:
  COMPLAINT