# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS
## SPRINGFIELD DIVISION

### SUMMONS IN A CIVIL CASE

Janet S. Hoefs,

      Plaintiff

V.

CACV of Colorado, LLC,
J.A. Cambece Law Offices, P.C., and
J. Anthony Cambece,

      Defendant.

Docket Number: 04-30015-KPN

Assigned Judge:

Designated Magistrate Judge:

TO:   J.A. Cambece Law Office, P.C.
       8 Bourbon Street
       Peabody, MA 01960

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

      Edelman, Combs & Latturner, LLC
      120 South LaSalle Street
      18th Floor
      Chicago, Illinois 60603

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
Clerk

_Mary Finn_
(by) Deputy Clerk

January 24, 2004
Date

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me. | DATE: 02/20/04 |
| NAME OF SERVER (PRINT)  Barbara Stacy Smith | TITLE Constable |

*Check one box below to indicate appropriate method of service-*

[X] Served personally upon the defendant. Place where served: **8 Bourbon Street, in said Peabody, Massachusetts by giving in hand to David Crossley, Authorized Attorney to Accept, Agent and Person in charge of its business.**

[_] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

_____

[_] Returned unexecuted:

_____

[_] Other (specify):

_____

### STATEMENT OF SERVICES FEES

| TRAVEL $60.00*** | SERVICES $15.00*** | TOTAL $75.00*** |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  02/20/04
Date  *Barbara Stacy Smith* (signature)
Signature of Server

47 Harvard Street, Worcester, MA 01609
Address of Server