UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
SPRINGFIELD DIVISION

SUMMONS IN A CIVIL CASE

Janet S. Hoefs,

    Plaintiff

V.

CACV of Colorado, LLC,
J.A. Cambece Law Offices, P.C., and
J. Anthony Cambece,

    Defendant.

Docket Number: 04-30015-MFN

Assigned Judge:

Designated Magistrate Judge:

TO:   J.A. Anthony Cambece
      8 Bourbon Street
      Peabody, MA 01960

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    Edelman, Combs & Latturner, LLC
    120 South LaSalle Street
    18th Floor
    Chicago, Illinois 60603

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
_____
Clerk

_Mary Finn_
_____
(by) Deputy Clerk

_January 26, 2004_
_____
Date

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me. | DATE: 02/20/04 |
| NAME OF SERVER (PRINT) Barbara Stacy Smith | TITLE Constable |

Check one box below to indicate appropriate method of service-

[ ] Served personally upon the defendant. Place where served: _____

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

[ ] Returned unexecuted:

[x] Other (specify):
By leaving at his last known and usual place of business with David Crossley, Authorized Attorney, Agent and Person in charge of its business at time of service., to wit: 8 Bourban Street, in said Peabody, MA.

## STATEMENT OF SERVICES FEES

| TRAVEL $60.00*** | SERVICES $15.00*** | TOTAL $75.00*** |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on February 20th, 2004
Date _Barbara Stacy Smith_
Signature of Server

47 Harvard Street, Worcester, MA 01609
Address of Server