# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS, SPRINGFIELD DIVISION

|  |  |
|---|---|
| JANET S. HOEFS, | ) |
| Plaintiff, | ) |
|  | ) CASE NO. 04-30015-KPN |
| CACV of COLORADO, LLC, et al., | ) |
| Defendants. | ) |

FILED
CLERK'S OFFICE

U.S. DISTRICT COURT
DISTRICT OF MASS

## NOTICE OF APPEARANCE

Kindly enter the appearances of Evan T. Lawson, Nicole L. Johnson and the firm of Lawson & Weitzen, LLP on behalf of the defendant **CACV of Colorado, LLC**.

Respectfully Submitted,
Defendant
CACV of Colorado, LLC

By its attorneys,

_____
Evan T. Lawson (BBO# 289280)
Nicole L. Johnson (BBO# 654719)
LAWSON & WEITZEN, LLP
88 Black Falcon Avenue, Suite 345
Boston, MA 02210
(617) 439-4990

Dated: April 7, 2004

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of April, 2004, I served a true and correct copy of the foregoing via certified mail, upon Christopher M. Lefebvre, Two Dexter Street, Pawtucket, Rhode Island, 02860, Daniel A. Edelman, 120 S. LaSalle Street, 18th Floor, Chicago, Illinois, 60603, David C. Crossley, J.A. Cambece Law Office, PC, 8 Bourbon Street, Peabody, Massachusetts 01960.

Nicole L. Johnson

7