IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| JANET S. HOEFS, | ) | |
| | ) | |
| Plaintiff, | ) | 04-CV-30015-KPN |
| | ) | |
| v. | ) | |
| | ) | |
| CACV OF COLORADO, LLC, | ) | |
| J.A. CAMBECE LAW OFFICE, P.C., and | ) | |
| J. ANTHONY CAMBECE, | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S EMERGENCY MOTION TO POSTPONE SUBMISSION OF
HER SETTLEMENT PROPOSALS TO THE DEFENDANTS**

Plaintiff, Janet S. Hoefs, respectfully requests on an emergency basis that the Court (a) postpone its requirement that she make a settlement proposal to the defendants and (b) order the Cambece defendants to disclose their insurance information within 72 hours.

In support thereof, plaintiff states:

1. On April 6, 2004, this Court ordered an initial scheduling conference to be held on May 13, 2004 at 10:00 a.m. Massachusetts Local Rule 16.1(c) provides that the plaintiff submit written settlement proposals to all defendants 10 days prior to the scheduling conference.

2. Counsel for J. A. Cambece Law Office, P.C. and J. Anthony Cambece has informed plaintiff's counsel that:

   a. These defendants have insurance policies applicable to this claim;

   b. These defendants have not notified the carriers;

   c. These defendants do not intend to notify their carriers.

1

3. The conduct of settlement negotiations prior to giving notice to an insurance carrier may create a policy defense and materially injure the rights of plaintiff and the proposed class.

4. The Court should order the Cambece defendants to disclose their insurance information forthwith so plaintiff can provide notice.

Respectfully submitted,

Christopher M. Lefebvre
LAW OFFICES OF CLAUDE
    LEFEBVRE & SONS
P.O. Box 479
Pawtucket, RI 02862
(401) 728-6060
(401) 728-6534 (FAX)
Mass. BBO No. 629056

Daniel A. Edelman
Heather Piccirilli
EDELMAN, COMBS & LATTURNER, LLC
120 S. LaSalle Street, 18th floor
Chicago, IL 60603
(312) 739-4200
(312) 419-0379 (FAX)

## RULE 7.1 CERTIFICATION

I hereby certify that I have conferred in good faith with counsel for CACV of Colorado, LLC, J.A. Cambece Law Office, P.C. and J. Anthony Cambece regarding the issues raised in this Motion and the parties were unable to reach an accord.

Christopher M. Lefebvre

I:\case\cacv-hoefs10.157\pleading\mtn to post settlmt.wpd

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
SPRINGFIELD DIVISION

| | |
|---|---|
| JANET S. HOEFS,<br><br>        Plaintiff,<br><br>v.<br><br>CACV OF COLORADO, LLC,<br>J.A. CAMBECE LAW OFFICE, P.C., and<br>J. ANTHONY CAMBECE,<br><br>        Defendants. | )<br>)<br>)<br>)   04-CV-30015-KPN<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATION

    I, the undersigned, hereby certify that I mailed a copy of the attached document on this 29th day of April, 2004 to the following:

Evan T. Lawson, Esq.
Nicole L. Johnson, Esq.
LAWSON & WEITZEN, LLP,
88 Black Falcon Avenue, Suite 345
Boston, MA 02210

David C. Crossley, Esq.
J.A. Cambece Law Office, PC
8 Bourbon Street
Peabody, MA 01960

                                          _/s/ Maria H. Tabares_
                                          Maria H. Tabares