UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS, SPRINGFIELD DIVISION

CASE NO: 04-30015-KPN

JANET S. HOEFS,

    Plaintiff,

v.

CACV OF COLORADO, LLC, et al.,

    Defendants.

## NOTICE OF APPEARANCE

Kindly enter the appearance of David C. Crossley from the firm of J. A. Cambece Law Office, P.C. on behalf of the defendants J. Anthony Cambece and the J. A. Cambece Law Office, P.C.

Respectfully submitted,
J. A. Cambece Law Office, P.C.
By its counsel,

David C. Crossley (648197)
J. A. Cambece Law Office, P.C.
8 Bourbon Street
Peabody, MA 01960
(866) 203-9056

I hereby certify that a true copy of the above document was served upon (each party proceeding pro se and) the attorney of record for each other party by mail - hand - telecopier on 4/30/04