UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS, SPRINGFIELD DIVISION

CASE NO: 04-30015-KPN

JANET S. HOEFS,

    Plaintiff,

v.

CACV OF COLORADO, LLC, et al.,

    Defendants.

## LOCAL RULE 7.3 CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 7.3 of the United States District Court for the District of Massachusetts, J. A. Cambece Law Office, P.C. (Cambece) hereby submits its corporate disclosure statement in the above-captioned case. Cambece states:

Cambece is a professional corporation duly organized under the laws of the Commonwealth of Massachusetts. Cambece has no parent corporation, and no publicly held company owns 10% or more of the stock of Cambece.

Respectfully submitted,
J. A. Cambece Law Office, P.C.
By its counsel,

_____
David C. Crossley (648197)
J. A. Cambece Law Office, P.C.
8 Bourbon Street
Peabody, MA  01960
(866) 203-9056

I hereby certify that a true copy of the above document was served upon (each party proceeding pro se and) the attorney of record for each other party by (mail - ) hand - (telecopier) on 4/30/04