UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS, SPRINGFIELD DIVISION

CASE NO: 04-30015-KPN

JANET S. HOEFS,

    Plaintiff,

v.

CACV OF COLORADO, LLC, et al.,

    Defendants.

## OFFER OF JUDGMENT

Pursuant to Rule 68 of the Federal Rules of Civil Procedure the defendants J. Anthony Cambece and the J. A. Cambece Law Office, P.C. hereby offer to allow judgment to be taken against them in this action as regards claims asserted by the Plaintiff, Janet S. Hoefs, in her individual capacity only, in the total amount of one thousand and 00/100 dollars ($1,000.00) plus an award of costs and reasonable attorneys' fees to be determined by the Court at a later date.

In determining reasonable attorneys' fees and costs, the Court shall be permitted to review the plaintiff's attorneys' time sheets/records as part of the analysis of the reasonableness of the attorneys' fees and costs; plaintiff's attorneys' time sheets/records themselves are not conclusive of what constitutes reasonable attorneys' fees.

This offer is not to be construed either as an admission that the defendants are liable in this action, or that the Plaintiff has suffered any damages.

Respectfully submitted,
J. A. Cambece Law Office, P.C.
By its counsel,

_____
David C. Crossley (648197)
J. A. Cambece Law Office, P.C.
8 Bourbon Street
Peabody, MA 01960
(866) 203-9056

I hereby certify that a true copy of the above document was served upon (each party proceeding pro se and) the attorney of record for each other party by mail, hand, telecopier on

4/30/04