UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS, SPRINGFIELD DIVISION

| | |
|---|---|
| JANET S. HOEFS, <br><br> Plaintiff, <br><br> v. <br><br> CACV of COLORADO, LLC, et al., <br><br> Defendants. | CASE NO. 04-30015-KPN |

**DEFENDANT CACV of Colorado, LLC's**
**CORPORATE DISCLOSURE STATEMENT UNDER LOCAL RULE 7.3**

Pursuant to Local Rule 7.3 of the United States District Court for the District of Massachusetts, CACV of Colorado, LLC (CACV) hereby submits its corporate disclosure statement in the above-captioned matter. CACV states:

(a) CACV is limited liability company duly organized under the laws of the State of Colorado;

(b) CACV has a parent corporation, Collect America, Ltd., a corporation duly organized under the laws of the State of Delaware; and

(c) No publicly held company owns 10% or more of the stock of CACV.

Respectfully submitted,
COUNSEL FOR DEFENDANT
CACV of Colorado, LLC

Evan T. Lawson (BBO# 289280)
Nicole L. Johnson (BBO# 654719)
LAWSON & WEITZEN, LLP
88 Black Falcon Avenue, Suite 345
Boston, MA 02210
(617) 439-4990

1

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of May, 2004, I served a true and correct copy of the foregoing via certified mail, upon Christopher M. Lefebvre, Two Dexter Street, Pawtucket, Rhode Island, 02860, Daniel A. Edelman, 120 S. LaSalle Street, 18th Floor, Chicago, Illinois, 60603, David C. Crossley, J.A. Cambece Law Office, PC, 8 Bourbon Street, Peabody, Massachusetts 01960.

Nicole L. Johnson