UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RE: CIVIL ACTION NO. 04-30015-KPN

TITLE   JANET S. HOEFS v. CACV OF COLORADO, LLC, ET AL

## NOTICE

Not all parties having consented to the assignment of this case to the Mag. Judge, the case has been randomly re-drawn to JUDGE  MICHAEL A. PONSOR  for all further proceedings.

From this date forward the number on all filings should be followed by the letters   MAP   .

Thank you for your cooperation in this matter.

TONY ANASTAS,
Clerk

By _Mary Finn_

DATE:   May 10, 2004

COPIES TO: Counsel, Systems Administrator