UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JANET S. HOEFS,            )
       Plaintiff     )
                           )
                           )
v.                         )    Civil Action No. 04-30015-MAP
                           )
                           )
CACV OF COLORADO, et al.,  )
       Defendants    )

## SCHEDULING ORDER
May 13, 2004

NEIMAN, U.S.M.J.

The following schedule was established at the initial scheduling conference held this day:

1. Plaintiff shall make her written settlement demand(s) on Defendants by May 19, 2004.

2. Defendants shall provide insurance information to Plaintiff in accord with Fed. R. Civ. P. 26(a)(1)(D), by May 21, 2004.

3. Defendants J.A. Cambece Law Office and J. Anthony Cambece shall file their motion to compel arbitration by May 21, 2004.

4. All discovery relative to Defendants' motions to compel arbitration shall be completed by August 3, 2004.

5. Plaintiff shall file her opposition to Defendants' motions to compel by

September 3, 2004, to which Defendants may reply by September 17, 2004.

IT IS SO ORDERED.

    /s/ KENNETH P. NEIMAN
Kenneth P. Neiman
U.S. Magistrate Judge