UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS, SPRINGFIELD DIVISION

CASE NO: 04-30015-MAP

JANET S. HOEFS,

    Plaintiff,

v.

CACV OF COLORADO, LLC, et al.,

    Defendants.

NOTICE OF CHANGE OF COUNSEL'S ADDRESS

Kindly update your records to ensure accuracy in the relay of all correspondence in this matter. The Defendants, J. A. Cambece Law Office, P.C. and J. Anthony Cambece's, counsel's address is now as follows:

David C. Crossley, Law Office of David C. Crossley, P.C., WEA #47, 1 Dubeau Cir, Campton, NH 03223. Counsel's phone and fax numbers are now (603) 726-8111, and his new email address, which he requests that the Court direct all future electronic notices to, is CrossleyLaw@adelphia.net.

Respectfully submitted,
J. A. Cambece Law Office, P.C. and
J. Anthony Cambece
By their counsel,

David C. Crossley (648197)
Law Office of David C. Crossley, P.C.
WEA # 47, 1 Dubeau Cir.
Campton, NH 03223
Phone & Fax (603) 726-8111

I hereby certify that a true copy of the above document was served upon (each party proceeding pro se and) the attorney of record for each other party by mail - hand - telecopier, on

5/18/04