# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS, SPRINGFIELD DIVISION

|  |  |
|---|---|
| JANET S. HOEFS, ) | FILED |
| ) | CLERK'S OFFICE |
| Plaintiff, ) | |
| ) | MAY 26  A 10: 47 |
| ) CASE NO. 04-30015-KPN | |
| ) | U.S. DISTRICT COURT |
| CACV of COLORADO, LLC, et al., ) | DISTRICT OF MASS |
| ) | |
| Defendants. ) | |
| ) | |

### DEFENDANT CACV of Colorado, LLC's
### CERTIFICATION UNDER LOCAL RULE 16.1(D)(3)

The undersigned hereby certify that CACV of Colorado, LLC has conferred with its counsel Lawson & Weitzen, LLP: (a) with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of this litigation; and (b) to consider the resolution of litigation through uses of alternative dispute resolution programs such as those outlined in LR 16.4.

DEFENDANT CACV of Colorado, LLC

By: Alan C. Singer

COUNSEL FOR DEFENDANT
CACV of Colorado, LLC

Evan Y. Lawson (BBO# 289280)
Nicole L. Johnson (BBO# 654719)
LAWSON & WEITZEN, LLP
88 Black Falcon Avenue, Suite 345
Boston, MA 02210
(617) 439-4990

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of May, 2004, I served a true and correct copy of the foregoing via certified mail, upon Christopher M. Lefebvre, Two Dexter Street, Pawtucket, Rhode Island, 02860, Daniel A. Edelman, 120 S. LaSalle Street, 18th Floor, Chicago, Illinois, 60603, David C. Crossley, J.A. Cambece Law Office, PC, 8 Bourbon Street, Peabody, Massachusetts 01960.

_____
Nicole L. Johnson