IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
SPRINGFIELD DIVISION

| | |
|---|---|
| JANET S. HOEFS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 04-CV-30015-MAP |
| v. ) | |
| ) | |
| CACV OF COLORADO, LLC, ) | |
| J.A. CAMBECE LAW OFFICE, P.C., and ) | |
| J. ANTHONY CAMBECE, ) | |
| ) | |
| Defendants. ) | |

## PLAINTIFF'S MOTION FOR AN EXTENSION

Plaintiff, Janet S. Hoefs, respectfully requests that this Court grant her an extension of time and defer briefing on defendants J.A. Cambece Law Office, P.C. and J. Anthony Cambece's ("Cambece defendants") motion to dismiss plaintiff's putative class action amended complaint in its entirety[1] until there is a resolution of all defendants, including CACV of Colorado, LLC's, motions to compel arbitration. In support thereof, plaintiff states:

1.   On May 12, 2004, defendant CACV of Colorado, LLC ("CACV") filed its motion to compel arbitration.

2.   On May 20, 2004, the Cambece defendants filed their motion to compel arbitration and to dismiss plaintiff's putative class action amended complaint. The issues raised in the motion to dismiss are directly related to the arbitration issue.

3.   On May 13, 2004, this Court issued a scheduling order setting a briefing

---

[1] The Cambece defendants' motion is styled in its entirety, "Motion to Compel Arbitration and to Dismiss Plaintiff's Putative Class Action Amended Complaint."

1

schedule on defendants' motion to compel arbitration and set a limited discovery deadline relating to the arbitration issues.

4. Plaintiff submits that until the arbitration issue is resolved, it is in the best interests of the parties and in the interest of judicial economy to defer briefing the Cambece defendants' motion to dismiss.

5. Plaintiff's counsel, Heather Piccirilli, has conferred with counsel in accordance with Local Rule 7.1 with all defendants' counsel regarding this issue and the defendants have no objection to plaintiff's motion.

WHEREFORE, plaintiff respectfully requests that this Court grant plaintiff's motion for an extension and defer briefing on the Cambece defendants' motion to dismiss until there is a resolution on all defendants' motions to compel arbitration.

Respectfully submitted,

*Christopher Lefebvre* (HAP)
Christopher M. Lefebvre
LAW OFFICES OF CLAUDE
    LEFEBVRE & SONS
P.O. Box 479
Pawtucket, RI  02862
(401) 728-6060
(401) 728-6534 (FAX)
Mass. BBO No. 629056

Daniel A. Edelman
Heather Piccirilli
EDELMAN, COMBS & LATTURNER, LLC
120 S. LaSalle Street, 18th floor
Chicago, IL  60603
(312) 739-4200
(312) 419-0379 (FAX)

2

## CERTIFICATE OF SERVICE

I, Heather Piccirilli, hereby certify that on May 28, 2004, I caused a copy of the foregoing document to be served by United States mail and fax upon the parties listed below.

| | |
|---|---|
| David Crossley | Nicole L. Johnson |
| Law Office of David C. Crossley, P.C. | LAWSON & WEITZEN, LLP |
| WEA #47, 1 Dubeau Cir. | 88 Black Falcon Avenue, Suite 345 |
| Campton, NH 03223 | Boston, MA 02210 |

DATED: May 28, 2004

_Heather Piccirilli_
Heather Piccirilli