# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS, SPRINGFIELD DIVISION

| | | |
|---|---|---|
| JANET S. HOEFS, | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 04-30015-KPN |
| CACV of COLORADO, LLC,<br>J.A. CAMBECE LAW OFFICE, P.C., and<br>J. ANTHONY CAMBECE, | ) | |
| Defendants. | ) | |

## NOTICE OF APPEARANCE

Please enter the appearance of Kathryn E. Pieczarka as co-counsel for the Defendants CACV of Colorado, LLC in addition to Attorney Evan T. Lawson, and kindly withdraw the appearance of Nicole L. Johnson in this matter.

I hereby certify that a true copy of the above document was served upon (each party appearing pro se and) the attorney of record for each other party by mail — hand — telecopier, on ___7/12/04___

Respectfully submitted,
CACV of Colorado, LLC,
By its attorneys,

Evan T. Lawson (BBO# 289280)
Kathryn E. Pieczarka (BBO# 658785)
LAWSON & WEITZEN, LLP
88 Black Falcon Avenue, Suite 345
Boston, MA 02210
(617) 439-4990