# UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS, SPRINGFIELD DIVISION

| | |
|---|---|
| JANET S. HOEFS,            ) | |
|                            ) | |
|         Plaintiff,         ) | |
|                            ) | |
| v.                         ) | CASE NO. 04-30015-KPN |
|                            ) | |
| CACV of COLORADO, LLC,     ) | |
| J.A. CAMBECE LAW OFFICE, P.C., and ) | |
| J. ANTHONY CAMBECE,        ) | |
|                            ) | |
|         Defendants.        ) | |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Please enter the withdrawal of appearance of Nicole L. Johnson as counsel for CACV of Colorado, LLC in this matter. Evan T. Lawson and Kathryn E. Pieczarka of Lawson & Weitzen, LLP will continue to represent the defendants in this matter.

Respectfully submitted,
CACV of Colorado, LLC,
By its attorneys,

  /s/ **Nicole L. Johnson**
Evan T. Lawson (BBO# 289290)
Kathryn E. Pieczarka (BBO# 658785)
Nicole L. Johnson (BBO# 654719)
LAWSON & WEITZEN, LLP
88 Black Falcon Avenue, Suite 345
Boston, MA 02210
(617) 439-4990

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 23rd day of July, 2004 a copy of the foregoing *Notice of Withdrawal of Appearance* was filed electronically and served by first class mail to counsel of record as a courtesy in the event that counsel is not registered with the electronic filing system. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

        /s/ Nicole L. Johnson
        Nicole L. Johnson