UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JANET S. HOEFS,            )
        Plaintiff   )
                           )
    v.                  )   Civil Action No. 04-30015-MAP
                           )
                           )
CACV OF COLORADO, et al.,  )
        Defendants  )

SCHEDULING ORDER
August 2, 2004

NEIMAN, U.S.M.J.

The court hereby ALLOWS Plaintiff's Partially Assented-to Motion to Extend Time (Document No. 265) and hereby establishes the following schedule:

1. All discovery relative to Defendants' motions to compel arbitration shall be completed by September 3, 2004.

2. Plaintiff shall file her opposition to Defendants' motions to compel by October 4, 2004, to which Defendants may reply by October 18, 2004.

There shall be no further extensions.

IT IS SO ORDERED.

                                      /s/ Kenneth P. Neiman
                                      KENNETH P. NEIMAN
                                      U.S. Magistrate Judge