IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
SPRINGFIELD DIVISION

JANET S. HOEFS,                               )
                                              )
                    Plaintiff,                )     04-CV-30015-MAP
                                              )
          v.                                  )
                                              )
CACV OF COLORADO, LLC,                        )
J.A. CAMBECE LAW OFFICE, P.C., and            )
J. ANTHONY CAMBECE,                           )
                                              )
                    Defendants.               )

## PLAINTIFF'S MOTION FOR SANCTIONS

Plaintiff, Janet Hoefs, respectfully requests that this Court (i) enforce the order

entered by this Court to compel J.A. Cambece Law Office, P.C. and J. Anthony Cambece ("Cambece

defendants"), to respond to plaintiff's discovery requests by fining the Cambece defendants $100 per

day until they comply, and (ii) to strike the Cambece defendants' motion to dismiss and compel

arbitration, pursuant to Fed. R. Civ. P. 37. In support thereof, plaintiff states:

1.      On July 21, 2004, plaintiff filed her motion to compel the Cambece

defendants to respond to plaintiff's discovery requests, pursuant to Fed. R. Civ. P. 37.

2.      On August 5, 2004, this Court granted plaintiff's motion.

3.      To date, plaintiff still has not received discovery responses.

4.      On August 2, 2004, this Court entered a scheduling order that includes a

discovery cut-off date of September 3, 2004 for all discovery related to the arbitration issue.

5.      Plaintiff will be unable to respond meaningfully to the Cambece

defendants' motion to dismiss and compel arbitration without these discovery responses.

6.    Accordingly, plaintiff seeks all appropriate relief under Fed. R. Civ. P. 37(b). The Cambece defendants should be fined on a daily basis until they comply.    If the Cambece defendants do not comply within ten (10) days, the Court should strike the Cambece defendants' motion to dismiss and compel arbitration.

7.    Plaintiff's counsel also seeks attorney's fees and costs for the prosecution of this motion.

8.    Plaintiff's counsel has contacted the Cambece defendants' counsel regarding the issues raised in this motion in accordance with Local Rule 7.1 via email, without a response. Plaintiff's counsel also attempted to contact the Cambece defendants' counsel via telephone, and was unable to leave a message due to a full mailbox.

WHEREFORE, plaintiff respectfully requests that this Court grant her motion and requests such other relief as the Court may find appropriate.

Respectfully submitted,

Christopher Lefebvre (HAP).
Christopher M. Lefebvre, B.B.O. # 629056
CLAUDE LEFEBVRE, P.C.
P.O Box 479
Pawtucket, RI  02860
(401) 728-6060
(401) 728-6534 (FAX)

Daniel A. Edelman
Heather Piccirilli
EDELMAN, COMBS,
     LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)

2

## CERTIFICATE OF SERVICE

I, Heather Piccirilli, hereby certify that on August 20, 2004, I caused a copy of the foregoing document to be served by United States mail upon the parties listed below.

David Crossley
Law Office of David C. Crossley, P.C.
WEA #47, 1 Dubeau Cir.
Campton, NH 03223

Evan Lawson
Kathryn E. Pieczarka
LAWSON & WEITZEN, LLP
88 Black Falcon Avenue, Suite 345
Boston, MA 02210

_____
Heather Piccirilli