IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| JANET S. HOEFS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 04-CV-30015-MAP |
| v. | ) | |
| | ) | |
| CACV OF COLORADO, LLC, | ) | |
| J.A. CAMBECE LAW OFFICE, P.C., and | ) | |
| J. ANTHONY CAMBECE, | ) | |
| | ) | |
| Defendants. | ) | |

## PLAINTIFF'S MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT, *INSTANTER*

Plaintiff, Janet Hoefs, respectfully requests pursuant to Fed.R.Civ.P. 15, leave of this Court to file her second amended complaint, *instanter*, so that she may add an additional plaintiff and defendant. In support thereof, plaintiff states:

1. Plaintiff originally brought this action against Defendants CACV of Colorado, LLC, ("CACV"), J.A. Cambece Law Office, P.C. and J. Anthony Cambece, to recover damages for improper collection practices, in violation of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 et seq. ("FDCPA") and Mass. G.L., ch. 93A.

2. Plaintiff has recently discovered that another entity may be responsible for locating collection attorneys and facilitating the handling of claims on behalf of CACV. That entity is its parent company, Collect America, Ltd.

3. Plaintiff has also discovered that Robert Winkworth shares the claims of plaintiff Hoefs and would like to add him as an additional plaintiff.

1

4. Accordingly, plaintiff seeks to amend her complaint to add Collect America, Ltd. as an additional defendant, and Robert Winkworth as an additional plaintiff.

5. Leave to amend a party's pleading "shall be freely given when justice so requires." Fed.R.Civ.P. 15(a); Foman v. Davis, 371 U.S. 178, 83 S.Ct. 227 (1962).

6. Plaintiff wishes to proceed on a class basis against all defendants, including Collect America, Ltd. A copy of the proposed second amended complaint is attached hereto as Appendix A.

WHEREFORE, plaintiff Janet Hoefs respectfully requests, pursuant to Fed. R. Civ. P. 15 that the Court grant her leave to file a second amended complaint, *instanter*, so that she may add Collect America, Ltd. as an additional defendant and Robert Winkworth, as an additional plaintiff to the existing claims against defendants CACV of Colorado, LLC, J.A. Cambece Law Office, P.C. and J. Anthony Cambece.

Respectfully submitted,

Christopher Lefebvre
Christopher M. Lefebvre
CLAUDE LEFEBVRE, P.C.
P.O. Box 479
Pawtucket, RI 02862
(401) 728-6060
(401) 728-6534 (FAX)
Mass. BBO No. 629056

Daniel A. Edelman
Heather Piccirilli
EDELMAN, COMBS, LATTURNER
 & GOODWIN, LLC
120 S. LaSalle Street, 18th floor
Chicago, IL 60603
(312) 739-4200
(312) 419-0379 (FAX)

2

## RULE 7.1 CERTIFICATION

I hereby certify that I have conferred in good faith with counsel for defendants regarding the issues raised in this Motion.

*Heather Piccirilli*
Heather Piccirilli

## RULE 15.1 CERTIFICATION

I hereby certify that the proposed new parties were served on September 10, 2004 with a copy of Hoefs' motion for leave to file a second amended complaint, instanter, and the proposed second amended complaint.

*Heather Piccirilli*
Heather Piccirilli

## CERTIFICATE OF SERVICE

I, Heather Piccirilli, hereby certify that on September 20, 2004, I caused a copy of the foregoing document to be served by United States mail upon the parties listed below.

David Crossley
Law Office of David C. Crossley, P.C.
WEA #47, 1 Dubeau Cir.
Campton, NH 03223

Evan Lawson
Kathryn E. Pieczarka
LAWSON & WEITZEN, LLP
88 Black Falcon Avenue, Suite 345
Boston, MA 02210

*Heather Piccirilli*
Heather Piccirilli

# APPENDIX A