UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS
SPRINGFIELD DIVISION

| | |
|---|---|
| JANET S. HOEFS,<br>   Plaintiff<br><br>v.<br><br>CACV OF COLORADO, LLC, J.A. CAMBECE LAW OFFICE, P.C., and J. ANTHONY CAMBECE,<br>   Defendants | CIVIL ACTION NO. 04-CV-30015-MAP |

## NOTICE OF APPEARANCE

Please enter my appearance as attorney for the defendants J.A. Cambece Law Office, P.C. and J. Anthony Cambece.

/s/ Richard L. Nahigian
Richard L. Nahigian
BBO No. 549096
Peabody & Arnold LLP
30 Rowes Wharf
Boston, MA 02110
(617) 951-2100

PABOS2:RNAHIGI:598465_1