IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| JANET S. HOEFS, | ) | |
| | ) | |
| Plaintiff, | ) | 04-CV-30015-KPN |
| | ) | |
| v. | ) | |
| | ) | |
| CACV OF COLORADO, LLC, | ) | |
| J.A. CAMBECE LAW OFFICE, P.C., and | ) | |
| J. ANTHONY CAMBECE, | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION FOR LEAVE TO FILE A REPLY IN
SUPPORT OF PLAINTIFF'S MOTION FOR SANCTIONS**

Plaintiff Janet S. Hoefs respectfully requests leave to file a short reply in support of plaintiff's motion for sanctions. In support thereof, plaintiff states:

1. On May 20, 2004 the Cambece defendants filed a motion to compel arbitration and dismiss. This Court entered a scheduling order dated August 2, 2004, stating that "All discovery relative to Defendants' motions to compel arbitration shall be completed by September 3, 2004....There shall be no further extensions."

2. On August 8, 2004 this Court entered an order granting plaintiff's motion to compel the Cambece defendants to respond to plaintiff's discovery requests. Since the Cambece defendants failed to respond to this Court's order, plaintiff filed a motion for sanctions on August 23, 2004.

3. On September 30, 2004 the Cambece defendants retained additional counsel and untimely filed a response in opposition to plaintiff's motion for sanctions.

1

4.  Plaintiff seeks leave to reply to the Cambece defendants' arguments that (i) the Cambece defendants may not have any additional information regarding arbitration outside of what CACV has already submitted (ii) that plaintiff will not be "unfairly prejudiced by Cambece's excusable failure to respond to the discovery requests" and (iii) that attorney Crossley's failure to respond to discovery, this Court's orders and motions is "excusable."

WHEREFORE, plaintiff respectfully requests leave to file a short reply in support of her motion for sanctions.

Respectfully submitted,

Christopher Lefebvre (CL)
Christopher M. Lefebvre
CLAUDE LEFEBVRE, P.C.
Two Dexter Street
Pawtucket, RI 02860
(401) 728-6060
(401) 728-6534 (FAX)
B.B.O. # 629056

Daniel A. Edelman
Heather Piccirilli
EDELMAN, COMBS,
    LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, IL 60603
(312) 739-4200
(312) 419-0379 (FAX)

I:\case\cacv-hoefs10.157\pleading\mtn lv sanctions.wpd

2