IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| JANET S. HOEFS, | ) | |
| | ) | |
| Plaintiff, | ) | 04-CV-30015-KPN |
| | ) | |
| v. | ) | |
| | ) | |
| CACV OF COLORADO, LLC, | ) | |
| J.A. CAMBECE LAW OFFICE, P.C., and | ) | |
| J. ANTHONY CAMBECE, | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION FOR LEAVE TO FILE A REPLY IN SUPPORT OF PLAINTIFF'S
MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT, INSTANTER**

Plaintiff Janet S. Hoefs respectfully requests leave to file a short reply in support of plaintiff's motion for leave to file a second amended complaint, instanter. In support thereof, plaintiff states:

1.  On May 12, 2004 CACV moved to compel arbitration. On May 20, 2004 the Cambece defendants filed a motion to compel arbitration and dismiss. Plaintiff's response to that motion was filed on October 1, 2004.

2.  On September 21, 2004 plaintiff filed a motion for leave to file a second amended complaint. CACV submitted a response in opposition to plaintiff's motion on September 28, 2004. The Cambece defendants filed a response to plaintiff's motion on October 4, 2004, incorporating by reference CACV's response in opposition.

3.  Plaintiff seeks leave to reply to defendants' arguments that (i) Winkworth does not share the claims of plaintiff Hoefs and (ii) that plaintiff filed the motion for leave to file a

second amended complaint to "avert imminent defeat," in litigating the arbitration issue.

WHEREFORE, plaintiff respectfully requests leave to file a short reply in support of her motion for leave to file a second amended complaint.

Respectfully submitted,

*Christopher Lefebvre* (CL)
Christopher M. Lefebvre
CLAUDE LEFEBVRE, P.C.
Two Dexter Street
Pawtucket, RI 02860
(401) 728-6060
(401) 728-6534 (FAX)
B.B.O. # 629056

Daniel A. Edelman
Heather Piccirilli
EDELMAN, COMBS,
    LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, IL 60603
(312) 739-4200
(312) 419-0379 (FAX)

I:\case\cacv-hoefs10.157\pleading\mtn for leave to reply.wpd