# Credit Card Agreement

## General

In this Credit Card Agreement, the words "you" and "your" refer to each and all of the persons who accept a credit card issued by us or under an account we hold. This Credit Card Agreement (the "Agreement") consists of this document and the terms and conditions set forth in the Required Federal Disclosures section of the accompanying card carrier, which is incorporated herein and made a part hereof. The words, "we," "us," "our" and "MBNA America" mean MBNA America Bank, N.A.

When you accept or use the account, you agree to the terms in this Agreement. You should sign your card before you use it.

You consent to and authorize the monitoring and/or recording by MBNA America Bank, N.A. and its affiliates of your calls with their representatives.

All capitalized terms not defined herein shall have the meaning as defined in the Required Federal Disclosures section of your card carrier.

## How to Use Your Card

You may use your card to purchase or lease goods or services from persons who honor the card. You may also use your card to obtain Cash Advances. You may not use a Check Cash Advance, or any other Cash Advance, to make a payment on this or any other credit account with us.

Certain establishments may cash your personal checks upon presentment of your card. In the event we are required to pay the amount of a check cashed in this way because the check is not paid for any reason, we will charge your account for a Cash Advance in the amount of the check and any processing charge we actually incur.

If you permit any person to have access to your card or account number with the authorization to make a charge, you may be liable for all charges made by that person including charges for which you may not have intended to be liable.

The transaction date for Check Cash Advances and Balance Transfers is the date you or the person to whom the check is made payable first deposits or cashes the check.

1

## Repayment

You promise to pay us the amounts of all credit you obtain; any fees, charges, and insurance premiums we charge against your account; and Finance Charges.

You may pay the entire amount outstanding at any time. You must pay each month at least the minimum payment shown on your monthly statement. If you overpay or if a credit balance is otherwise created in your account, we will not pay interest on such amounts. Your payment will be allocated in a manner we determine. All payments will be credited to your account for the billing cycle in which payment is received. Minimum monthly payments cannot be made in advance and payments made in any billing cycle which are greater than the minimum payment due will not affect your obligation to make subsequent minimum payments each month. We can reject payments not denominated in U.S. dollars or not drawn on a U.S. Bank. No payment shall operate as an accord and satisfaction without the prior written approval of a senior officer of MBNA America Bank, N.A.

## Charges Made in Foreign Currencies

If you incur a charge in a foreign currency, the charge will be converted by Visa International or MasterCard International, depending on which card you use, into a U.S. dollar amount in accordance with the operating regulations or conversion procedures in effect at the time that the transaction is processed. Currently, those regulations and procedures provide that the currency conversion rate to be used is either (1) a wholesale market rate or (2) a government-mandated rate in effect one day prior to the processing date, increased by one percent in each case. Visa or MasterCard retains this one percent as compensation for performing the currency conversion service. The currency conversion rate in effect on the processing date may differ from the rate in effect on the transaction date or the posting date.

## Payment Holidays

We may allow you, from time to time, to omit a monthly payment. We will notify you when this option is available. If you omit a payment, Finance Charges and insurance premiums, if any, will accrue on your balance in accordance with this Agreement. The requirement that you make a minimum payment each month will resume following your payment holiday.

MBNA000015

## Billing Cycle

A billing cycle begins on the day after the closing date shown on your account's preceding monthly statement and ends on the closing date that appears on your account's statement for the current month.

## Account Fees and Charges

**Account Fees:** The following fees, which are set forth on your card carrier, are assessed as Purchases in the billing cycle in which such charges accrue: (1) a Late Fee; (2) an Overlimit Fee when your account exceeds your credit limit unless your account is not overlimit by the end of the billing cycle; (3) a Returned Check Fee if a check submitted as payment on your account is returned for insufficient funds or for any other reason, even if the check is paid upon subsequent presentment; (4) a Returned Check Fee if we return a check used for a Check Cash Advance unpaid for any reason, even if the check is paid upon subsequent presentment; (5) If your account is open or if you maintain an account balance, whether you have active charging privileges or not, an Annual Fee (FINANCE CHARGE).

**Abandoned Property Charges:** Unless prohibited by applicable law, we will charge your account, as a purchase, for any costs incurred by us associated with complying with state abandoned property laws.

**Additional Account Fees and Charges:** Please review the Required Federal Disclosures section of your card carrier for additional fees and charges that may apply to your account.

