Ringling Bros. Barnum &
Bailey Combined Shows Inc

**ACCOUNT NUMBER:** 5329 0119 5917 2909
**PAYMENT DUE DATE:** 03/03/98
**NEW BALANCE TOTAL:** $359.34
**TOTAL MINIMUM PAYMENT DUE:** $15.00
**AMOUNT ENCLOSED:**

CARDHOLDER SINCE 1997

Make check payable to:
MBNA AMERICA    04
P.O. BOX 15019
WILMINGTON, DE 19886-5019

*19886540B1*

JANET S KING
PO BOX 337
BANCROFT    WV    25011-033737

| ACCOUNT NUMBER | CREDIT LINE | CASH OR CREDIT AVAILABLE | DAYS IN CYCLE | CLOSING DATE | TOTAL MINIMUM PAYMENT DUE | PAYMENT DUE DATE |
|---|---|---|---|---|---|---|
| 5329 0119 5917 2909 | $6,600 | $6,140.66 | 31 | 02-03-98 | $15.00 | 03/03/98 |

| POSTING DATE | TRANSFER DATE | REFERENCE NUMBER | TRANSACTIONS | | CHARGES | CREDITS (CR) |
|---|---|---|---|---|---|---|
| | | | FEBRUARY 1998 STATEMENT | | | |
| | | | PURCHASES AND ADJUSTMENTS | | | |
| 0120 | 0116 | 7045326017327209567406 MC C LOWE'S #343    CROSS LANES  WV | | | 359.34 | |
| | | | TOTAL FOR BILLING CYCLE FROM 1/04/1998 THROUGH 2/03/1998 | | $359.34 | $.00 |

**IMPORTANT NEWS!**
LET GOLDPASSAGE DESTINATION SPECIALISTS PLAN THE PERFECT VACATION FOR YOU.
PREFERRED RATES AVAILABLE ON MANY CRUISE & TOUR PACKAGES. CALL 1-800-436-1293.

TO HEAR THE AMOUNT AND DATE OF TRANSACTIONS SINCE YOUR LAST STATEMENT CALL THE
NUMBER LISTED ON THE UPPER LEFT PORTION OF YOUR STATEMENT AND SELECT OPTION 3.

**SUMMARY OF BALANCE**

| Previous Balance | - Payments and Credits | + Cash Advances | + Purchases Adjustments | + Periodic Rate Finance Charges | + Transaction Fee Finance Charges | = New Balance Total |
|---|---|---|---|---|---|---|
| $0.00 | $0.00 | $0.00 | $359.34 | $0.00 | $0.00 | $359.34 |

**TOTAL MINIMUM PAYMENT DUE**
Past Due Amount: $0.00
Current Payment: $15.00
Total Min Payment Due: $15.00

**FINANCE CHARGE SCHEDULE**

| Category | Periodic Rate | Corresponding Annual Percentage Rate | Balance Subject to Finance Charges |
|---|---|---|---|
| A. BALANCE TRANSFER CHECKS | .016164% DLY* | 05.90% | $0.00 |
| B. ATM, BANK | .050410% DLY* | 18.40% | $0.00 |
| C. PURCHASES | .050410% DLY* | 18.40% | $0.00 |
| D. OTHER BALANCES | .000000% DLY* | 00.00% | $0.00 |

FOR THIS BILLING PERIOD
ANNUAL PERCENTAGE RATE... SEE ABOVE
*PERIODIC RATE MAY VARY

FOR YOUR SATISFACTION, EVERY HOUR, EVERY DAY
- For our automated Check Connect service, call
  1-800-626-2580
- To speak to one of our Customer Satisfaction representatives, call
  1-800-421-2110
- For TDD (Telecommunications Device for the Deaf) assistance, call
  1-800-346-3178
- Billing rights are preserved only by written inquiry. Mail billing inquiries and all other account inquiries to:
  MBNA AMERICA P.O. BOX 15026
  WILMINGTON, DE 19850-5026

THIS DOCUMENT IS A COPY OF YOUR STATEMENT. IT IS FOR YOUR RECORDS ONLY AND IS NOT AN OFFICIAL BANK DOCUMENT. THIS COPY IS NOT AN EXACT DUPLICATE AND MAY NOT INCLUDE MESSAGES WHICH APPEAR IN THE IMPORTANT NEWS BOX ON YOUR ORIGINAL PERIODIC STATEMENT.

PAGE 1 OF 1