## Insurance and Cost Disclosures

**Enrollment:** Only one Customer per account is eligible. When you enroll, you will be mailed your certificates explaining your coverage and indicating your effective date. To enroll, you must be under age 66 (age 70 in AZ, NV, VA; age 71 in FL, GA, MI, MO and OK). Credit life insurance and disability insurance terminate at these ages. In Texas, unemployment insurance terminates at age 66. For unemployment coverage, you must be gainfully employed and working at least 30 hours a week (not self-employed* or an independent contractor) for at least 90 consecutive days before date of loss (in Colorado, before application date; in Texas, before the effective date of coverage).

**Unemployment and Disability Benefits and Terms:** Monthly payments are limited to the minimum amount

3

due (except in MI and NY) on your account, excluding past due or over credit line amounts. In the event of unemployment or disability, payments will be made for up to 12 months** or until your return to work, whichever comes first. Total benefits will be paid up to the least of your insured outstanding balance at the date of loss, the amount of your credit limit, or $15,000. Benefits begin after the 30th consecutive day of your unemployment or disability. In New York, for strikes, unionized labor disputes, and lockouts, this 30 day period begins after you have been unemployed for 7 consecutive weeks and you qualify for state unemployment benefits. For Michigan and New York residents, the disability benefit is 1/30th of the monthly benefit for each day of disability over 30 days. In Michigan, the monthly benefit equals 5% of the lesser of the balance due under your account on the first day of disability or $15,000. In New York, the monthly benefit equals the minimum monthly payment due on the date of loss. Unemployment insurance does not cover retirement, resignation, voluntary forfeiture of income, job loss because of willful or criminal misconduct or disability otherwise covered or expressly excluded by GoldPlus (Strike coverage is not available in Illinois. Military discharge is not available in New York.) Disability insurance does not cover losses caused by normal pregnancy (except in CA, MA and NV) or childbirth (except in CA, MA, NC, NV, NY and VA), intentionally self-inflicted injuries (except in MD), or a condition which required medical diagnosis or treatment in the six months before your coverage began if the loss occurs in the first six months of coverage (except in NJ).

**Life and Dismemberment Insurance Benefits & Terms:** Payment will be made in the amount of the insured outstanding balance at the time of death or dismemberment (not to exceed the lesser of your credit limit or $15,000). Life insurance does not cover suicide during the first six months of coverage (except in MD or MO). Dismemberment is not available in CA, DE, ID, KS, NY, RI and WA.

**Costs:** This Insurance costs 60¢ per $100 per month (in Iowa 7.2¢ life, 14.4¢ disability, 38.4¢ unemployment, in Idaho 8.6¢ life, 12.6¢ disability, 38.8¢ unemployment, in Virginia 6.4¢ life, 8.6¢ disability, 45.0¢ unemployment, and in Wisconsin 5.0¢ life, 10.0¢ disability, 45.0¢ unemployment); 24.7¢ in Colorado, 42.89¢ in Connecticut, 55.5¢ in Maryland, 40.8¢ in Missouri, 54.3¢ in North Carolina, 46.7¢ in New York (3.0¢ life, 26.8¢ disability, 16.9¢ unemployment) and 33.7¢ in Texas (5.7¢

4

life, 12.0¢ disability, 16.0¢ unemployment) of your insured average daily balance, except in Massachusetts, Minnesota and Vermont, where coverage is limited to life and disability insurance at a cost of 18.4¢ in Massachusetts, 23.0¢ in Minnesota, and 10.5¢ in Vermont (4.9¢ for life and 5.6¢ for disability). Dismemberment premiums are waived. The average daily outstanding balance used to calculate the GoldPlus premium is not necessarily the same as the average daily balance used to calculate finance charges, as displayed on your monthly statement.

Availability: This coverage is not available in Alabama, Maine and Pennsylvania.

Underwriters: This plan is underwritten by the American Security Insurance Co., Standard Guaranty Insurance Co. (NH only), Standard Guaranty Life Insurance Co. (TX only) and Union Security Life Insurance Co. of Atlanta, Georgia under Policies LOI (5/85), LOI-NY (3/93), W-S-A, SG-LOI (5/85), AS-LOI-TX (6/92), and L-I-Z. Soliciting Agent for MS: Charles M. Gordon.

* Employees of professional corporations are eligible for enrollment.
** Disability benefits may exceed 12 months in California, Hawaii, Indiana, Michigan, New Jersey, New York, Tennessee, Texas and Wisconsin.

> Texas and New York Residents Only. State law requires that we offer you coverage on a separate basis. If you wish to purchase coverage separately, please call 1-800-452-7427. The appropriate applications will be sent to you.

## Benefits

You will be offered certain Benefits which will be subject to the restrictions outlined in the Benefits brochure provided to you by MBNA America. MBNA America reserves the right to adjust, add, or delete benefits and services at any time and without notice.

## Reasons for Requiring Immediate Payment

You will be in default and we can require immediate payment of all amounts you owe if: (i) you fail to make any required payment by the Payment Due Date; (ii) your New Balance Total exceeds your credit limit, or i[f]

5

we have established a separate Cash Advance credit limit for you, your outstanding Cash Advance balance exceeds your Cash Advance credit limit; or (iii) you fail to abide by any other terms of this Agreement.

If you default, unless prohibited by applicable law, we can also require you to pay the collection and court costs we incur in any collection proceeding, and a reasonable attorney's fee if we refer your account for collection to an attorney who is not our salaried employee.

Our failure to exercise any of our rights when you default does not mean that we are unable to exercise those rights upon later default.

## Refusal to Honor Your Card

We are not liable for any refusal to honor your card or any Check Cash Advance or for any retention of your card by us, any other bank, or any seller or lessor of goods or services.

## Termination

We may suspend or terminate your rights to obtain credit at any time for any reason. Your obligations under this Agreement continue even after your rights to obtain credit have been suspended or terminated.

## Amendments

We may amend this Agreement by complying with the applicable notification requirements of federal law and the laws of the State of Delaware. If you fail to accept any amendment to this Agreement in the manner provided in such amendment, we may terminate your rights to receive credit and may ask you to return all credit devices as a condition of your rejection. The amended Agreement (including any higher rate or other higher charges or fees) will apply to the entire unpaid balance, including the balance existing before the amendment became effective. We may replace your credit card with another card at any time.

## Assignment

We may at any time, and without notice to you, assign your account, any sums due on your account, this Agreement or our rights or obligations under your account or this Agreement to any person or entity. The person or entity to whom we make any such assignment

6

shall be entitled to all of our rights and/or obligations under this Agreement, to the extent assigned.

## Uses of Information

From time to time, we may obtain updated credit information about you. We may share information about you with credit reporting agencies and others, including merchants and companies affiliated with us. You may bar certain information sharing among our affiliates by writing MBNA America at P.O. Box 15342, Wilmington, DE 19850.

## Credit Limit

The total amount of credit (Purchases plus Cash Advances) outstanding at any time, together with all charges, fees, insurance premiums and Finance Charges added to your account, must not be more than your credit limit. Your credit limit is shown on your card carrier and generally on each monthly statement. We may change your credit limit or limits from time to time, and we will notify you if we do. We may also establish a separate credit limit for Cash Advances. If we do, your outstanding Cash Advance balance may not exceed this Cash Advance limit.

## Request for Credit Over Your Credit Limits

If you request credit in any form which, if granted, would result in either your total outstanding balance, including authorized Purchases not yet posted to your account, being more than your credit limit or your Cash Advance credit limit, if we have established one for you, (whether or not such balances before the request were more than the respective credit limit), we may:
- Honor the request without permanently raising your credit limit;
- Honor the request and treat the amount which is more than your credit limit as immediately due; or
- Refuse to honor the request. We may advise the person who made the request that it has been refused. If we refuse to honor a check, we may do so by advising the person presenting the check that credit has been refused, that there are insufficient funds to pay the check, or in any other manner.

If we have previously honored requests for credit over your credit limit, it does not mean that we will

7

honor further overlimit requests. If we decide to honor such a request, we may assess an overlimit fee as provided in this Agreement.

## Unauthorized Use of Your Card

You may be liable for the unauthorized use of your card. You will not be liable for unauthorized use that occurs after you notify us at MBNA America, P.O. Box 15021, Wilmington, DE 19850, (Telephone 1-800-421-2110), orally or in writing, of the loss, theft or possible unauthorized use. In any case, your liability will not exceed $50.

## Governing Law

This Agreement is made in Delaware. It is governed by the laws of the State of Delaware, without regard to its conflicts of laws principles, and by any applicable federal laws. You agree that any litigation brought by you against us regarding this account or this Agreement shall be brought in a court located in the State of Delaware.

If any part of this Agreement is found to be invalid, the rest remains effective. Our failure or delay in exercising any of our rights under this Agreement does not mean that we are unable to exercise those rights later.

All persons who initially or subsequently request, accept or use the account are individually and together responsible for any outstanding balance. If two or more persons are responsible to pay any outstanding balance, we may refuse to release any of them from liability until all of the unexpired cards outstanding under the account have been returned to us and the balance is paid in full.

You must return all credit cards to us on request.

MBNA America® and GoldPlus® are federally registered service marks of MBNA America Bank, N.A.

AGMT90 (1/97)         ©1996 MBNA America Bank, N.A.

8

MBNA000021