Ringling Bros. Barnum &
Bailey Combined Shows Inc

| ACCOUNT NUMBER |
| --- |
| 5329 0119 3917 2909 |

| PAYMENT DUE DATE | NEW BALANCE TOTAL |
| --- | --- |
| 03/31/98 | $569.87 |

| TOTAL MINIMUM PAYMENT DUE | AMOUNT ENCLOSED |
| --- | --- |
| $15.00 | |

Make check
payable to:
MBNA AMERICA          04
P.O. BOX 15019
WILMINGTON, DE 19886-5019

CARDHOLDER SINCE 1997

*1588664081*

JANET S KING
PO BOX 337
BANCROFT        WV  26011-033737

S 00001030020100000000000000000000569870000180000053290119569172909
S 00001693010100693400000000000000569870000180000053290119569172909

| ACCOUNT NUMBER | CREDIT LINE | CASH OR CREDIT AVAILABLE | DAYS IN CYCLE | CLOSING DATE | TOTAL MINIMUM PAYMENT DUE | PAYMENT DUE DATE |
| --- | --- | --- | --- | --- | --- | --- |
| 5329 0119 3917 2909 | $5,500 | $4,930.13 | 31 | 03-06-98 | $15.00 | 03/31/98 |

| POSTING DATE | TRANS DATE | REFERENCE NUMBER | TRANSACTIONS | MARCH 1998 STATEMENT | CHARGES | CREDITS (CR) |
| --- | --- | --- | --- | --- | --- | --- |
| PAYMENTS AND CREDITS | | | | | | |
| 0225 | | 05651306444 NC | PAYMENT – THANK YOU | | | 80.00 CR |
| PURCHASES AND ADJUSTMENTS | | | | | | |
| 0214 | 0212 | 884140001014933983020118 NC C TN TICKETMASTER IN/OH CHICAGO IL | | | 148.00 | |
| 0303 | 0301 | 7041446104069187759369 NC C BJS LOTS 00103738 MARMET WV | | | 16.78 | |
| 0303 | 0301 | 7041446104567086800066 NC C AMES DEPT STOR 0008662 DUNBAR WV | | | 69.30 | |
| | | | TOTAL FOR BILLING CYCLE FROM 2/04/1998 THROUGH 3/06/1998 | | $263.08 | $80.00 CR |

| IMPORTANT NEWS | USE THE THREE ENCLOSED CHECKS TO CONSOLIDATE DEPARTMENT STORE AND OTHER CREDIT CARD BILLS.  OR, CALL A BALANCE CONSOLIDATION SPECIALIST AT 1-888-515-9908. |
| --- | --- |

THIS YEAR, PAY YOUR TAXES WITH AN ACCESS CHECK, AND PAY US BACK OVER TIME!
CALL US TO REQUEST A SUPPLY OF CHECKS, OR TO CONSOLIDATE BALANCES.

TO HEAR THE AMOUNT AND DATE OF TRANSACTIONS SINCE YOUR LAST STATEMENT CALL THE
NUMBER LISTED ON THE UPPER LEFT PORTION OF YOUR STATEMENT AND SELECT OPTION 3.

SUMMARY OF TRANSACTIONS

| | Previous Balance | – Payments and Credits | + Cash Advances | + Purchases and Adjustments | = Periodic Rate FINANCE CHARGES | + Transaction Fee FINANCE CHARGES | = New Balance Total |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | $359.34 | $80.00 | $0.00 | $263.08 | $7.45 | $0.00 | $569.87 |

| TOTAL MINIMUM PAYMENT DUE | |
| --- | --- |
| Past Due Amount | $0.00 |
| Current Payment | $15.00 |
| Total Min Payment Due | $15.00 |

FINANCE CHARGE SCHEDULE

| Category | Periodic Rate | Corresponding Annual Percentage Rate | Balance Subject to Finance Charges |
| --- | --- | --- | --- |
| A. BALANCE TRANSFER, CHECKS | .016164% DLY* | 05.90% | $0.00 |
| B. ATM, BANK | .050410% DLY* | 18.40% | $0.00 |
| C. PURCHASES | .050410% DLY* | 18.40% | $476.68 |
| D. OTHER BALANCES | .000000% DLY* | 00.00% | $0.00 |

FOR YOUR SATISFACTION, EVERY HOUR, EVERY DAY

* For our automated Direct Connect service, call
  1-800-426-2954
* To speak to one of our Customer Satisfaction representatives, call
  1-800-421-9178
* For TDD (Telecommunications Device for the Deaf) assistance, call
  1-800-532-7574

* Billing rights are preserved only by written inquiry.  Mail billing inquiries to:
  MBNA AMERICA, P.O. BOX 15026
  WILMINGTON, DE 19850-5026

POSTING REQUIRED
ANNUAL PERCENTAGE RATE          18.40%
(Includes Periodic Rate And Transaction Fee Finance Charges)

THIS DOCUMENT IS A COPY OF YOUR STATEMENT. IT IS FOR YOUR RECORDS
ONLY AND IS NOT AN OFFICIAL BANK DOCUMENT. THIS COPY IS NOT AN
EXACT DUPLICATE AND MAY NOT INCLUDE MESSAGES WHICH APPEAR IN
THE IMPORTANT NEWS BLOCK ON YOUR ORIGINAL PERIODIC STATEMENT.

*PERIODIC RATE MAY VARY

PAGE 1 OF 1



Ringling Bros. Barnum & Bailey Combined Shows Inc

ACCOUNT NUMBER
5329 0119 5917 2909

PAYMENT DUE DATE
04/29/98

NEW BALANCE TOTAL
$749.70

TOTAL MINIMUM PAYMENT DUE
$30.00

AMOUNT ENCLOSED

CARDHOLDER SINCE 1997

Make check
payable to:
MBNA AMERICA          04
P.O. BOX 16137
WILMINGTON, DE 19884-5137

JANET S KING
PO BOX 337
BANCROFT          WV 25011-033737

=1988664090=

S 00K0000X0[00000000000000000000007487000003000005329011958172909
S 00K6696970[0584242000000000000000007487000003000005329011958172909

| ACCOUNT NUMBER | CREDIT LINE | CASH OR CREDIT AVAILABLE | DAYS IN CYCLE | CLOSING DATE | TOTAL MINIMUM PAYMENT DUE | PAYMENT DUE DATE |
|---|---|---|---|---|---|---|
| 5329 0119 5917 2909 | $5,500 | $4,760.30 | 28 | 04-03-98 | $30.00 | 04/29/98 |

APRIL 1998 STATEMENT

| POSTING DATE | TRANS DATE | REFERENCE NUMBER | TRANSACTIONS | | | CHARGES | CREDITS (OR) |
|---|---|---|---|---|---|---|---|
| | | PURCHASES AND ADJUSTMENTS | | | | | |
| 0310 | 0310 | 78453848049000374650719 | MC C ADAM MAIL | 800-7943916 NC | * | 34.85 | |
| 0403 | 0401 | 70434448091009169318427 | MC C BIG LOTS | 00105788 HARNET WV | | 111.26 | |
| 0403 | 0403 | 0100000000000000 | MC C LATE CHARGE FOR PMT DUE 03/31 | | | 25.00 | |
| | | | TOTAL FOR BILLING CYCLE FROM 3/07/1998 THROUGH 4/03/1998 | | | $171.11 | $.00 |

**IMPORTANT NEWS!!**

USE THE THREE ENCLOSED CHECKS TO CONSOLIDATE DEPARTMENT STORE AND OTHER CREDIT CARD BILLS. OR, CALL A BALANCE CONSOLIDATION SPECIALIST AT 1-888-515-3306.

EASY TO REMEMBER. EASY TO USE. YOUR NEW PIN IS VALID RIGHT NOW! THANK YOU FOR SELECTING YOUR PIN. WE'RE SURE THAT YOU'LL FIND IT'S THE PERFECT WAY TO USE YOUR CARD FOR CASH. AND NOW YOUR PIN IS EVEN MORE USEFUL THAN EVER BEFORE, BECAUSE IT'S ACCEPTED 24 HOURS A DAY AT MORE THAN 200,000 ATM'S WORLDWIDE.

| SUMMARY OF BALANCE | | | | | | | TOTAL MINIMUM PAYMENT DUE | |
|---|---|---|---|---|---|---|---|---|
| Previous Balance | - Payments and/or Credits | + Cash Advances | + Purchases Adjustments | + Periodic Rate FINANCE CHARGE | + Transaction Fee FINANCE CHARGE | = New Balance Total | Past Due Amount | $15.00 |
| $560.87 | $5.00 | $0.00 | $171.11 | $8.72 | $0.00 | $749.70 | Current Payment | $15.00 |
| | | | | | | | Total Min Payment Due | $30.00 |

| FINANCE CHARGE SCHEDULE | | | | FOR YOUR SATISFACTION, EVERY HOUR, EVERY DAY |
|---|---|---|---|---|
| Category | Periodic Rate | Corresponding Annual Percentage Rate | Balance Subject To Finance Charges | |
| A. BALANCE TRANSFER CHECKS | .016164% DLY* | 05.90% | $0.00 | • For your convenience with Direct Connect service, call 1-800-526-2660 |
| B. ATM, BANK | .050410% DLY* | 18.40% | $0.00 | • To speak to one of our Customer Satisfaction representatives, call 1-800-421-2110 |
| C. PURCHASES | .050410% DLY* | 18.40% | $617.88 | • For TDD Communications Device for the Deaf assistance, call 1-800-346-3178 |
| D. OTHER BALANCES | .000000% DLY* | 00.00% | $0.00 | • Billing rights are protected only by written inquiry. Mail billing inquiries to: MBNA AMERICA P.O. BOX 16026 WILMINGTON, DE 19450-6026 |

ANNUAL PERCENTAGE RATE     18.40%
(INCLUDES: Periodic Rate And Transaction Fee Finance Charges)
*PERIODIC RATE MAY VARY

THIS DOCUMENT IS A COPY OF YOUR STATEMENT. IT IS FOR YOUR RECORDS ONLY AND IS NOT AN OFFICIAL BANK DOCUMENT. THIS COPY IS NOT AN EXACT DUPLICATE AND MAY NOT INCLUDE MESSAGES WHICH APPEAR IN THE IMPORTANT NEWS BLOCK ON YOUR ORIGINAL PERIODIC STATEMENT.

PAGE 1 OF 1

MBNA000026



Ringling Bros.- Barnum &
Bailey Combined Shows Inc

**ACCOUNT NUMBER**

5329 0119 5917 2909

| PAYMENT DUE DATE | NEW BALANCE TOTAL |
|---|---|
| 05/30/98 | $1,713.91 |

| TOTAL MINIMUM PAYMENT DUE | AMOUNT ENCLOSED |
|---|---|
| $34.00 | |

Make check
payable to:
MBNA AMERICA        04
P.O. BOX 15019
WILMINGTON, DE 19886-5019

CARDHOLDER SINCE 1897

JANET S KING
PO BOX 337
BANCROFT          WV  25011-033737

*1988654081*

$ 000000000000000000000000000000000017139100003400000853290119591729 09

| ACCOUNT NUMBER | CREDIT LINE | CASH OR CREDIT AVAILABLE | DAYS IN CYCLE | CLOSING DATE | TOTAL MINIMUM PAYMENT DUE | PAYMENT DUE DATE |
|---|---|---|---|---|---|---|
| 5329 0119 5917 2909 | $6,500 | $4,786.09 | 29 | 05-02-98 | $34.00 | 05/30/98 |

| POSTING DATE | TRANS DATE | REFERENCE NUMBER | MAY 1998 STATEMENT | CHARGES | CREDITS (CR) |
|---|---|---|---|---|---|
| | | | TRANSACTIONS | | |

PAYMENTS AND CREDITS

| 0409 | | 09986113421 MC | PAYMENT - THANK YOU | | $50.00 CR |
|---|---|---|---|---|---|

PURCHASES AND ADJUSTMENTS

| 0406 | 0404 | 7041446X901069164086856 MC C | BIG LOTS      00308498 TEAYS VALLEY WV | 59.63 | |
| 0413 | 0410 | 92160798101118152481798 MC C | TRICKEE RIVER LODGE  RENO      NV | 130.80 | |
| | | | ARRIVAL DATE  4/10/98 | | |
| 0416 | 0410 | 7041096781016081035726 75 MC C | UNITED    0162122469771 | 262.00 | |
| | | | KIMI/JANET MS       07/04 CMH/DEN  RNOTRP DEN/CMH | | |
| 0415 | 0410 | 7849967810160810357 2717 MC C | UNITED    0162122469772 | 262.00 | |
| | | | KING/BRITTANY MS       07/04 CMH/DEN  RNOTRP DEN/CMH | | |
| 0415 | 0410 | 784996781016081035727 68 MC C | UNITED    0162122469779 | 262.00 | |
| | | | KING/ALLISON MS       07/04 CMH/DEN  RNOTRP DEN/CMH | | |
| 0417 | 0416 | 8141019101690418810561 3 MC C | KMART     00004189 CHARLESTON  WV | 45.92 | |
| | | | TOTAL FOR BILLING CYCLE FROM  4/04/1998 THROUGH  5/02/1998 | $992.15 | $50.00 CR |

CONGRATULATIONS! YOUR CREDIT LIMIT HAS BEEN INCREASED TO  $6500.00.

**IMPORTANT NEWS**

PUTTING YOUR AVAILABLE CREDIT TO USE THIS SPRING IS JUST A PHONE CALL AWAY.
REACH OUR BALANCE CONSOLIDATION SPECIALISTS ANYTIME AT 1-888-516-3308.

NEED MORE CHECKS FOR THAT UPCOMING GRADUATION PARTY OR WEDDING?
SIMPLY CALL 1-888-281-6262 TO REQUEST A BOOK OF 10 TODAY.

SUMMARY OF TRANSACTIONS / TOTAL MINIMUM PAYMENT DUE

| Previous Balance | - Payments and Credits | + Cash Advances | + Purchases and Adjustments | + Periodic Rate FINANCE CHARGE | + Transaction Fee FINANCE CHARGE | = New Balance Total | Past Due Amount | $0.00 |
|---|---|---|---|---|---|---|---|---|
| $749.70 | $50.00 | $0.00 | $992.15 | $22.06 | $0.00 | $1,713.91 | Current Payment | $34.00 |
| | | | | | | | Total Min Payment Due | $34.00 |

| FINANCE CHARGE SCHEDULE Category | Periodic Rate | Corresponding Annual Percentage Rate | Balance Subject to Finance Charges |
|---|---|---|---|
| A. BALANCE TRANSFER, CHECKS | .0161644 DLY* | 05.90% | $0.00 |
| B. ATM, BANK | .0504104 DLY* | 18.40% | $0.00 |
| C. PURCHASES | .0504104 DLY* | 18.40% | $1,609.09 |
| D. OTHER BALANCES | .0000004 DLY* | 00.00% | $0.00 |

FOR THIS BILLING PERIOD
ANNUAL PERCENTAGE RATE    18.40%
(Includes Periodic Rate And Transaction Fee Finance Charges)

THIS DOCUMENT IS A TRUE COPY OF YOUR STATEMENT. IT IS FOR YOUR RECORDS
ONLY AND IS NOT AN OFFICIAL BANK DOCUMENT. THIS COPY IS NOT AN
EXACT DUPLICATE AND MAY NOT INCLUDE MESSAGES WHICH APPEAR ON
THE IMPORTANT NEWS SECTION ON YOUR ORIGINAL PERIODIC STATEMENT.

*PERIODIC RATE MAY VARY

PAGE 1 OF 1

FOR YOUR SATISFACTION, EVERY HOUR, EVERY DAY

• For our automated Direct Connect service, call
  1-800-526-2809

• To speak to one of our Customer Satisfaction representatives, call
  1-800-421-2110

• For our Telecommunications Device for the Deaf assistance, call
  1-800-248-4635

• For the hearing impaired, call
  1-800-822-3179

• Billing rights are preserved only by written inquiry. Mail billing inquiries to:
  MBNA AMERICA, P.O. BOX 15026
  WILMINGTON, DE 19850-5026





ACCOUNT NUMBER 5329 0119 5917 2909

PAYMENT DUE DATE 08/02/98
NEW BALANCE TOTAL $712.63
TOTAL MINIMUM PAYMENT DUE $15.00
AMOUNT ENCLOSED

Ringling Bros. Barnum &
Bailey Combined Shows Inc

CARDHOLDER SINCE 1997    04

Make check
payable to:
MBNA AMERICA
P.O. BOX 15019
WILMINGTON, DE 19886-4019

*1988654081*

JANET S KING
PO BOX 337
BANCROFT    WV 25011-033737

| ACCOUNT NUMBER 5329 0119 5917 2909 | CREDIT LINE $8,500 | CASH OR CREDIT AVAILABLE $5,767.37 | DAYS IN CYCLE 30 | CLOSING DATE 07-02-98 | TOTAL MINIMUM PAYMENT DUE $15.00 | PAYMENT DUE DATE 08/02/98 |

| POSTING DATE | TRANS DATE | REFERENCE NUMBER | Transactions | CHARGES | CREDITS (CR) |
|---|---|---|---|---|---|
| | | | JULY 1998 STATEMENT | | |
| | | PAYMENTS AND CREDITS | | | |
| 0631 | | 18256102001 MC | PAYMENT - THANK YOU | | 1,000.00 CR |
| 0702 | | 18957293066 MC | PAYMENT - THANK YOU | | 69.00 CR |
| | | | TOTAL FOR BILLING CYCLE FROM  6/03/1998 THROUGH  7/02/1998 | $.00 | $1,069.00 CR |

**IMPORTANT NEWS**    PUTTING YOUR AVAILABLE CREDIT TO USE THIS SUMMER IS JUST A PHONE CALL AWAY. REACH OUR BALANCE CONSOLIDATION SPECIALISTS ANYTIME AT 1-888-515-3308.

ORDER A BOOK OF TEN ACCESS CHECKS TODAY!  THEY LOOK LIKE PERSONAL CHECKS AND CAN BE USED ALMOST ANYWHERE.  SIMPLY CALL 1-888-281-6262.

| SUMMARY OF BALANCE | | | | | | |
|---|---|---|---|---|---|---|
| Previous Balance $1,765.91 | - Payments and Credits 1,069.00 | + Cash Advances $0.00 | + Purchases Adjustments $0.00 | + Periodic Rate FINANCE CHARGE $15.72 | + Transaction Fee FINANCE CHARGE $0.00 | = New Balance Total $712.63 |

| TOTAL MINIMUM PAYMENT DUE | |
|---|---|
| Past Due Amount | $0.00 |
| Current Payment | $15.00 |
| Total Min Payment Due | $15.00 |

| FINANCE CHARGE SCHEDULE Category | Periodic Rate | Corresponding Annual Percentage Rate | Balance Subject to Finance Charges | Finance Charges |
|---|---|---|---|---|
| A. BALANCE TRANSFER, CHECKS | .021643% DLY* | 07.90% | $0.00 | $0.00 |
| B. ATM, BANK | .050410% DLY* | 18.40% | $0.00 | $0.00 |
| C. PURCHASES | .050410% DLY* | 18.40% | $1,039.34 | $0.00 |
| D. OTHER BALANCES | .000000% DLY* | 00.00% | $0.00 | $0.00 |

FOR THE BILLING PERIOD
ANNUAL PERCENTAGE RATE    18.40%
(Includes Periodic Rate And Transaction Fee Finance Charges)
*PERIODIC RATE MAY VARY

PAGE 1 OF 1

FOR YOUR SATISFACTION, EVERY HOUR, EVERY DAY
• For your convenient Direct Connect service, call 1-800-826-2626
• To speak to one of our Customer Satisfaction representatives, call 1-800-421-2110
• For TDD/Telecommunications Device for the Deaf assistance, call 1-800-346-3178
• Billing rights are preserved only by written inquiry. Mail billing inquiries to:
MBNA AMERICA
P.O. BOX 15026
WILMINGTON, DE 19850-5026

THIS DOCUMENT IS NOT OF YOUR STATEMENT. IT IS FOR YOUR RECORDS ONLY AND IS NOT AN OFFICIAL BANK DOCUMENT. THIS COPY IS NOT AN EXACT DUPLICATE AND MAY NOT INCLUDE MESSAGES WHICH APPEAR IN THE IMPORTANT NEWS SPACE ON YOUR OFFICIAL PERIODIC STATEMENT.



Ringling Bros. Barnum &
Bailey Combined Shows Inc

| ACCOUNT NUMBER | | |
| --- | --- | --- |
| | 5329 0119 5917 2909 | |
| PAYMENT DUE DATE | NEW BALANCE TOTAL | |
| 09/01/98 | $1,138.95 | |
| TOTAL MINIMUM PAYMENT DUE | AMOUNT ENCLOSED | |
| $37.00 | | |

Make check
payable to:
MBNA AMERICA                    Q4
P.O. BOX 15137
WILMINGTON, DE 10886-5137

CARDHOLDER SINCE 1997

JANET S KING
PO BOX 337
BANCROFT          WV 25011-033737

*1985654090*

S 00000000X0000000000000000000001138950000370000053290119501729C9
S 00007112G9 X 0169691000000000000000011389500003700000532901195017290C9

| ACCOUNT NUMBER | CREDIT LINE | CASH OR CREDIT AVAILABLE | DAYS IN CYCLE | CLOSING DATE | TOTAL MINIMUM PAYMENT DUE | PAYMENT DUE DATE |
| --- | --- | --- | --- | --- | --- | --- |
| 5329 0119 5917 2909 | $6,000 | $5,361.60 | 32 | 08-03-98 | $37.00 | 09/01/98 |

| POSTING TRANS. REFERENCE DATE DATE NUMBER | TRANSACTIONS | AUGUST 1998 STATEMENT | CHARGES | CREDITS (CR) |
| --- | --- | --- | --- | --- |
| PAYMENTS AND CREDITS | | | | |
| 0714     5844 5708 1141 1615 2497363 NC | TRUCKEE RIVER LODGE     RENO     NV<br>ARRIVAL DATE 1/01/98 | | | .92 CR |
| PURCHASES AND ADJUSTMENTS | | | | |
| 0706     0704 9243 0791 1461 1815 2496201 NC C | TRUCKEE RIVER LODGE     RENO     NV<br>ARRIVAL DATE 7/04/98 | | 384.60 | |
| 0803     0803     D000000000000 NC C | LATE CHARGE FOR PMT DUE 08/02 | | 25.00 | |
| | TOTAL FOR BILLING CYCLE FROM 7/03/1998 THROUGH 8/03/1998 | | $409.60 | $.92 CR |

IMPORTANT
NEWS

USE THE THREE ENCLOSED CHECKS OR CALL 1-800-515-3308 TO TAKE ADVANTAGE OF YOUR
LOW, PROMOTIONAL APR THROUGH YOUR JANUARY 1999 STATEMENT CLOSING DATE.

YOU ARE A VALUED CUSTOMER. WE WANT TO MAKE SURE YOU ARE AWARE THAT WE HAVE NOT
RECEIVED YOUR PAYMENT. PLEASE SEND THE AMOUNT DUE TODAY. IF IT HAS BEEN
MAILED, THANK YOU.

GETTING GEARED UP FOR THE 'BACK TO SCHOOL' SEASON?
CALL 1-888-281-6262 NOW TO REQUEST AN ADDITIONAL CARD.

| Previous Balance | Payments and Credits | + Cash Advances | + Purchases & Adjustments | + Periodic Rate FINANCE CHARGE | + Transaction Fee FINANCE CHARGE | = New Balance Total | TOTAL MINIMUM PAYMENT DUE | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| $712.48 | $0.92 | $0.00 | $409.60 | $17.64 | $0.00 | $1,138.95 | Past Due Amount | $15.00 |
| | | | | | | | Current Payment | $22.00 |
| | | | | | | | Total Min Payment Due | $37.00 |

| FINANCE CHARGE Category | Periodic Rate | Corresponding Annual Percentage Rate | Balance Subject to Finance Charges | |
| --- | --- | --- | --- | --- |
| A. BALANCE TRANSFER CHECKS | .0216434% DLY* | 07.90% | $0.00 | |
| B. ATM, BANK | .0504104% DLY* | 18.40% | $0.00 | |
| C. PURCHASES | .0504104% DLY* | 18.40% | $1,093.79 | |
| D. OTHER BALANCES | .000000% DLY* | 00.00% | $0.00 | |

FOR THIS BILLING PERIOD
ANNUAL PERCENTAGE RATE     18.40%
(Includes Periodic Rate and Transaction Fee Finance Charges)

THIS DOCUMENT IS A COPY OF YOUR STATEMENT. IT IS FOR YOUR RECORDS
ONLY AND IS NOT AN OFFICIAL BANK DOCUMENT. THE COPY IS NOT AN
EXACT DUPLICATION AND MAY NOT INCLUDE MESSAGES WHICH APPEAR IN
THE INFORMATION BLOCK ON YOUR ORIGINAL PERIODIC STATEMENT.

*PERIODIC RATE MAY VARY

PAGE 1 OF 1

FOR YOUR SATISFACTION, EVERY HOUR, EVERY DAY

• For our International Direct Connect service, call
  1-800-626-2660
• To speak to one of our Customer Satisfaction representatives, call
  1-800-421-2110
• For TDD (Telecommunications Device for the Deaf) assistance, call
  1-800-340-5170
• Billing rights are preserved only by written inquiry. Mail billing inquiries
  MBNA AMERICA P.O. BOX 15026
  WILMINGTON, DE 19850-5026



Ringling Bros. Barnum &
Bailey Combined Shows Inc.

ACCOUNT NUMBER
5329 0119 8917 2909

PAYMENT DUE DATE       NEW BALANCE/TOTAL
10/01/98              $3,061.61

TOTAL MINIMUM PAYMENT DUE    AMOUNT ENCLOSED
$61.00

Make check
payable to:    CARDHOLDER SINCE 1997
MBNA AMERICA            04
P.O. BOX 15019
WILMINGTON, DE 19886-5019

JANET S KING
PO BOX 337
*1968654081*          BANCROFT        WV  25011-033737

| ACCOUNT NUMBER | CREDIT LINE | CASH ON CREDIT AVAILABLE | DAYS IN CYCLE | CLOSING DATE | TOTAL MINIMUM PAYMENT DUE | PAYMENT DUE DATE |
|---|---|---|---|---|---|---|
| 5329 0119 8917 2909 | $8,600 | $3,448.45 | 50 | 09-02-98 | $61.00 | 10/01/98 |

SEPTEMBER 1998 STATEMENT

| POSTING DATE | TRANS DATE | REFERENCE NUMBER | TRANSACTIONS | | CHARGES | CREDITS (CR) |
|---|---|---|---|---|---|---|
| | | | PAYMENTS AND CREDITS | | | |
| 0813 | | 02568207249 | PAYMENT - THANK YOU | | | 200.00 CR |
| | | | PURCHASES AND ADJUSTMENTS | | | |
| 0804 | 0801 | 204594481150110321902 | MYRTLE BEACH RESORT | MYRTLE BCH SC | 735.98 | |
| 0810 | 0809 | 804447381721146730BA578 | LAZARUS-HUNTINGTON | HUNTINGTON WV | 134.92 | |
| 0824 | 0822 | 8441400885411446010204 | TH REBA & BROOKS & DU | CHICAGO IL | 270.83 | |
| 0826 | 0824 | 92315808210160263368128 | AUTISM SOCIETY OF AMER | BETHESDA MD | 480.00 | |
| 0827 | 0825 | 80441008221816970079353 | LE ROY'S JEWELERS #004 | CHARLESTON WV | 186.78 | |
| 0831 | 0829 | 924165312410000020791 | PARAMOUNT S KINGS ISLA | KINGS ISLAND OH | 79.00 | |
| 0902 | 0830 | 924371771284973646001123 | KINGS ISLAND INN | KINGS ISLAND OH | 220.78 | |
| | | | ARRIVAL DATE 8/26/98 | | | |
| | | | TOTAL FOR BILLING CYCLE FROM 8/04/1998 THROUGH 9/02/1998 | | $2,078.99 | $200.00 CR |

IMPORTANT NEWS

USE THE THREE ENCLOSED CHECKS AND TAKE ADVANTAGE OF THIS CONVENIENT FEATURE.
THESE CHECKS CAN BE USED JUST LIKE PERSONAL CHECKS!

IT'S THAT TIME OF YEAR AGAIN! NEED SOME EXTRA CASH FOR ALL THOSE
BACK TO SCHOOL EXPENSES? SIMPLY CALL 1-800-281-6262 TO REQUEST A PIN.

PLANNING YOUR NEXT CRUISE OR VACATION? FOR EXCEPTIONAL TRAVEL VALUES, CALL
PALLADIAN TRAVEL SERVICES TODAY AT 1-800-436-7291. PLEASE MENTION CODE 5N01.

| SUMMARY OF YOUR BALANCE | | + Cash Advances | + Purchases & Adjustments | + Periodic Rate FINANCE CHARGE | + Transaction Fee FINANCE CHARGE | = New Balance Total | TOTAL MINIMUM PAYMENT DUE | |
|---|---|---|---|---|---|---|---|---|
| Previous Balance | - Payments and Credits | | | | | | Past Due Amount | $0.00 |
| $1,138.05 | $200.00 | $0.00 | $2,078.99 | $45.57 | $0.00 | $3,061.61 | Current Payment | $61.00 |
| | | | | | | | Total Min Payment Due | $61.00 |

| FINANCE CHARGE SCHEDULE Category | Periodic Rate | Corresponding Annual Percentage Rate | Balance Subject to Finance Charges |
|---|---|---|---|
| A. BALANCE TRANSFER, CHECKS | .0216438 DLY* | 07.90% | $0.00 |
| B. ATM, BANK | .0504104 DLY* | 18.40% | $0.00 |
| C. PURCHASES | .0504104 DLY* | 18.40% | $2,219.72 |
| D. OTHER BALANCES | .0000000 DLY* | 00.00% | $0.00 |

FOR THE BILLING PERIOD
ANNUAL PERCENTAGE RATE        18.40%
(Includes Periodic Rate And Transaction Fee Finance Charges)

*PERIODIC RATE MAY VARY

FOR YOUR SATISFACTION, EVERY HOUR, EVERY DAY

• For our around-the-clock Customer service, call
1-800-421-2110

• To speak to one of our Customer Satisfaction representatives, call
1-800-421-2110

• For TDD (for the hearing impaired) Choice for the Deaf) assistance, call
1-800-346-3178

• Billing rights are preserved only by written inquiry. Mail billing inquiries and correspondence to:
MBNA AMERICA, P.O. BOX 15026
WILMINGTON, DE 19850-5026

THIS DOCUMENT IS A COPY OF YOUR STATEMENT. IT IS FOR YOUR RECORDS ONLY AND IS NOT AN OFFICIAL BANK DOCUMENT. THIS COPY IS NOT AN EXACT DUPLICATE AND MAY NOT INCLUDE MESSAGES WHICH APPEAR IN THE IMPORTANT NEWS BLOCK ON YOUR ORIGINAL PERIODIC STATEMENT.

PAGE 1 OF 1



Ringling Bros. Barnum &
Bailey Combined Shows Inc

ACCOUNT NUMBER    5329 0119 5917 2909

PAYMENT DUE DATE    NEW BALANCE TOTAL
11/02/98            $3,123.01

TOTAL MINIMUM PAYMENT DUE    AMOUNT ENCLOSED
$123.00

Make check
payable to:
MBNA AMERICA        04
P.O. BOX 15137
WILMINGTON, DE 19886-5137

CARDHOLDER SINCE 1997

JANET S KING
PO BOX 337
BANCROFT        WV  25011-033737

*1988684090*

S 00000000000X0000000000000000000000001230100012300008329011959172909
S 0003001161000001794000000000000000003230100012300003329011959172909

| ACCOUNT NUMBER | CREDIT LINE | CASH OR CREDIT AVAILABLE | DAYS IN CYCLE | CLOSING DATE | TOTAL MINIMUM PAYMENT DUE | PAYMENT DUE DATE |
|---|---|---|---|---|---|---|
| 5329 0119 5917 2909 | $6,500 | $3,376.99 | 30 | 10-02-98 | $123.00 | 11/02/98 |

| POSTING DATE | TRANS DATE | REFERENCE NUMBER | TRANSACTIONS | CHARGES | CREDITS (CR) |
|---|---|---|---|---|---|
| | | | OCTOBER 1998 STATEMENT | | |
| | | | PURCHASES AND ADJUSTMENTS | | |
| 1002 | 1002 | 030000000000 | MC C LATE CHARGE FOR PMT DUE 10/01 | 25.00 | |
| | | | TOTAL FOR BILLING CYCLE FROM 9/03/98 THROUGH 10/02/1998 | $25.00 | $.00 |

IMPORTANT
NEWS

USE THE THREE ENCLOSED CHECKS TO TAKE ADVANTAGE OF YOUR CREDIT LINE.
REACH OUR BALANCE CONSOLIDATION SPECIALISTS ANYTIME AT 1-888-615-3308.

IMPORTANT AMENDMENT TO YOUR ACCOUNT TERMS IS ENCLOSED.

YOU ARE A VALUED CUSTOMER.  WE WANT TO MAKE SURE YOU ARE AWARE THAT WE HAVE NOT
RECEIVED YOUR PAYMENT.  PLEASE SEND THE AMOUNT DUE TODAY.  IF IT HAS BEEN
MAILED, THANK YOU.

| SUMMARY OF TRANSACTIONS | | | | | | | TOTAL MINIMUM PAYMENT DUE | |
|---|---|---|---|---|---|---|---|---|
| Previous Balance | − Payments and Credits | + Cash Advances | + Purchases & Adjustments | + Periodic Rate FINANCE CHARGES | + Transaction Fee FINANCE CHARGES | = New Balance Total | PAST DUE AMOUNT | $61.00 |
| $3,051.51 | $0.00 | $0.00 | $25.00 | $46.50 | $0.00 | $3,123.01 | Current Payment | $62.00 |
| | | | | | | | Total Min Payment Due | $123.00 |

| FINANCE CHARGE SCHEDULE Category | Periodic Rate | Corresponding Annual Percentage Rate | Balance Subject to Finance Charges |
|---|---|---|---|
| A. BALANCE TRANSFER, CHECKS | .02156% DLY* | 07.90% | $0.00 |
| B. ATM, BANK | .0504104 DLY* | 18.40% | $0.00 |
| C. PURCHASES | .0504104 DLY* | 18.40% | $3,074.75 |
| D. OTHER BALANCES | .000000% DLY* | 00.00% | $0.00 |

FOR THE BILLING PERIOD
ANNUAL PERCENTAGE RATE        18.40%
(Includes Periodic Rate And Transaction Fee Finance Charges)

THIS DOCUMENT IS A COPY OF YOUR STATEMENT, IT IS FOR YOUR RECORDS
ONLY AND IS NOT AN OFFICIAL BANK DOCUMENT. THIS COPY IS NOT AN
EXACT DUPLICATE, AND MAY NOT INCLUDE MESSAGES WHICH APPEAR IN
THE MARGINS OR IN THE BLOCKS ON YOUR ORIGINAL PERIODIC STATEMENT.

*PERIODIC RATE MAY VARY

PAGE 1 OF 1

FOR YOUR SATISFACTION, EVERY HOUR, EVERY DAY
• For our automated Direct Connect service, call
  1-800-526-2950
• To speak to one of our Customer Satisfaction representatives, call
  1-800-421-2110
• For TDD (Telecommunications Device for the Deaf) assistance, call
  1-800-346-3178
• Billing rights are preserved only by written inquiry. Mail billing inquiries
  to P.O. Box 15026,
  MBNA AMERICA, P.O. Box 15026
  WILMINGTON, DE 19850-5026

MBNA000032



Ringling Bros. Barnum &
Bailey Combined Shows Inc

| ACCOUNT NUMBER | | |
| --- | --- | --- |
| | 5329 0119 5917 2908 | |
| PAYMENT DUE DATE | NEW BALANCE TOTAL | |
| 12/01/98 | $3,080.41 | |
| TOTAL MINIMUM PAYMENT DUE | AMOUNT ENCLOSED | |
| $61.00 | | |

Make check
payable to
MBNA AMERICA          OA
P.O. BOX 15019
WILMINGTON, DE 19886-5019

CARDHOLDER SINCE 1997

JANET S KING
PO BOX 337
BANCROFT          WV  28011-033737

*1988664081*

S 00000010000010100000000000000000000030604100006100000532901195917290B
S 00021210100010179400000000000000000000030604100006100000532901195917290B

| ACCOUNT NUMBER | CREDIT LINE | CASH OR CREDIT AVAILABLE | DAYS IN CYCLE | CLOSING DATE | TOTAL MINIMUM PAYMENT DUE | PAYMENT DUE DATE |
| --- | --- | --- | --- | --- | --- | --- |
| 5329 0119 5917 2908 | $6,500 | $3,449.59 | 32 | 11-03-98 | $61.00 | 12/01/98 |

| POST/REF TRANSACTION DATE DATE NUMBER | REFERENCE | TRANSACTIONS | NOVEMBER 1998 STATEMENT | CHARGES | CREDITS (CR) |
| --- | --- | --- | --- | --- | --- |
| PAYMENTS AND CREDITS | | | | | |
| 1029 | 0926353126 NC | PAYMENT – THANK YOU | | $.00 | 123.00 CR |
| | | TOTAL FOR BILLING CYCLE FROM 10/03/1998 THROUGH 11/03/1998 | | | $123.00 CR |

| IMPORTANT NEWS! | TAKE ADVANTAGE OF THE HOLIDAY SEASON BY USING THE THREE ENCLOSED CHECKS. OR, CALL 1-888-816-3308 TO CONSOLIDATE YOUR BALANCES TODAY. |
| --- | --- |

LIKE TO ADD SOMEONE NEW TO YOUR ACCOUNT? CALL TO REQUEST
AN ADDITIONAL CARD FOR AN AUTHORIZED USER.

BOOK YOUR NEXT CRUISE OR VACATION WITH PALLADIAN TRAVEL BY 12/31/98 AND SAVE
$100! MIN. PURCHASE REQD. FOR MORE DETAILS, CALL 1-800-726-6454. CODE OCT1.

| SUMMARY OF FINANCE CHARGES | | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| Previous Balance | +Finance Charges and Credits | +Cash Advances | +Purchases & Adjustments | +Periodic Rate FINANCE CHARGE | +Transaction Fee FINANCE CHARGE | =New Balance Total |
| $5,123.01 | -$123.00 | $0.00 | $0.00 | $80.40 | $0.00 | $5,080.41 |

| TOTAL MINIMUM PAYMENT DUE | |
| --- | --- |
| PAST DUE AMOUNT | $0.00 |
| Current Payment | $61.00 |
| Total Min Payment Due | $61.00 |

| FINANCE CHARGE SCHEDULE Category | Periodic Rate | Corresponding Annual Percentage Rate | Balance Subject to Finance Charges |
| --- | --- | --- | --- |
| A. BALANCE TRANSFER, CHECKS | .021643% DLY* | 07.90% | $0.00 |
| B. ATM, BANK | .050410% DLY* | 18.40% | $0.00 |
| C. PURCHASES | .050410% DLY* | 18.40% | $3,124.44 |
| D. OTHER BALANCES | .000000% DLY* | 00.00% | $0.00 |

FOR THIS BILLING PERIOD
ANNUAL PERCENTAGE RATE    18.60%
(Includes Periodic Rate And Transaction Fee Finance Charges)

THIS DOCUMENT IS A COPY OF YOUR STATEMENT. IT IS FOR YOUR RECORDS
ONLY AND IS NOT AN OFFICIAL BANK DOCUMENT. THIS COPY IS NOT AN
EXACT DUPLICATE, AND MAY NOT INCLUDE MESSAGES WHICH APPEAR IN
THE IMPORTANT NEWS BLOCK ON YOUR ORIGINAL PERIODIC STATEMENT.

*PERIODIC RATE MAY VARY

PAGE 1 OF 1

FOR YOUR SATISFACTION, EVERY HOUR, EVERY DAY

· For our automated Direct Contact service, call
  1-800-822-2559

· To speak to one of our Customer Satisfaction representatives, call
  1-800-421-2110

· For TDD (Telecommunications Device for the Deaf) assistance, call
  1-800-346-3178

· Billing rights are preserved only by written inquiry. Mail billing inquiries to:
  MBNA AMERICA, P.O. BOX 15026
  WILMINGTON, DE 19850-5026



Ringling Bros. Barnum &
Bailey Combined Shows Inc

Make check
payable to:
MBNA AMERICA            04
P.O. BOX 15197
WILMINGTON, DE 19886-5137

CARDHOLDER SINCE 1997

ACCOUNT NUMBER
5329 0119 59L7 2909

PAYMENT DUE DATE          NEW BALANCE TOTAL
01/03/99                  $4,239.75

TOTAL MINIMUM PAYMENT DUE    AMOUNT ENCLOSED
$145.00

JANET S KING
PO BOX 337
BANCROFT        WV  25011-0337

| ACCOUNT NUMBER | CREDIT LINE | CASH OR CREDIT AVAILABLE | DAYS IN CYCLE | CLOSING DATE | TOTAL MINIMUM PAYMENT DUE | PAYMENT DUE DATE |
|---|---|---|---|---|---|---|
| 5329 0119 5917 2909 | $4,600 | $2,260.25 | 29 | 12-02-98 | $145.00 | 01/03/99 |

| POSTING DATE | TRANS DATE | REFERENCE NUMBER | TRANSACTIONS DECEMBER 1998 STATEMENT | | CHARGES | CREDITS (CR) |
|---|---|---|---|---|---|---|
| PAYMENTS AND CREDITS | | | | | | |
| 1202 | | 7841018181362591954294 MC | U.S. AIR 0377954602864 HURRICANE  WV 98/11 CRW/CLT ONEWAY HOOKS/S | | | 244.00 CR |
| 1202 | | 7841018181362591954294 MC | U.S. AIR 0377954602865 HURRICANE  WV 98/11 CRW/CLT ONEWAY KING/J | | | 244.00 CR |
| PURCHASES AND ADJUSTMENTS | | | | | | |
| 1128 | 1127 | 9754180101212942603269D MC C | CARNIVAL CRUISE TKT/RE MIAMI  FL | | 878.00 | |
| 1130 | 1127 | 9244147181212930629139T MC C | KROGER #778        SLD CHARLESTON  WV | | 76.23 | |
| 1130 | 1127 | 8644101812129037243310IT MC C | KMART      00003724 SCOTT DEPOT  WV | | 148.20 | |
| 1130 | 1127 | 7841018181362591633099 MC C | U.S. AIR 0377954602864 HURRICANE  WV 98/11 CRW/CLT ONEWAY HOEFS/S | | 244.00 | |
| 1130 | 1127 | 7841018181362591633107 MC C | U.S. AIR 0377954602865 HURRICANE  WV 98/11 CRW/CLT ONEWAY KING/J | | 244.00 | |
| 1202 | 1202 | 00000000000000 MC C | LATE CHARGE FOR PMT DUE 12/01 | | 25.00 | |
| | | | TOTAL FOR BILLING CYCLE FROM 11/04/1998 THROUGH 12/02/1998 | | $1,615.43 | $488.00 CR |

| IMPORTANT NEWS | TAKE ADVANTAGE OF THE HOLIDAY SEASON BY USING THE THREE ENCLOSED CHECKS. OR, CALL 1-888-515-3308 TO CONSOLIDATE YOUR BALANCES TODAY. |
|---|---|

YOU ARE A VALUED CUSTOMER.  WE WANT TO MAKE SURE YOU ARE AWARE THAT WE HAVE NOT
RECEIVED YOUR PAYMENT.  PLEASE SEND THE AMOUNT DUE TODAY.  IF IT HAS BEEN
MAILED, THANK YOU.

PLANNING YOUR NEXT CRUISE OR VACATION?  FOR EXCEPTIONAL TRAVEL VALUES, CALL
PALLADIAN TRAVEL SERVICES TODAY AT 1-800-438-7291.  PLEASE MENTION CODE DECO1.

| SUMMARY OF TRANSACTIONS | | | | | | | TOTAL MINIMUM PAYMENT DUE | |
|---|---|---|---|---|---|---|---|---|
| Previous Balance $3,060.41 | - Payments and Credits $488.00 | + Cash Advances $0.00 | + Purchases & Adjustments $1,615.43 | + Periodic Rate FINANCE CHARGES $51.91 | + Transaction Fee FINANCE CHARGES $0.00 | = New Balance Total $4,239.75 | Past Due Amount $61.00 Current Payment $84.00 | Total Min Payment Due $145.00 |

| FINANCE CHARGE SCHEDULE Category | Periodic Rate | Corresponding Annual Percentage Rate | Balance Subject to Finance Charge |
|---|---|---|---|
| A. BALANCE TRANSFER, CHECKS | .0189041 DLY | 06.90% | $0.00 |
| B. ATM, BANK | .0629564 DLY | 22.98% | $0.00 |
| C. PURCHASES | .0629564 DLY | 22.98% | $3,391.00 |
| D. OTHER BALANCES | .0000009 DLY | 00.00% | $0.00 |

FOR THIS BILLING PERIOD:
ANNUAL PERCENTAGE RATE        22.98%
(Includes Periodic Rate And Transaction Fee Finance Charges)

THIS DOCUMENT IS A COPY OF YOUR STATEMENT, IT IS FOR YOUR RECORDS
ONLY AND IS NOT AN OFFICIAL BANK DOCUMENT. THIS COPY IS NOT AN
EXACT DUPLICATE AND IS NOT INCLUDE MESSAGES WHICH APPEAR IN
THIS IMPORTANT NEWS GUIDE ON YOUR ORIGINAL PERIODIC STATEMENT.

FOR YOUR SATISFACTION, EVERY HOUR, EVERY DAY
For our automated Direct Connect service, call
1-800-622-2580
To speak to one of our Customer Satisfaction representatives, call
1-800-421-2110
For our TDD (Telecommunications Device for the Deaf) assistance, call
1-800-548-3192
Billing rights are preserved only by written inquiry. Mail billing inquiries to:
MBNA AMERICA, P.O. BOX 15026
WILMINGTON, DE 19886-5026

PAGE 1 OF 1



Ringling Bros. Barnum &
Bailey Combined Shows Inc

| ACCOUNT NUMBER |
| --- |
| 5329 0119 6917 2909 |

| PAYMENT DUE DATE | NEW BALANCE TOTAL |
| --- | --- |
| 02/01/99 | $5,839.05 |

| TOTAL MINIMUM PAYMENT DUE | AMOUNT ENCLOSED |
| --- | --- |
| $116.00 | |

Make check
payable to:
MBNA AMERICA          04
P.O. BOX 15019
WILMINGTON, DE 19886-5019

CARDHOLDER SINCE 1997

JANET S KING
PO BOX 337
BANCROFT          WV 25011-033787

*1988654081*

S 000X0000X0000000000000000000005839060001160000652901169172909
S 000X2397500X416284000000000000005839060001160000652901169172909

| ACCOUNT NUMBER | CREDIT LINE | CASH OR CREDIT AVAILABLE | DAYS IN CYCLE | CLOSING DATE | TOTAL MINIMUM PAYMENT DUE | PAYMENT DUE DATE |
| --- | --- | --- | --- | --- | --- | --- |
| 5329 0119 6917 2909 | $6,600 | $660.95 | 35 | 01-04-99 | $116.00 | 02/01/99 |

JANUARY 1999 STATEMENT

| POST DATE | TRANS DATE | REFERENCE NUMBER | TRANSACTIONS | | | CHARGES | CREDITS (CR) |
| --- | --- | --- | --- | --- | --- | --- | --- |
| PAYMENTS AND CREDITS | | | | | | | |
| 1218 | | 35268138183 MC | PAYMENT - THANK YOU | | | | 148.00 CR |
| PURCHASES AND ADJUSTMENTS | | | | | | | |
| 1204 | 1201 | 9242029915644446370696 MC | C RIO GRANDE #4 | NITRO | WV | 20.67 | |
| 1205 | 1203 | 7041019153362893903019 MC | C U.S. AIR 03779545D2882 HURRICANE | WV | | 229.00 | |
| | | 96712 CNW/CLT ONEWAY | | | | | |
| KING/J | | | | | | | |
| 1207 | 1203 | 9242029915644446406460 MC | C RIO GRANDE #4 | NITRO | WV | 16.96 | |
| 1207 | 1204 | 7041022913027718689613 MC | C LOWE'S #616 | HURRICANE | WV | 61.40 | |
| 1211 | 1209 | 7341029164021931128929 MC | C IBL ibl11@bean.com | 800-307-3556 | FL | 19.98 | |
| 1211 | 1209 | 9218075834117000017570 MC | C THE TACK ROOM | TUCSON | AZ | 78.00 | |
| 1214 | 1212 | 7014641834106503702347B MC | C RITE AID 3702 | CROSS LANES | WV | 107.77 | |
| 1216 | 1214 | 8041013650023978123894 MC | C MASTERS TUXEDO | NITRO | WV | 92.17 | |
| 1216 | 1214 | 7241049163022661962593S3 MC | C HOOTERS REST CHARLESTO | CHARLESTON | WV | 138.62 | |
| 1217 | 1215 | 7741055183410358267100333 MC | C EXXON USA 7526893016 | POCA | WV | 16.00 | |
| 1217 | 1215 | 8041003283006999015005284 MC | C COLONIAL CLEANERS | CROSS LANES | WV | 61.27 | |
| 1217 | 1215 | 8040032130004028023239770 MC | C CALVIN BROYLES JEWELER | HURRICANE | WV | 316.84 | |
| 1217 | 1216 | 9142105931104461234000 MC | C SCHLOTZSKY'S DELI | HUNTINGTON | WV | 6.55 | |
| 1219 | 1217 | 9141019143026030312046S7 MC | C VALUE CITY FRN0G000325 | ST ALBANS | WV | 95.38 | |
| 1219 | 1217 | 748362191230017669246B MC | C WM SUPERCENTER | NITRO | WV | 140.62 | |

| IMPORTANT NEWS! | TAKE ADVANTAGE OF ALL THOSE POST-HOLIDAY BARGAINS. CALL 1-888-261-6262 TO REQUEST A PIN CODE FOR SOME ADDITIONAL CASH. |
| --- | --- |

PLAY ALONGSIDE FOOTBALL GREATS AT THE LEGENDS CHALLENGE FAMILY VACATION IN
ORLANDO, FLORIDA. CALL PALLADIAN TRAVEL FOR DETAILS AT 1-800-433-8662.

| SUMMARY OF FINANCE CHARGE | | | | | | | | TOTAL MINIMUM PAYMENT DUE |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Previous Balance | = Payments and Credits | + Cash Advances | + Purchases and Adjustments | + Periodic Rate FINANCE CHARGE | + Transaction Fee FINANCE CHARGE | = New Balance Total | | PAST DUE AMOUNT | $0.00 |
| $4,239.76 | $148.00 | $0.00 | $1,633.05 | $111.25 | $0.00 | $5,839.05 | | CURRENT PAYMENT | $116.00 |
| | | | | | | | | TOTAL MIN PAYMENT DUE | $116.00 |

| FINANCE CHARGE SCHEDULE Category | Periodic Rate | Corresponding Annual Percentage Rate | Balance Subject to Finance Charges | Finance Charges |
| --- | --- | --- | --- | --- |
| A. BALANCE TRANSFER, CHECKS | .0189041 DLY | 06.90% | $0.00 | $0.00 |
| B. ATM. BANK. | .0629581 DLY | 22.98% | $0.00 | $0.00 |
| C. PURCHASES | .0629581 DLY | 22.98% | $5,864.69 | $0.00 |
| D. OTHER BALANCES | .0000001 DLY | 00.00% | $0.00 | $0.00 |

FOR THIS BILLING PERIOD
ANNUAL PERCENTAGE RATE          22.98%
(Includes Periodic Rate And Transaction Fee Finance Charges)

THIS DOCUMENT IS A COPY OF YOUR STATEMENT. IT IS FOR YOUR RECORDS
ONLY AND IS NOT AN OFFICIAL BANK DOCUMENT. THIS COPY IS NOT AN
EXACT DUPLICATE AND MAY NOT INCLUDE MESSAGES WHICH APPEAR IN
THE IMPORTANT NEWS BOX ON YOUR ORIGINAL PERIODIC STATEMENT.

PAGE 1 OF 2

FOR YOUR SATISFACTION, EVERY HOUR, EVERY DAY
• For our around-the-clock Direct Connect service, call
  1-800-525-2550
• To speak to one of our Customer Satisfaction representatives, call
  1-800-421-2110
• For our TDD (Telecommunications Device for the Deaf) assistance, call
  1-800-545-5700
• Billing rights are preserved only by written inquiry. Mail billing inquiries
  to: MBNA AMERICA P.O. BOX 15026
  WILMINGTON, DE 19850-5026

AUG-31-2004 TUE 05:16 PM MBNA LAW                    FAX NO. 3024320754                    P. 37/37



**IMPORTANT NEWS**

MBNA000036

Ringling Bros. Barnum &
Bailey Combined Shows Inc

**ACCOUNT NUMBER**
5329 0119 5917 2809

**PAYMENT DUE DATE**  03/01/99
**NEW BALANCE/TOTAL**  $6,438.89

**TOTAL MINIMUM PAYMENT DUE**  $244.00
**AMOUNT ENCLOSED**

Make check
payable to:
MBNA AMERICA        04
P.O. BOX 15137
WILMINGTON, DE 19886-5137

CARDHOLDER SINCE 1997

JANET S KING
PO BOX 337
BANCROFT        WV 26011-033737

*1986654090*

S 000000X00XX010100000000000000000006438890002440000065329011985172809
S 000583006XX010178000000000000000006438800024400000065329011985172809

| ACCOUNT NUMBER | CREDIT LINE | CASH OR CREDIT AVAILABLE | DATE IN CYCLE | CLOSING DATE | TOTAL MINIMUM PAYMENT DUE | PAYMENT DUE DATE |
|---|---|---|---|---|---|---|
| 5329 0119 5917 2809 | $6,500 | $61.11 | 29 | 02-02-99 | $244.00 | 03/01/99 |

| POSTING DATE | TRANSACTION DATE | REFERENCE NUMBER | Credit Card | TRANSACTIONS  FEBRUARY 1999 STATEMENT | CHARGES | CREDITS (CR) |
|---|---|---|---|---|---|---|
| | | PURCHASES AND ADJUSTMENTS | | | | |
| 0111 | 0106 | 78442046010129331129620 | MC C | IBL  ibill@bcsn.com  800-307-3558 FL | 19.55 | |
| 0113 | 1203 | 73610599012410906566239 | MC C | U.S. AIR  WINSTON SALEMNC | 79.00 | |
| 0116 | 0114 | 71463329015330594465802 | MC C | WM SUPERCENTER  NITRO  WV | 114.25 | |
| 0120 | 0118 | 70429699010870588225242 | MC C | WALKER 3 FLOWER BAS  POCA  WV | 59.75 | |
| 0122 | 0120 | 92413409001009801018839 | MC C | SHONEY'S #1101  CROSS LANES  WV | 24.00 | |
| 0125 | 0123 | 00419139024905724023011 | MC C | KMART  00003724 SCOTT DEPOT  WV | 37.97 | |
| 0126 | 0123 | 80437189021900000100036 | MC C | CELLULARONE SCOTT DEPO  SCOTT DEPOT  WV | 47.70 | |
| 0126 | 0126 | 80423690021213995635421 | MC C | MASTERS TUXEDO  NITRO  WV | 44.08 | |
| 0127 | 0126 | 92431239023016606000009 | MC C | VALIDATE/LANCELOT/NETS  ALBUQUERQUE  NM | 19.95 | |
| 0130 | 0128 | 92431390021010612726812 | MC C | LEN CONE CO LTD  BIRMINGHAM  AL | 29.70 | |
| 0202 | 0202 | 0XX000000000000 | MC C | LATE CHARGE FOR PMT DUE 02/01 | 29.00 | |
| | | | | TOTAL FOR BILLING CYCLE FROM  1/05/1999 THROUGH  2/02/1999 | $487.35 | $.00 |

**IMPORTANT NEWS**  YOU ARE A VALUED CUSTOMER. WE WANT TO MAKE SURE YOU ARE AWARE THAT WE HAVE NOT RECEIVED YOUR PAYMENT. PLEASE SEND THE AMOUNT DUE TODAY. IF IT HAS BEEN MAILED, THANK YOU.

PLAY ALONGSIDE FOOTBALL GREATS AT THE LEGENDS CHALLENGE FAMILY VACATION IN ORLANDO, FLORIDA. CALL PALLADIUM TRAVEL FOR DETAILS AT 1-800-423-5662.

**SUMMARY OF TRANSACTIONS**

| Previous Balance | - Payments and Credits | + Cash Advances | + Purchases and Adjustments | + Periodic Rate FINANCE CHARGE | + Transaction Fee FINANCE CHARGE | = New Balance Total |
|---|---|---|---|---|---|---|
| $5,839.05 | $0.00 | $0.00 | $487.35 | $112.49 | $0.00 | $6,438.89 |

**TOTAL MINIMUM PAYMENT DUE**
Past Due Amount  $116.00
Current Payment  $128.00
Total Min Payment Due  $244.00

**FINANCE CHARGE SCHEDULE**

| Category | Periodic Rate | Corresponding Annual Percentage Rate | Balance Subject to Finance Charges |
|---|---|---|---|
| A. BALANCE TRANSFER, CHECKS | .0190040 DLY | 06.90% | $0.00 |
| B. ATM, BANK | .0629580 DLY | 22.98% | $0.00 |
| C. PURCHASES | .0629580 DLY | 22.98% | $6,161.04 |
| D. OTHER BALANCES | .000000V DLY | 00.00% | $0.00 |

**FOR THIS BILLING PERIOD**
**ANNUAL PERCENTAGE RATE**  22.98%
(Includes Periodic, Late And Transaction Fee Finance Charges)

FOR YOUR SATISFACTION, EVERY HOUR, EVERY DAY
- For an Account/Direct Access service, call  1-800-955-2356
- To speak to one of our Customer Satisfaction representatives, call  1-800-421-2110
- For TDD/TTY Telecommunications Device for the Deaf assistance, call  1-800-346-3178
- Billing rights are preserved only by written inquiry. Mail billing inquiries to:  MBNA AMERICA, P.O. BOX 15026, WILMINGTON, DE 19850-5026

THIS DOCUMENT IS A COPY OF YOUR STATEMENT. IT IS FOR YOUR RECORDS ONLY AND IS NOT AN OFFICIAL BANK DOCUMENT. THIS COPY IS NOT AN EXACT DUPLICATE, AND MAY NOT INCLUDE MESSAGES WHICH APPEAR ON THE IMPORTANT NEWS SECTION ON YOUR ORIGINAL PERIODIC STATEMENT.

PAGE 1 OF 1

Ringling Bros. Barnum &
Bailey Combined Shows Inc

Make check
payable to:
MBNA AMERICA     04
P.O. BOX 16737
WILMINGTON, DE 19886-5117

*1988654090*

CARDHOLDER SINCE 1997

JANET S KING
PO BOX 337
BANCROFT     WV   25011-033737

| ACCOUNT NUMBER | |
|---|---|
| 5329 0119 5917 2909 | |
| PAYMENT DUE DATE | NEW BALANCE TOTAL |
| 04/01/99 | $6,632.12 |
| TOTAL MINIMUM PAYMENT DUE | AMOUNT ENCLOSED |
| $376.00 | |

S 000000J00040300X0000000000000000000000663212000376000005329011959172909
S 000643BJ90CK937J361600000000000000663212000376000005329011959172909

| ACCOUNT NUMBER | CREDIT LINE | CASH OR CREDIT AVAILABLE | DAYS IN CYCLE | CLOSING DATE | TOTAL MINIMUM PAYMENT DUE | PAYMENT DUE DATE |
|---|---|---|---|---|---|---|
| 5329 0119 5917 2909 | | | 28 | 03-02-99 | $376.00 | 04/01/99 |

| POSTING DATE | TRANS DATE | REFERENCE NUMBER | | TRANSACTIONS | MARCH 1999 STATEMENT | CHARGES | CREDITS(CR) |
|---|---|---|---|---|---|---|---|
| | | PURCHASES AND ADJUSTMENTS | | | | | |
| 0209 | 0206 | 9243134J80X8X0217821679 | NC C | THRIFTY CAR RENTAL NCO ORLANDO   FL | | 48.96 | |
| | | | | CHECK OUT DATE 2/07/99 | | | |
| 0302 | 0302 | IX000000000000 | NC C | LATE CHARGE FOR PMT DUE 03/01 | | 29.00 | |
| | | | | TOTAL FOR BILLING CYCLE FROM 2/03/1999 THROUGH 3/02/1999 | | $77.96 | $.00 |

WE REQUIRE THAT YOUR ACCOUNT IS PAST DUE AND YOUR BALANCE EXCEEDS APPROVED CREDIT LIMITS

IMPORTANT
NEWS

| SUMMARY OF TRANSACTIONS | | | | | | | | TOTAL MINIMUM PAYMENT DUE | |
|---|---|---|---|---|---|---|---|---|---|
| Previous Balance | − Payments and Credits | + Cash Advances | + Purchases & Adjustments FINANCE CHARGE | + Periodic Rate FINANCE CHARGE | + Transaction Fee FINANCE CHARGE | = New Balance Total | | Past Due Amount | $244.00 |
| $6,638.89 | $0.00 | $0.00 | $77.96 | $115.27 | $0.00 | $6,632.12 | | Current Payment | $132.00 |
| | | | | | | | | Total Min Payment Due | $376.00 |

| FINANCE CHARGE SCHEDULE Category | | Periodic Rate | Corresponding Annual Percentage Rate | Balance Subject to Finance Charges | FOR YOUR SATISFACTION, EVERY HOUR, EVERY DAY |
|---|---|---|---|---|---|
| A. BALANCE TRANSFER CHECKS | | .0189044 DLT | 06.90% | $0.00 | • For our automated Direct Connect service, call 1-800-622-2580 |
| B. ATM, BANK | | .0629584 DLT | 22.98% | $0.00 | |
| C. PURCHASES | | .0629584 DLT | 22.98% | $6,538.98 | • To speak to one of our Customer Satisfaction representatives call 1-800-346-2118 |
| D. OTHER BALANCES | | .000000 DLT | 00.00% | $0.00 | • For TDD (Telecommunications Device for the Deaf) assistance call 1-800-346-3178 |

FOR THE BILLING CYCLE
ANNUAL PERCENTAGE RATE     22.98%
(Includes Periodic Rate And Transaction Fee Finance Charges)

THIS DOCUMENT IS A COPY OF YOUR STATEMENT. IT IS FOR YOUR RECORDS
ONLY AND IS NOT AN OFFICIAL BANK DOCUMENT. THIS COPY IS NOT AN
EXACT DUPLICATE, AND MAY NOT INCLUDE MESSAGES WHICH APPEAR IN
THE IMPORTANT NEWS SECTION ON YOUR ORIGINAL PERIODIC STATEMENT.

• Billing rights are preserved only in written inquiry. Mail billing inquiries:
MBNA AMERICA PO BOX 15026
WILMINGTON, DE 19850-5026

PAGE 1 OF 1



Ringling Bros. Barnum &
Bailey Combined Shows Inc

ACCOUNT NUMBER
5329 0119 5917 2409

PAYMENT DUE DATE 05/02/99
NEW BALANCE TOTAL $6,647.17

TOTAL MINIMUM PAYMENT DUE $364.00
AMOUNT ENCLOSED

CARDHOLDER SINCE 1997

Make check
payable to
MBNA AMERICA          04
P.O. BOX 15137
WILMINGTON, DE 19886-5137

JANET S HOEFS
PO BOX 337
BANCROFT        WV  25011-033737

| ACCOUNT NUMBER | CREDIT LINE | CASH OR CREDIT AVAILABLE | DAYS IN CYCLE | CLOSING DATE | TOTAL MINIMUM PAYMENT DUE | PAYMENT DUE DATE |
|---|---|---|---|---|---|---|
| 5329 0119 5917 1901 | | | 31 | 04-02-99 | $364.00 | 05/02/99 |

APRIL 1999 STATEMENT

| POSTING/TRANS DATE | DATE | REFERENCE NUMBER | TRANSACTIONS | CHARGES | CREDITS (CR) |
|---|---|---|---|---|---|
| PAYMENTS AND CREDITS | | | | | |
| 0327 | | 0H634006867 HC | PAYMENT - THANK YOU | | 144.00 CR |
| PURCHASES AND ADJUSTMENTS | | | | | |
| 0402 | 0402 | (X)XX00000000 HC C | LATE CHARGE FOR PMT DUE 04/01 | 29.00 | |
| | | | TOTAL FOR BILLING CYCLE FROM 3/03/1999 THROUGH 4/02/1999 | $29.00 | $144.00 CR |

OUR RECORDS SHOW YOUR ACCOUNT IS PAST DUE AND YOUR BALANCE EXCEEDS APPROVED CREDIT LIMITS

IMPORTANT
NEWS

| SUMMARY OF TRANSACTIONS | | | | | | | | TOTAL MINIMUM PAYMENT DUE | |
|---|---|---|---|---|---|---|---|---|---|
| Previous Balance | – Payments and Credits | + Cash Advances | + Purchases & Adjustments | + Periodic Rate Finance Charge | + Transaction Fee Finance Charge | = New Balance | | Past Due Amount | $232.00 |
| $6,632.12 | $144.00 | $0.00 | $29.00 | $130.05 | $0.00 | $6,647.17 | | Current Payment | $132.00 |
| | | | | | | | | Total Min Payment Due | $364.00 |

| FINANCE CHARGE SCHEDULE Category | Periodic Rate | Corresponding Annual Percentage Rate | Balance Subject to Finance Charges |
|---|---|---|---|
| A. BALANCE TRANSFER, CHECKS | .0629584% DLY | 22.98% | $0.00 |
| B. ATM, BANK | .0629584% DLY | 22.98% | $0.00 |
| C. PURCHASES | .0629584% DLY | 22.98% | $6,663.48 |
| D. OTHER BALANCES | .0000004% DLY | 00.00% | $0.00 |

FOR YOUR SATISFACTION, EVERY HOUR, EVERY DAY
• For questions about your Credit Card account, call
  1-800-626-2656
• To speak to one of our Customer Satisfaction representatives, call
  1-800-421-2110
• For TDD (Telecommunications Device for the Deaf) assistance, call
  1-800-346-3178
• Billing rights are preserved only by written inquiry. Mail billing inquiries to:
  MBNA AMERICA, P.O. BOX 15026
  WILMINGTON, DE 19850-5026

FOR THIS BILLING PERIOD
ANNUAL PERCENTAGE RATE          22.98%
(Includes Periodic Rate And Transaction Fee Finance Charges)
THIS DOCUMENT IS A COPY OF YOUR STATEMENT. IT IS FOR YOUR RECORDS
ONLY AND IS NOT AN OR FROM BANK DOCUMENT. THIS COPY IS NOT AN
EXACT DUPLICATE & MAY NOT INCLUDE MESSAGES WHICH APPEAR IN
THE IMPORTANT NEWS SECTION YOUR ORIGINAL PERIODIC STATEMENT.

PAGE  1 OF 1

MBNA000039

Ringling Bros. Barnum &
Bailey Combined Shows Inc

| ACCOUNT NUMBER | |
|---|---|
| | 6329 0119 6917 2909 |
| PAYMENT DUE DATE | NEW BALANCE TOTAL |
| 06/01/99 | $6,836.17 |
| TOTAL MINIMUM PAYMENT DUE | AMOUNT ENCLOSED |
| $500.00 | |

Make check
payable to:
MBNA AMERICA        04
P.O. BOX 15137
WILMINGTON, DE 19886-4137

*1966654090*

JANET S HOEFS
PO BOX 337
BANCROFT        WV  25011-033737

| ACCOUNT NUMBER | CREDIT LINE | CASH OR CREDIT AVAILABLE | DAYS IN CYCLE | CLOSING DATE | TOTAL MINIMUM PAYMENT DUE | PAYMENT DUE DATE |
|---|---|---|---|---|---|---|
| 6329 0119 6917 2909 | | | 31 | 05-03-99 | $500.00 | 06/01/99 |

| POSTING DATE | TRANS DATE | REFERENCE NUMBER | TRANSACTIONS MAY 1999 STATEMENT | CHARGES | CREDITS (CR) |
|---|---|---|---|---|---|
| | | | PURCHASES AND ADJUSTMENTS | | |
| 0503 | 0503 | 0N016470006647 NC C | OVER CREDIT LINE FEE | 29.00 | |
| 0503 | 0503 | 0101000000000000 NC C | LATE CHARGE FOR PMT DUE 05/02 | 29.00 | |
| | | | TOTAL FOR BILLING CYCLE FROM 4/03/1999 THROUGH 5/03/1999 | $58.00 | $.00 |

OUR RECORDS SHOW YOUR ACCOUNT IS PAST DUE AND YOUR BALANCE EXCEEDS APPROVED CREDIT LIMITS

**IMPORTANT NEWS**

| SUMMARY OF TRANSACTIONS | | | | | | |
|---|---|---|---|---|---|---|
| Previous Balance | − Payments and Credits | + Cash Advances | + Purchases & Adjustments | + Periodic Rate Finance Charge | + Transaction Fee Finance Charges | = New Balance Total |
| $6,847.17 | $0.00 | $0.00 | $58.00 | $131.00 | $0.00 | $6,836.17 |

| FINANCE CHARGE SCHEDULE Category | Periodic Rate | Corresponding Annual Percentage Rate | Balance Subject to Finance Charges |
|---|---|---|---|
| A. BALANCE TRANSFER CHECKS | .0629584 DLY | 22.98% | $0.00 |
| B. ATM, BANK | .0629584 DLY | 22.98% | $0.00 |
| C. PURCHASES | .0629584 DLY | 22.98% | $6,712.19 |
| D. OTHER BALANCES | .0000004 DLY | 00.00% | $0.00 |

FOR THE BILLING PERIOD
ANNUAL PERCENTAGE RATE    22.98%
(INCLUDES PERIODIC RATE AND Transaction Fee Finance Charges)

THIS DOCUMENT IS A COPY OF YOUR STATEMENT. IT IS FOR YOUR RECORDS
ONLY AND IS NOT AN ORIGINAL BANK DOCUMENT. THIS COPY IS NOT AN
EXACT DUPLICATE AND MAY NOT INCLUDE MESSAGES WHICH APPEAR IN
THE IMPORTANT NEWS SECTION YOUR ORIGINAL PERIODIC STATEMENT.

PAGE 1 OF 1

| TOTAL MINIMUM PAYMENT DUE | |
|---|---|
| Past Due Amount | $364.00 |
| Current Payment | $136.00 |
| Total Min Payment Due | $500.00 |

**FOR YOUR SATISFACTION, EVERY HOUR, EVERY DAY**

- For our automated Customer Contact service, call
  1-800-426-2669
- To speak to one of our Customer Satisfaction representatives, call
  1-800-421-2110
- For TDD Telecommunications Device for the Deaf assistance, call
  1-800-346-3178
- Billing rights are preserved only by written inquiry. Mail billing inquiries to: MBNA AMERICA P.O. BOX 15026
  WILMINGTON, DE 19850-5026

Ringling Bros. Barnum &
Bailey Combined Shows Inc.

ACCOUNT NUMBER    5929 0119 5917 2909

PAYMENT DUE DATE    07/01/99
NEW BALANCE/TOTAL    $126.17
TOTAL MINIMUM PAYMENT DUE    $16.00
AMOUNT ENCLOSED

CARDHOLDER SINCE 1997

Make check
payable to:
MBNA AMERICA    04
P.O. BOX 15019
WILMINGTON, DE 19886-1019

*1986654081*

JANET S HOEFS
PO BOX 337
BANCROFT    WV  25011-033737

| ACCOUNT NUMBER | CREDIT LINE | CASH CREDIT AVAILABLE | DAYS IN CYCLE | CLOSING DATE | TOTAL MINIMUM PAYMENT DUE | PAYMENT DUE DATE |
|---|---|---|---|---|---|---|
| 5929 0119 5917 2909 | $6,500 | $6,373.83 | 30 | 06-02-99 | $16.00 | 07/01/99 |

| POSTING DATE | TRANS DATE | REFERENCE NUMBER | TRANSACTIONS | JUNE 1999 STATEMENT | CHARGES | CREDITS (CR) |
|---|---|---|---|---|---|---|
PAYMENTS AND CREDITS

| 0602 | | 6337702013 HC | PAYMENT - THANK YOU | | | 6,836.00 CR |
| | | | TOTAL FOR BILLING CYCLE FROM 5/04/1999 THROUGH 6/02/1999 | $.00 | $6,836.00 CR |

IMPORTANT
NEWS

| Previous Balance | + Finance Charges | + Cash Advances | + Purchases & Adjustments | + Periodic Rate Finance Charges | + Transaction Fee Finance Charges | = New Balance Total | Past Due Amount | $0.00 |
|---|---|---|---|---|---|---|---|---|
| $6,836.17 | $6,836.00 | $0.00 | $0.00 | $126.00 | $0.00 | $126.17 | Current Payment | $16.00 |
| | | | | | | | Total Min Payment Due | $16.00 |

| FINANCE CHARGE SCHEDULE Category | Periodic Rate | Corresponding Annual Percentage Rate | Balance Subject to Finance Charges |
|---|---|---|---|
| A. BALANCE TRANSFER, CHECKS | .0629584 DLY | 22.98% | $0.00 |
| B. ATM, BANK | .0629584 DLY | 22.98% | $0.00 |
| C. PURCHASES | .0629584 DLY | 22.98% | $6,671.07 |
| D. OTHER BALANCES | .000000% DLY | 00.00% | $0.00 |

ANNUAL PERCENTAGE RATE    22.98%
(Includes Periodic Rate And Transaction Fee Finance Charges)

THIS DOCUMENT IS A COPY FROM YOUR STATEMENT, IT IS FOR YOUR RECORDS
ONLY AND IS NOT AN ORIGINAL BANK DOCUMENT. THIS COPY IS NOT AN
EXACT DUPLICATE AND MAY NOT INCLUDE MESSAGES WHICH APPEAR IN
THE IMPORTANT NEWS BOX ON YOUR ORIGINAL PERIODIC STATEMENT.

FOR YOUR SATISFACTION, EVERY HOUR, EVERY DAY

- For our automated Direct Connect service, call
  1-800-825-2550
- To speak to one of our Customer Satisfaction representatives, call
  1-800-421-2110
- For a TDD (Telecommunications Device for the Deaf) assistance, call
  1-800-346-3178
- Billing rights are preserved only on written inquiry. Mail billing inquiries.
  MBNA AMERICA, P.O. BOX 15026
  WILMINGTON, DE 19850-5026

PAGE 1 OF 1

Ringling Bros. Barnum &
Bailey Combined Shows Inc

| ACCOUNT NUMBER |
|---|
| 5329 0119 5917 2009 |

| PAYMENT DUE DATE | NEW BALANCE TOTAL |
|---|---|
| 08/02/99 | $157.59 |

| TOTAL MINIMUM PAYMENT DUE | AMOUNT ENCLOSED |
|---|---|
| $30.00 | |

Make check
payable to:
MBNA AMERICA          04
P.O. BOX 18137
WILMINGTON, DE 19886-6137

*1958654090*

CARDHOLDER SINCE 1997

JANET S HOEFS
20 THORN HILL ESTS
POCA          WV 25159-940720

S 000000100000000000000000000000167590000030000006329011959172909
S 000012157000017000000000000000167690000030000006329011959172909

| ACCOUNT NUMBER | CREDIT LINE | CASH OR CREDIT AVAILABLE | DAYS IN CYCLE | CLOSING DATE | TOTAL MINIMUM PAYMENT DUE | PAYMENT DUE DATE |
|---|---|---|---|---|---|---|
| 5329 0119 5917 2009 | $6,500 | $6,342.41 | 30 | 07-02-99 | $30.00 | 08/02/99 |

| POSTING DATE | TRANSACTION DATE | REFERENCE NUMBER | TRANSACTIONS JULY 1999 STATEMENT | CHARGES | CREDITS (CR) |
|---|---|---|---|---|---|
| PURCHASES AND ADJUSTMENTS | | | | | |
| 0702 | 0702 | 0000000000000 | MC C LATE CHARGE FOR PMT DUE 07/01 | 20.00 | |
| | | | TOTAL FOR BILLING CYCLE FROM 6/03/1999 THROUGH 7/02/1999 | $29.00 | $.00 |

| IMPORTANT NEWS | NOW THAT SUMMER IS HERE, LOOK FOR SOME WAYS TO ENJOY IT!  CHECK OUT THE THREE ENCLOSED CHECKS FOR SOME IDEAS ON WAYS TO USE THEM OR CALL 1-888-516-3308.

YOU ARE A VALUED CUSTOMER.  WE WANT TO MAKE SURE YOU ARE AWARE THAT WE HAVE NOT RECEIVED YOUR PAYMENT.  PLEASE SEND THE AMOUNT DUE TODAY.  IF IT HAS BEEN MAILED, THANK YOU.

START YOUR ENGINES!  THE PERFECT WINSTON CUP GETAWAY IS JUST A PHONE CALL AWAY.  TO RESERVE YOUR SEATS, CALL PALLADIAN TRAVEL SERVICES TODAY AT 1-800-435-7291. |

| SUMMARY OF YOUR ACCOUNT | | | | | | |
|---|---|---|---|---|---|---|
| Previous Balance | - Payments and Credits | + Cash Advances | + Purchases Adjustments | + Periodic Rate Finance Charges | + Transaction Fee Finance Charge | = New Balance Total |
| $126.17 | $0.00 | $0.00 | $29.00 | $2.42 | $0.00 | $157.59 |

| TOTAL MINIMUM PAYMENT DUE | |
|---|---|
| Past Due Amount | $15.00 |
| Current Payment | $15.00 |
| Total Min Payment Due | $30.00 |

| FINANCE CHARGE SCHEDULE Category | Periodic Rate | Corresponding Annual Percentage Rate | Balance Subject to Finance Charge |
|---|---|---|---|
| A. BALANCE TRANSFER CHECKS | .062958¢ DLY | 22.98% | $0.00 |
| B. ATM. BANK | .062958¢ DLY | 22.98% | $0.00 |
| C. PURCHASES | .062958¢ DLY | 22.98% | $128.29 |
| D. OTHER BALANCES | .000000¢ DLY | 00.00% | $0.00 |

FOR THIS BILLING PERIOD
ANNUAL PERCENTAGE RATE                          22.98%
(Includes Periodic Rate And Transaction Fee Finance Charges)

THIS DOCUMENT IS A COPY OF YOUR STATEMENT.  IT IS FOR YOUR RECORDS ONLY AND IS NOT AN OFFICIAL BANK DOCUMENT.  THIS COPY IS NOT AN EXACT DUPLICATE AND MAY NOT INCLUDE MESSAGES WHICH APPEAR ON THE IMPORTANT NEWS SECTION OF YOUR ORIGINAL PERIODIC STATEMENT.

FOR YOUR SATISFACTION EVERY HOUR, EVERY DAY
- For lost or stolen Credit Cards or Credit Line Checks, call
  1-800-421-2110
- To speak to one of our Customer Satisfaction representatives, call
  1-800-421-2110
- For TDD (Telecommunications Device for the Deaf) assistance, call
  1-800-346-3178
- Billing rights are preserved only by written inquiry. Mail billing inquiries to:
  MBNA AMERICA, P.O. BOX 15026
  WILMINGTON, DE 19850-5026

PAGE 1 OF 1

AUG-31-2004 TUE 04:55 PM MBNA LAW    FAX NO. 3024320754    P. 08/36





Ringling Bros. Barnum &
Bailey Combined Shows Inc.

| ACCOUNT NUMBER |
|---|
| 5329 0119 5917 2909 |

| PAYMENT DUE DATE | NEW BALANCE TOTAL |
|---|---|
| 10/01/99 | $6,266.32 |

| TOTAL MINIMUM PAYMENT DUE | AMOUNT ENCLOSED |
|---|---|
| $126.00 | |

CARDHOLDER SINCE 1997

Make check
payable to:
MBNA AMERICA   04
P.O. BOX 15019
WILMINGTON, DE 19806-5019

JANET S HOEFS
20 THORN HILL ESTS
POCA   WV   25159-940720

*1980654081*

S 0000C0XX0 X 0000000000000000000000000000626632000125000006329011959172909
S 0001205S9 X 0010170000000000000000000056320001250000063290119S9172909

| ACCOUNT NUMBER | CREDIT LINE | CASH OR CREDIT AVAILABLE | DAYS IN CYCLE | CLOSING DATE | TOTAL MINIMUM PAYMENT DUE | PAYMENT DUE DATE |
|---|---|---|---|---|---|---|
| 5329 0119 591.7 2909 | $6,500 | $233.68 | 30 | 09-02-99 | $126.00 | 10/01/99 |

| POSTING DATE | TRANS DATE | REFERENCE NUMBER | TRANSACTIONS | SEPTEMBER 1999 STATEMENT | | CHARGES | CREDITS (CR) |
|---|---|---|---|---|---|---|---|
| PAYMENTS AND CREDITS | | | | | | | |
| 0821 | | 7164518292513110646029501 MC | WM SUPERCENTER | NITRO | WV | | 91.02 CR |
| 0826 | | 7064186923101080104260B MC | KAUFMANN'S CALVIN KLE | CHARLESTON | WV | | 12.71 CR |
| 0826 | | 3867135101 MC | PAYMENT - THANK YOU | | | | 50.00 CR |
| 0901 | | 7064107964131717176058596 MC | LOWE'S #746 | SOUTH CHARLESWV | | | 157.68 CR |
| CASH ADVANCE TRANSACTIONS | | | | | | | |
| 0805 | 0804 | 8543032951391006976746 MC B | ONE VALLEY BANK NA | SOUTH CHARLESWV | | 1,500.00 | |
| 0805 | 0805 | 8543032951391006976746 MC B | BANK TRANSACTION FEE | | | 30.00 | |
| 0817 | 0816 | 8543032552291006598276S MC B | ONE VALLEY BANK | CROSS LANES WV | | 1,000.00 | |
| 0817 | 0817 | 8543032552291006598276S MC B | BANK TRANSACTION FEE | | | 20.00 | |
| 0825 | 0824 | 8543032923891006971642 MC B | ONE VALLEY BANK NA | SOUTH CHARLESWV | | 1,000.00 | |
| 0825 | 0825 | 8543032923891006971642 MC B | BANK TRANSACTION FEE | | | 20.00 | |
| 0901 | 0831 | 8543032914391006985730 MC B | ONE VALLEY BANK | CROSS LANES WV | | 300.00 | |
| 0901 | 0901 | 8543032914391006985730 MC B | BANK TRANSACTION FEE | | | 6.00 | |
| PURCHASES AND ADJUSTMENTS | | | | | | | |
| 0810 | 0807 | 8144413822116697302691S MC C | KROGER #016 | MYRTLE BEACH SC | | 202.95 | |
| 0811 | 0809 | 7046894532114002750041 MC C | RIPLEY'S AQUARIUM | MYRTLE BEACH SC | | 69.56 | |
| 0812 | 0811 | 8041601912402241057962Z MC C | OLD TOWN PET PALACE | MYRTLE BEACH SC | | 38.49 | |
| 0812 | 0811 | 7164318292313605184622748 MC C | WM SUPERCENTER | MYRTLE BEACH SC | | 87.68 | |

| IMPORTANT NEWS | ALL ABOARD, LOOK WHAT THE TRAIN HAS DELIVERED! THEY'RE ACCESS CHECKS FOR YOU, AND WE HAVE GIVEN YOU SOME IDEAS ON WAYS TO USE THEM OR CALL 1-888-816-3306. |
|---|---|

SAVE 10% AT FTD.COM! DIAL 1-800-SEND-FTD, ASK FOR DEPT 4789, AND PAY WITH YOUR
MBNA CREDIT CARD. SAVE AN EXTRA $2 BY ORDERING ONLINE AT WWW.FTD.COM/MBNA102

AT SCHOOL OR ON VACATION! ALWAYS BE PREPARED! YOU MAY NEED EXTRA
CASH. CALL 1-888-281-6262 TO REQUEST A PIN CODE FOR USE AT AN ATM.

| SUMMARY OF TRANSACTIONS | | | | | | | TOTAL MINIMUM PAYMENT DUE | |
|---|---|---|---|---|---|---|---|---|
| Previous Balance | - Payments and Credits | + Cash Advances | + Purchases & Adjustments | + Periodic Rate FINANCE CHARGES | + Transaction Fee FINANCE CHARGES | = New Balance Total | Past Due Amount | $0.00 |
| $120.09 | $311.61 | $3,800.00 | $2,471.90 | $49.44 | $76.00 | $6,266.32 | Current Payment | $125.00 |
| | | | | | | | Total Min Payment Due | $125.00 |

| FINANCE CHARGE SCHEDULE Category | Periodic Rate | Corresponding Annual Percentage Rate | Balance Subject to Finance Charges | FOR YOUR SATISFACTION, EVERY HOUR, EVERY DAY |
|---|---|---|---|---|
| A. BALANCE TRANSFER, CHECKS | .062956% DLY | 22.98% | $0.00 | For automated Direct Connect service, call 1-800-526-3262 |
| B. ATM, BANK | .062956% DLY | 22.98% | $2,526.33 | To speak to one of our Customer Satisfaction representatives, call 1-800-421-2110 |
| C. PURCHASES | .062956% DLY | 22.98% | $69.64 | For TDD (Telecommunications Device for the Deaf) assistance, call 1-800-945-9170 |
| D. OTHER BALANCES | .000000% DLY | 00.00% | $0.00 | Billing rights are preserved only by written inquiry. Mail billing inquiries to: |

FOR THIS BILLING PERIOD
ANNUAL PERCENTAGE RATE   38.70%
(Includes Periodic Rate And Transaction Fee Finance Charges)

THIS DOCUMENT IS A COPY OF YOUR STATEMENT. IT IS FOR YOUR RECORDS
ONLY AND IS NOT AN OFFICIAL BANK DOCUMENT. THIS COPY IS NOT AN
EXACT DUPLICATE AND MAY NOT INCLUDE MESSAGES WHICH APPEAR IN THE
THE IMPORTANT NEWS BLOCK OF YOUR ORIGINAL PERIODIC STATEMENT.

MBNA AMERICA, P.O. BOX 5026
WILMINGTON, DE 19850-5026

PAGE 1 OF 4

AUG-31-2004 TUE 04:56 PM MBNA LAW          FAX NO. 3024320754          P. 10/36



AUG-31-2004 TUE 04:56 PM MBNA LAW          FAX NO. 3024320754          P. 11/36



Ringling Bros. Barnum &
Bailey Combined Shows Inc

| ACCOUNT NUMBER |
| 5329 0119 5917 2909 |

| PAYMENT DUE DATE | NEW BALANCE TOTAL |
| 10/01/99 | $6,266.32 |

| TOTAL MINIMUM PAYMENT DUE | AMOUNT ENCLOSED |
| $125.00 | |

CARDHOLDER SINCE 1997

Make check
payable to:
MBNA AMERICA          04
P.O. BOX 15019
WILMINGTON, DE 19886-5019

JANET S HOEFS
20 THORN HILL ESTS
POCA          WV 25159-946720

*1988654081*

$ 0000200X0100000000000000000000052632000126000005329011959172909
$ 0000205X0100010170000000000000008632000126000005329011959172909

| ACCOUNT NUMBER | CREDIT LINE | CASH OR CREDIT AVAILABLE | DAYS IN CYCLE | CLOSING DATE | TOTAL MINIMUM PAYMENT DUE | PAYMENT DUE DATE |
| 5329 0119 5917 2909 | $6,500 | $233.68 | 30 | 09-02-99 | $125.00 | 10/01/99 |

| POSTING DATE | TRANS DATE | REFERENCE NUMBER | | TRANSACTIONS | SEPTEMBER 1999 STATEMENT | CHARGES | CREDITS (CR) |
|---|---|---|---|---|---|---|---|
| **PURCHASES AND ADJUSTMENTS** | | | | | | | |
| 0819 | 0804 | 7844816920105209902869 | NC C | AUTO TECH | DUNBAR WV | 74.30 | |
| 0819 | 0817 | 7045142692100761937544 | NC C | MONTGOMERY WARD | CHARLESTON WV | 28.92 | |
| 0819 | 0818 | 7144382921001608234932276 | NC C | WM SUPERCENTER | NITRO WV | 239.60 | |
| 0825 | 0821 | 8144472921316901415610B | NC C | KROGER #763 | CHARLESTON WV | 33.47 | |
| 0826 | 0823 | 7054186921667670241997 | NC C | SEARS ROEBUCK 1964 | CHARLESTON WV | 19.47 | |
| 0825 | 0823 | 7054186921663060104027Z | NC C | KAUFMANN'S CALVIN KLE | CHARLESTON WV | 20.97 | |
| 0825 | 0823 | 7054186921663060104026A | NC C | KAUFMANN'S GIRLS 7 - | CHARLESTON WV | 57.20 | |
| 0826 | 0823 | 8041167692171000001000018 | NC C | KITTEN S PALACE | CROSS LANES WV | 127.20 | |
| 0826 | 0824 | 7054186921703360104251Z | NC C | KAUFMANN'S CALVIN KLE | CHARLESTON WV | 7.63 | |
| 0826 | 0823 | 705418692171768722376B5 | NC C | SEARS ROEBUCK 1964 | CHARLESTON WV | 18.69 | |
| 0826 | 0824 | 7044382921716073036615499 | NC C | WM SUPERCENTER SE2 | SOUTH CHARLESWV | 8.64 | |
| 0826 | 0824 | 704418692171607306158488 | NC C | WM SUPERCENTER SE2 | SOUTH CHARLESWV | 69.94 | |
| 0828 | 0825 | 8041039292192410950018 | NC C | GABRIEL BROTHERS INC | CHARLESTON WV | 49.79 | |
| 0830 | 0827 | 7054407921612715613251Z | NC C | LOWE'S #746 | SOUTH CHARLESWV | 157.88 | |
| 0830 | 0827 | 7054407921112712208841 | NC C | LOWE'S #746 | SOUTH CHARLESWV | 167.88 | |
| 0830 | 0828 | 8654099210100001100197 | NC C | DEITY SOFTWARE | TOMS RIVER NJ | 19.95 | |
| 0830 | 0828 | 7054407521112716170879B | NC C | LOWE'S #614 | NITRO WV | 283.92 | |
| 0831 | 0829 | 814447252121706271763BB | NC C | KROGER #784 | SCOTT DEPOT WV | 8.64 | |

**IMPORTANT
NEWS**

| SUMMARY OF TRANSACTIONS | | | | | | | TOTAL MINIMUM PAYMENT DUE | |
|---|---|---|---|---|---|---|---|---|
| Previous Balance | - Payments and Credits | + Cash Advances | + Purchases & Adjustments | + Periodic Rate FINANCE CHARGE | + Transaction Fee FINANCE CHARGES | = New Balance Total | PAST DUE AMOUNT | $0.00 |
| $120.89 | $286.61 | $3,800.00 | $2,471.90 | $49.44 | $78.00 | $6,266.32 | Current Payment | $125.00 |
| | | | | | | | Total Min Payment Due | $125.00 |

| FINANCE CHARGE SCHEDULE Category | Periodic Rate | Corresponding Annual Percentage Rate | Balance Subject to Finance Charges | FINANCE CHARGE |
|---|---|---|---|---|
| A. BALANCE TRANSFER, CHECKS | .0629684 DLY | 22.98% | $0.00 | |
| B. ATM, BANK | .0629684 DLY | 22.98% | $2,626.33 | |
| C. PURCHASES | .0629684 DLY | 22.98% | $65.64 | |
| D. OTHER BALANCES | .0000000 DLY | 00.00% | $0.00 | |

ANNUAL PERCENTAGE RATE          38.70%
(Includes Periodic Rate And Transaction Fee Finance Charges)

THIS DOCUMENT IS A COPY OF THIS STATEMENT. IT IS FOR YOUR RECORDS
ONLY AND IS NOT AN OFFICIAL BANK DOCUMENT. THE COPY IS NOT AN
EXACT DUPLICATE AND MAY NOT INCLUDE MESSAGES WHICH APPEAR ON
THE ORIGINAL PERIODIC STATEMENT.

**FOR YOUR SATISFACTION, EVERY HOUR, EVERY DAY**
• For our automated Direct Connect service, call
  1-800-825-2569
• To speak to one of our Customer Satisfaction representatives, call
  1-800-421-2110
• For TDD (Telecommunications Device for the Deaf) assistance, call
  1-800-833-6262
• Billing rights are preserved only by written inquiry. Mail billing inquiries
  to: MBNA AMERICA, P.O. BOX 15026
  WILMINGTON, DE 19850-5026

FOR FURTHER BILLING PERIOD              PAGE 3 OF 4

MBNA000046

AUG-31-2004 TUE 04:57 PM MBNA LAW                FAX NO. 3024320754              P. 12/36

Ringling Bros. Barnum &
Bailey Combined Shows Inc

ACCOUNT NUMBER    5329 0119 5937 2909

PAYMENT DUE DATE    NEW BALANCE TOTAL
10/01/99           $4,266.32

TOTAL MINIMUM PAYMENT DUE    AMOUNT ENCLOSED
$126.00

Make check
payable to:
MBNA AMERICA              04
P.O. BOX 15019
WILMINGTON, DE 19886-5019

CARDHOLDER SINCE 1997

JANET S WOEFS
20 THORN HILL ESTE
POCA              WV   25159-940720

*1985884081*

S 00000000000000000000000000000000626632000126000005329011959172909
S 00001265000001070000000000000000626632000126000005329011959172909

| ACCOUNT NUMBER | CREDIT LINE | CASH OR CREDIT AVAILABLE | DAYS IN CYCLE | CLOSING DATE | TOTAL MINIMUM PAYMENT DUE | PAYMENT DUE DATE |
|---|---|---|---|---|---|---|
| 5329 0119 5937 2909 | $4,500 | $233.68 | 30 | 09-02-99 | $126.00 | 10/01/99 |

SEPTEMBER 1999 STATEMENT

| POSTING DATE | TRANS DATE | REFERENCE NUMBER | TRANSACTIONS | | | CHARGES | CREDITS (CR) |
|---|---|---|---|---|---|---|---|
PURCHASES AND ADJUSTMENTS
| 0831 | 0829 | 7154186924213922304472E | MC C BIG BEAR #213 | HURRICANE | WV | 90.00 | |
| 0902 | 0831 | 7554186914499048090536 | MC C BOB EVANS RESTAURANT # CROSS LANES | WV | | 10.51 | |
| 0902 | 0831 | 8041389924412083104247 | MC C JCPENNEY CO #2063 | CHARLESTON | WV | 95.32 | |
| 0902 | 0902 | X00180756609520K | C CREDIT INS. PREMIUM @ .0820 PER 100 | | | 36.25 | |
| | | | TOTAL FOR BILLING CYCLE FROM 8/04/1999 THROUGH 9/02/1999 | | | $6,347.90 | $281.61 CR |

IMPORTANT
NEWS

| SUMMARY OF TRANSACTIONS | | | | | | | | TOTAL MINIMUM PAYMENT DUE | |
|---|---|---|---|---|---|---|---|---|---|
| Previous Balance | – Payments and Credits | + Cash Advances | + Purchases & Adjustments | +Periodic Rate FINANCE CHARGE | +Transaction Fee FINANCE CHARGE | =New Balance Total | | Past Due Amount | $0.00 |
| $120.59 | $281.61 | $3,800.00 | $2,471.90 | $49.44 | $78.00 | $6,266.32 | | Current Payment | $125.00 |
| | | | | | | | | Total Min Payment Due | $125.00 |

| FINANCE CHARGE SCHEDULE CATEGORY | Periodic Rate | Corresponding Annual Percentage Rate | Balance Subject to Finance Charge |
|---|---|---|---|
| A. BALANCE TRANSFER, CHECKS | .0629584 DLY | 22.98% | $0.00 |
| B. ATM, BANK | .0629584 DLY | 22.98% | $2,528.33 |
| C. PURCHASES | .0629584 DLY | 22.98% | $89.66 |
| D. OTHER BALANCES | .0000000 DLY | 00.00% | $0.00 |

FOR THIS BILLING PERIOD:
ANNUAL PERCENTAGE RATE    38.70%
(Includes Periodic Rate And Transaction Fee Finance Charges)

FOR YOUR SATISFACTION, EVERY HOUR, EVERY DAY
• For our Automated Direct Connect service, call
  1-800-955-2586
• To speak to one of our Customer Satisfaction representatives, call
  1-800-955-2586
• For TDD Telecommunications Device for the Deaf assistance, call
  1-800-955-2116
• Billing rights are preserved only by written inquiry. Mail billing inquiries
  and all other correspondence to:
  MBNA AMERICA, P.O. BOX 15026
  WILMINGTON, DE 19850-6026

THIS DOCUMENT IS A COPY OF YOUR STATEMENT. IT IS FOR YOUR RECORDS ONLY AND IS NOT AN OFFICIAL BANK DOCUMENT. THIS COPY IS NOT AN EXACT DUPLICATE AND MAY NOT INCLUDE MESSAGES WHICH APPEAR IN THE IMPORTANT NEWS SECTION OF YOUR ORIGINAL PERIODIC STATEMENT.

PAGE 4 OF 4



Ringling Bros. Barnum &
Bailey Combined Shows Inc

ACCOUNT NUMBER    5329 0119 5917 2909

PAYMENT DUE DATE   11/01/99    NEW BALANCE TOTAL   $6,692.32

TOTAL MINIMUM PAYMENT DUE   $258.00    AMOUNT ENCLOSED

Make check
payable to:
MBNA AMERICA          04
P.O. BOX 15137
WILMINGTON, DE 19886-5137

CARDHOLDER SINCE 1997

JANET S HOETS
20 THORN HILL ESTS
POCA          WV   25159-640720

| ACCOUNT NUMBER | CREDIT LINE | CASH OR CREDIT AVAILABLE | DAYS IN CYCLE | CLOSING DATE | TOTAL MINIMUM PAYMENT DUE | PAYMENT DUE DATE |
|---|---|---|---|---|---|---|
| 5329 0119 5917 2909 | $6,500 | $-.00 | 30 | 10-02-99 | $258.00 | 11/01/99 |

OCTOBER 1999 STATEMENT

| POSTING DATE | TRANS DATE | REFERENCE NUMBER | TRANSACTIONS | CHARGES | CREDITS (CR) |
|---|---|---|---|---|---|
| PAYMENTS AND CREDITS | | | | | |
| 0909 | 0909 | 852AJ027144 HC | CREDIT LIFE INSURANCE ADJ | | 36.25 CR |
| CASH ADVANCE TRANSACTIONS | | | | | |
| 0910 | 0909 | 8543329185290065980380 HC B | ONE VALLEY BANK    CROSS LANES  WV | 50.00 | |
| 0910 | 0910 | 8543329185290065980380 HC B | BANK TRANSACTION FEE | 2.00 | |
| PURCHASES AND ADJUSTMENTS | | | | | |
| 0903 | 0901 | 78315108184034096000118 HC C | ADIRONDACK TECHNOLOGIE 518/798-6488 NY | 19.95 | |
| 0903 | 0901 | 60444009145171057769044 HC C | DRUG EMPORIUM #2    CHARLESTON  WV | 39.11 | |
| 0908 | 0906 | 97427919150611800795903 HC C | HOLIDAY INNS CMHAP    COLUMBUS  OH | 116.35 | |
| | | | ARRIVAL DATE  9/05/99 | | |
| 0913 | 0909 | 78411179124154046992701 HC C | NCI PREPAID CARD AUTO  800-7214336 GA | 36.00 | |
| 0917 | 0916 | 77460429185190000046898 HC C | CHEVRON #0084901    CHARLESTON  WV | 17.00 | |
| 1002 | 0917 | 100165080000810 HC C | OVER CREDIT LINE FEE | 29.00 | |
| 1002 | 1002 | 100100000000000 HC C | LATE CHARGE FOR PMT DUE 10/01 | 29.00 | |
| | | | TOTAL FOR BILLING CYCLE FROM  9/03/1999 THROUGH 10/02/1999 | $338.41 | $36.25 CR |

OUR RECORDS SHOW YOUR ACCOUNT IS PAST DUE AND YOUR BALANCE EXCEEDS APPROVED CREDIT LIMITS

**IMPORTANT NEWS**   SHOW YOUR PATRIOTISM ON VETERAN'S DAY WITH A NEW U.S. FLAG MADE OF DURABLE NYLON WITH EMBROIDERED STARS AND SEWN STRIPES. ORDER BY CALLING 1-888-453-4466. ONLY $37.00, SHIPPING INCLUDED.

SUMMARY OF TRANSACTIONS

| Previous Balance | Payments and Credits | + Cash Advances | + Purchases & Adjustments | + Periodic Rate Finance Charges | + Transaction Fee Finance Charges | = New Balance Total | |
|---|---|---|---|---|---|---|---|
| $6,266.32 | $36.25 | $50.00 | $286.41 | $123.84 | $2.00 | $6,692.32 | |

TOTAL MINIMUM PAYMENT DUE
| Past Due Amount | $125.00 |
| Current Payment | $133.00 |
| Total Min Payment Due | $258.00 |

FINANCE CHARGE SCHEDULE

| Category | Periodic Rate | Corresponding Annual Percentage Rate | Balance Subject to Finance Charges |
|---|---|---|---|
| A. BALANCE TRANSFER, CHECKS | .062958% DLY | 22.98% | $0.00 |
| B. ATM, BANK | .062958% DLY | 22.98% | $4,001.60 |
| C. PURCHASES | .062958% DLY | 22.98% | $2,555.22 |
| D. OTHER BALANCES | .000000% DLY | 00.00% | $0.00 |

FOR THE BALANCE SUBJECT
ANNUAL PERCENTAGE RATE   23.03%
(Includes Periodic Rate and Transaction Fee Finance Charges)

FOR YOUR SATISFACTION, EVERY HOUR, EVERY DAY
• For 24-hour-a-day Direct Connect services, call 1-800-521-2656
• To speak to one of our Customer Satisfaction representatives, call 1-800-421-2110
• For TDD (Telecommunications Device for the Deaf) assistance, call 1-800-826-3890
• Billing rights are preserved only by written inquiry. Mail billing inquiries and other account correspondence to:
MBNA AMERICA, P.O. BOX 15026
WILMINGTON, DE 19850-5026

THIS DOCUMENT IS A COPY OF YOUR STATEMENT. IT IS FOR YOUR RECORDS ONLY AND IS NOT AN OFFICIAL BANK DOCUMENT. THIS COPY IS NOT AN EXACT DUPLICATE AND MAY NOT INCLUDE MESSAGES WHICH APPEAR IN THE IMPORTANT NEWS SECTION OF YOUR ORIGINAL PERIODIC STATEMENT.

PAGE  1 OF  1



Ringling Bros. Barnum &
Bailey Combined Shows Inc

| ACCOUNT NUMBER |
| 5329 0119 591 2909 |

| PAYMENT DUE DATE | NEW BALANCE TOTAL |
| 12/01/99 | $6,882.76 |

| TOTAL MINIMUM PAYMENT DUE | AMOUNT ENCLOSED |
| $395.00 | |

Make check
payable to:
MBNA AMERICA          04
P.O. BOX 18137
WILMINGTON, DE 19886-8137

CARDHOLDER SINCE 1997

JANET S HOEFS
20 THORN HILL ESTS
POCA          WV 25159-940720

*1988654090*

S 00000000X010000000040611330039260000088827600003950000532901199172909
S 00020(4099 X 0363304000000000000000000088427600003950000532901199172909

| ACCOUNT NUMBER | CREDIT LINE | CASH OR CREDIT AVAILABLE | DAYS IN CYCLE | CLOSING DATE | TOTAL MINIMUM PAYMENT DUE | PAYMENT DUE DATE |
|---|---|---|---|---|---|---|
| 5329 0119 59 7 29 9 | $6,500 | | 31 | 11-02-99 | $395.00 | 12/01/99 |

| POSTING DATE | TRANS DATE | REFERENCE NUMBER | TRANSACTIONS | CHARGES | CREDITS (CR) |
|---|---|---|---|---|---|
| | | | NOVEMBER 1999 STATEMENT | | |
| | | | PURCHASES AND ADJUSTMENTS | | |
| 1102 | 1003 | 0X01692000862692 | NC C OVER CREDIT LINE FEE | 29.00 | |
| 1102 | 1102 | 0X0100000000000 | NC C LATE CHARGE FOR PMT DUE 11/01 | 29.00 | |
| | | | TOTAL FOR BILLING CYCLE FROM 10/03/1999 THROUGH 11/02/1999 | $58.00 | $.00 |

OUR RECORDS SHOW YOUR ACCOUNT IS PAST DUE AND YOUR BALANCE EXCEEDS APPROVED CREDIT LIMITS

| IMPORTANT NEWS | YEAR 2000 READINESS DISCLOSURE:  YOUR CREDIT CARD ACCOUNT IS READY FOR THE YEAR 2000 AND BEYOND.  OUR Y2K UPGRADES ARE COMPLETE. |

SUMMARY OF TRANSACTIONS

| Previous Balance | - Payment And Credits | + Cash Advances | + Purchases And Adjustments | + Periodic Rate Finance Charge | = Transaction Fee Finance Charge | = New Balance Total |
|---|---|---|---|---|---|---|
| $6,692.32 | $.00 | $0.00 | $58.00 | $132.44 | $0.00 | $6,882.76 |

| TOTAL MINIMUM PAYMENT DUE | |
|---|---|
| Past Due Amount | $258.00 |
| Current Payment | $137.00 |
| Total Min Payment Due | $395.00 |

FINANCE CHARGE SCHEDULE

| Category | Periodic Rate | Corresponding Annual Percentage Rate | Balance Subject to Finance Charges |
|---|---|---|---|
| A. BALANCE TRANSFER, CHECKS | .0629584% DLY | 22.98% | $0.00 |
| B. ATM, BANK | .0629584% DLY | 22.98% | $4,069.81 |
| C. PURCHASES | .0629584% DLY | 22.98% | $2,696.29 |
| D. OTHER BALANCES | .0000000% DLY | 00.00% | $0.00 |

FOR THIS BILLING PERIOD
ANNUAL PERCENTAGE RATE          22.98%
(Includes Periodic Rate And Transaction Fee Finance Charges)

THIS DOCUMENT IS A COPY OF YOUR STATEMENT. IT IS FOR YOUR RECORDS
ONLY AND IS NOT AN OFFICIAL BANK DOCUMENT. THIS COPY IS NOT AN
EXACT DUPLICATE AND MAY NOT INCLUDE MESSAGES WHICH APPEAR IN
THE IMPORTANT NEWS BLOCK OF YOUR ORIGINAL PERIODIC STATEMENT.

PAGE 1 OF 1

FOR YOUR SATISFACTION, EVERY HOUR, EVERY DAY

- For our customers with Direct Connect service, call
  1-800-820-2866
- To speak to one of our Customer Satisfaction representatives, call
  1-800-421-2110
- For TDD (Telecommunications Device for the Deaf) assistance, call
  1-800-346-3178
- Billing rights are preserved only by written inquiry. Mail billing inquiries to:
  MBNA AMERICA, P.O. BOX 15026
  WILMINGTON, DE 19850-5026



AUG-31-2004 TUE 04:58 PM MBNA LAW          FAX NO. 3024320754          P. 16/36

Ringling Bros. Barnum &
Bailey Combined Shows Inc.

| ACCOUNT NUMBER | |
|---|---|
| | 5329 0119 891? 2909 |

| PAYMENT DUE DATE | NEW BALANCE TOTAL |
|---|---|
| 02/01/00 | $7,276.01 |

| TOTAL MINIMUM PAYMENT DUE | AMOUNT ENCLOSED |
|---|---|
| $581.00 | |

Main check
payable to:
MBNA AMERICA          04
P.O. BOX 15137
WILMINGTON, DE 19886-0117

CARDHOLDER SINCE 1997

JANET S HOEFS
20 THORN HILL ESTS
POCA          WV 25159-940720

*1988664090*

S 0000100000000000000420000000029280000727501000001000000532901198917290 9
S 00021M2R2D00155304000000000000000000000727501000001000000532901198917290 9

| ACCOUNT NUMBER | CREDIT LINE | CASH OR CREDIT AVAILABLE | DAYS IN CYCLE | CLOSING DATE | TOTAL MINIMUM PAYMENT DUE | PAYMENT DUE DATE |
|---|---|---|---|---|---|---|
| 5329 0119 89!? 2909 | $7,000 | $0.00 | 32 | 01-03-00 | $581.00 | 02/01/00 |

| POSTING DATE | TRANSFER/REF DATE | REFERENCE NUMBER | TRANSACTION JANUARY 2000 STATEMENT | CHARGES | CREDITS (CR) |
|---|---|---|---|---|---|
| | | | PURCHASES AND ADJUSTMENTS | | |
| 0103 | 1203 | 00007022000707Z MC C OVER CREDIT LINE FEE | | 29.00 | |
| 0103 | 0103 | 00000000000000 MC C LATE CHARGE FOR PMT DUE 01/02 | | 29.00 | |
| | | | TOTAL FOR BILLING CYCLE FROM 12/03/1999 THROUGH  1/03/2000 | $58.00 | $.00 |

IMPORTANT     GOOD NEWS!  MBNA HAS INCREASED YOUR CREDIT LINE.  WHEN YOU PAY THE AMOUNT
NEWS          CURRENTLY DUE, YOU CAN CONTINUE TO USE YOUR ACCOUNT.  FOR MORE INFORMATION,
                              PLEASE CALL 1-800-492-2645.

              FOR UP-TO-DATE ACCOUNT INFORMATION, VISIT WWW.MBNANETACCESS.COM

| SUMMARY OF TRANSACTIONS | | | | | | | | TOTAL MINIMUM PAYMENT DUE | |
|---|---|---|---|---|---|---|---|---|---|
| Previous Balance | –Payments and Credits | + Cash Advances | + Purchases & Adjustments | +Periodic Rate FINANCE CHARGE | +Transaction Fee FINANCE CHARGE | = New Balance Total | | Past Due Amount | $436.00 |
| $7,072.62 | $.00 | $0.00 | $58.00 | $144.39 | $0.00 | $7,276.01 | | Current Payment | $145.00 |
| | | | | | | | | Total Min Payment Due | $581.00 |

| FINANCE CHARGE SCHEDULE Category | Periodic Rate | Corresponding Annual Percentage Rate | Balance Subject to Finance Charges |
|---|---|---|---|
| A. BALANCE TRANSFER, CHECKS | .062968% DLY | 22.98% | $0.00 |
| B. ATM, BANK | .062968% DLY | 22.98% | $4,281.22 |
| C. PURCHASES | .062968% DLY | 22.98% | $2,920.92 |
| D. OTHER BALANCES | .000000% DLY | 00.00% | $0.00 |

FOR YOUR SATISFACTION, EVERY HOUR, EVERY DAY

• For account balance or Customer Service, call
  1-800-421-2110

• To speak to one of our Customer Satisfaction representatives, call
  1-800-421-2110

• For our Telecommunications Device for the Deaf assistance, call
  1-800-833-6262

• Billing rights are preserved only by written inquiry. Mail billing inquiries
  and all other correspondence to:
  P.O. Box 15026
  WILMINGTON, DE 19850-6026

FOR THIS BILLING PERIOD
ANNUAL PERCENTAGE RATE          22.98%
(Includes Periodic Rate And Transaction Fee Finance Charges)

THIS DOCUMENT IS A COPY OF YOUR STATEMENT. IT IS FOR YOUR RECORDS
ONLY AND IS NOT AN OFFICIAL BANK DOCUMENT. THIS COPY IS NOT AN
EXACT DUPLICATE AND MAY NOT INCLUDE MESSAGES WHICH APPEAR IN
THE IMPORTANT NEWS BOX ON YOUR ORIGINAL PERIODIC STATEMENT.

PAGE 1 OF 1

MBNA000051

AUG-31-2004 TUE 04:58 PM MBNA LAW                    FAX NO. 3024320754                    P. 17/36



Ringling Bros. Barnum &
Bailey Combined Shows Inc

ACCOUNT NUMBER
5329 0119 5917 2909

PAYMENT DUE DATE          NEW BALANCE TOTAL
03/01/00                  $7,382.17

TOTAL MINIMUM PAYMENT DUE   AMOUNT ENCLOSED
$703.00

Make check
payable to:
MBNA AMERICA              04
P.O. BOX 15137
WILMINGTON, DE 15886-5137

CARDHOLDER SINCE 1997

*1968654090*

JANET S HOEFS
20 THORN HILL ESTS
POCA                    WV  25159-940720

$ 000000000000000000000042955300039280000078217000703000053296119591729 09
$ 0002979480012 033040000000000000000000078217000703000053290119591729 09

| ACCOUNT NUMBER | CREDIT LINE | CASH OR CREDIT AVAILABLE | DAYS IN CYCLE | CLOSING DATE | TOTAL MINIMUM PAYMENT DUE | PAYMENT DUE DATE |
|---|---|---|---|---|---|---|
| 5329 0119 5917 2909 | $7,500 | $0.00 | 30 | 02-02-00 | $703.00 | 03/01/00 |

| POSTING DATE | TRANS DATE | REFERENCE NUMBER | CREDIT TRANSACTIONS | FEBRUARY 2000 STATEMENT | | CHARGES | CREDITS (CR) |
|---|---|---|---|---|---|---|---|
| PAYMENTS AND CREDITS | | | | | | | |
| 0202 | | 3299684790 NC | EXPRESS PAYMENT - THANK YOU | | | | 125.00 CR |
| PURCHASES AND ADJUSTMENTS | | | | | | | |
| 0202 | 0202 | 03AJ0773310 NC C | EXPRESS PAYMENT CHECK FEE | | | 5.00 | |
| 0202 | 0104 | DK01500000715S NC C | OVER CREDIT LINE FEE | | | 29.00 | |
| 0202 | 0202 | DK010000000000 NC C | LATE CHARGE FOR PMT DUE 02/01 | | | 29.00 | |
| | | | TOTAL FOR BILLING CYCLE FROM  1/04/2000 THROUGH  2/02/2000 | | | $63.00 | $125.00 CR |

OUR RECORDS SHOW YOUR ACCOUNT IS PAST DUE AND YOUR BALANCE EXCEEDS APPROVED CREDIT LIMITS

**IMPORTANT NEWS**    IT'S SIMPLE - MAKE A PAYMENT TO BRING YOUR ACCOUNT UP TO DATE AND THE ACCOUNT BECOMES ELIGIBLE FOR IMMEDIATE USE. CALL 1-888-755-1568 FOR DETAILS.

THANK YOU FOR BEING A VALUABLE CUSTOMER.

| SUMMARY OF TRANSACTIONS | | | | | | | TOTAL MINIMUM PAYMENT DUE | |
|---|---|---|---|---|---|---|---|---|
| Previous Balance | -Payments and Credits | +Cash Advances | +Purchases and Adjustments | +Periodic Rate Finance Charges | +Transaction Fee Finance Charges | =New Balance Total | PAST DUE AMOUNT Current Payment Total Min Payment Due | $556.00 $147.00 $703.00 |
| $7,278.01 | $125.00 | $0.00 | $63.00 | $139.16 | $0.00 | $7,382.17 | | |

| FINANCE CHARGE (CREDIT) Category | Periodic Rate | Corresponding Annual Percentage Rate | Balance Subject to Finance Charges | |
|---|---|---|---|---|
| A. BALANCE TRANSFER, CHECKS | .062956% DLY | 22.98% | $0.00 | |
| B. ATM, BANK | .062956% DLY | 22.98% | $4,330.80 | |
| C. PURCHASES | .062956% DLY | 22.98% | $3,037.23 | |
| D. OTHER BALANCES | .000000% DLY | 00.00% | $0.00 | |

FOR THE BILLING PERIOD
ANNUAL PERCENTAGE RATE          22.98%
(Includes Periodic Rate And Transaction Fee Finance Charges)

THIS DOCUMENT IS A COPY OF YOUR STATEMENT. IT IS FOR YOUR RECORDS ONLY AND IS NOT A COPY OF A BANK DOCUMENT. THE COPY IS NOT AN EXACT DUPLICATE AND MAY NOT INCLUDE MESSAGES WHICH APPEAR IN THE IMPORTANT NEWS AREA ON YOUR ORIGINAL PERIODIC STATEMENT.

FOR YOUR SATISFACTION EVERY HOUR, EVERY DAY
• For full account or Direct Connect service, call
  1-800-826-2598
• To speak to one of our Customer Satisfaction representatives, call
  1-800-421-2110
• For Telecommunications Device for the Deaf assistance, call
  1-800-346-3178
• Billing rights are preserved only by written inquiry. Mail billing inquiries and address changes to:
  MBNA AMERICA, P.O. BOX 15026
  WILMINGTON, DE 19850-5026

PAGE  1 OF 1

MBNA000052

AUG-31-2004 TUE 04:59 PM MBNA LAW        FAX NO. 3024320754        P. 18/36



Ringling Bros. Barnum &
Bailey Combined Shows Inc.

| ACCOUNT NUMBER | 5329 0119 5917 2909 |
|---|---|
| PAYMENT DUE DATE 04/02/00 | NEW BALANCE TOTAL $7 163.22 |
| TOTAL MINIMUM PAYMENT DUE $143.00 | AMOUNT ENCLOSED |

MBNA AMERICA        04
P.O. BOX 16019
WILMINGTON, DE 19886-4019

*1988654090*

JANET S HOEFS
20 THORN HILL ESTS
POCA        WV 25169-940720

CARDHOLDER SINCE 1997

| ACCOUNT NUMBER 5329 0119 5917 2909 | CREDIT LINE $7,000 | CASH OR CREDIT AVAILABLE $.00 | DAYS IN CYCLE 29 | CLOSING DATE 03-02-00 | TOTAL MINIMUM PAYMENT DUE $143.00 | PAYMENT DUE DATE 04/02/00 |
|---|---|---|---|---|---|---|

MARCH 2000 STATEMENT

| POSTING DATE | TRANS DATE | REFERENCE NUMBER | TRANSACTIONS | CHARGES | CREDITS (CR) |
|---|---|---|---|---|---|
| PAYMENTS AND CREDITS | | | | | |
| 0216 | | 047898904495 MC | EXPRESS PAYMENT - THANK YOU | | 708.00 CR |
| PURCHASES AND ADJUSTMENTS | | | | | |
| 0216 | 0216 | 047AJ080271 MC C | EXPRESS PAYMENT CHECK FEE | 8.00 | |
| 0226 | 0228 | 704133000616107010660011 MC C | CAFE ANZIO   N OXFORD   MA | 346.00 | |
| 0302 | 0302 | 1K07118D007124 MC C | OVER CREDIT LINE FEE | 29.00 | |
| | | | TOTAL FOR BILLING CYCLE FROM 2/03/2000 THROUGH 3/02/2000 | $379.00 | $708.00 CR |

YOUR BALANCE EXCEEDS APPROVED CREDIT LIMITS

**IMPORTANT NEWS**

FOR UP-TO-DATE ACCOUNT INFORMATION, VISIT WWW.MBNANETACCESS.COM

SPEND QUALITY TIME WITH YOUR FAMILY! LET THE EXPERTS AT PALLADIAN TRAVEL PLAN YOUR VACATION MEMORY OF A LIFETIME. CALL 1-888-467-7882 TODAY!

WWW.MBNAOFFERS.COM - YOUR ONLINE SOURCE FOR PLACES TO SHOP AND SAVE.

| SUMMARY OF THIS BILLING | | + Cash Advances | + Purchases & Adjustments | + Periodic Rate FINANCE CHARGES | + Transaction Fee FINANCE CHARGES | = New Balance Total | TOTAL MINIMUM PAYMENT DUE | |
|---|---|---|---|---|---|---|---|---|
| Previous Balance $7,352.17 | Payments and Credits $708.00 | $0.00 | $379.00 | $330.05 | $0.00 | $7,163.22 | Past Due Amount | $0.00 |
| | | | | | | | Current Payment | $143.00 |
| | | | | | | | Total Min Payment Due | $143.00 |

| FINANCE CHARGE SCHEDULE Category | Periodic Rate | Corresponding Annual Percentage Rate | Balance Subject to Finance Charges |
|---|---|---|---|
| A. BALANCE TRANSFER, CHECKS | .062958% DLY | 22.98% | $0.00 |
| B. ATM, BANK | .062958% DLY | 22.98% | $3,897.63 |
| C. PURCHASES | .062958% DLY | 22.98% | $3,225.47 |
| D. OTHER BALANCES | .000000% DLY | 0.00% | $0.00 |

FOR YOUR SATISFACTION, EVERY HOUR, EVERY DAY

• For our automated Direct Connect service, call 1-800-626-2550
• To speak to one of our Customer Satisfaction representatives, call 1-800-421-2110
• For our Text Telephone Device for the Deaf assistance, call 1-800-346-3178
• Billing rights are preserved only by written inquiry. Mail billing inquiries to: MBNA AMERICA, P.O. BOX 15026 WILMINGTON, DE 19850-5026

| FOR THIS BILLING PERIOD ANNUAL PERCENTAGE RATE 22.98% (Includes Periodic Rate And Transaction Fee Finance Charges) |
|---|

THIS DOCUMENT IS A COPY OF YOUR STATEMENT, IT IS FOR YOUR RECORDS ONLY AND IS NOT AN OFFICIAL BANK DOCUMENT. THIS COPY IS NOT AN EXACT DUPLICATE AND MAY NOT INCLUDE MESSAGES WHICH APPEAR IN THE IMPORTANT NEWS SECTION OF YOUR ORIGINAL PERIODIC STATEMENT.        PAGE 1 OF 1

MBNA000053

AUG-31-2004 TUE 04:59 PM MBNA LAW              FAX NO. 3024320754              P. 19/36



Ringling Bros. Barnum &
Bailey Combined Shows In:

| ACCOUNT NUMBER | | |
| --- | --- | --- |
| 5329 0119 5917 2909 | | |
| PAYMENT DUE DATE | NEW BALANCE TOTAL | |
| 05/01/00 | $7,357.36 | |
| TOTAL MINIMUM PAYMENT DUE | AMOUNT ENCLOSED | |
| $290.00 | | |

MBNA CARD
payable to:
MBNA AMERICA          04
P.O. BOX 15137
WILMINGTON, DE 19185-5137

CARDHOLDER SINCE 1997

*1988654090*

JANET S HOEFS
20 THORN HILL ESTS
POCA          WV  25159-940720

S 0000000X00X0X0X0X000000X3815480000384432007367360020000X5329011959172909
S 0003527740X0X0X0X00X04000000000000000000007567360002900000X3329011959172909

| ACCOUNT NUMBER | CREDIT LINE | CASH OR CREDIT AVAILABLE | DAYS IN CYCLE | CLOSING DATE | TOTAL MINIMUM PAYMENT DUE | PAYMENT DUE DATE |
| --- | --- | --- | --- | --- | --- | --- |
| 5329 0119 5917 2909 | $7,000 | $.00 | 32 | 04-03-00 | $290.00 | 05/01/00 |

| POSTING DATE | TRANS DATE | REFERENCE NUMBER | | TRANSACTIONS    APRIL 2000 STATEMENT | CHARGES | CREDITS (CR) |
| --- | --- | --- | --- | --- | --- | --- |
| | | PURCHASES AND ADJUSTMENTS | | | | |
| 0403 | 0309 | 0XC7153000716J | MC C OVER CREDIT LINE FEE | | 29.00 | |
| 0403 | 0403 | 0X0X00000000000 | MC C LATE CHARGE FOR PMT DUE 04/02 | | 29.00 | |
| | | | TOTAL FOR BILLING CYCLE FROM 3/03/2000 THROUGH 4/03/2000 | | $58.00 | $.00 |

OUR RECORDS SHOW YOUR ACCOUNT IS PAST DUE AND YOUR BALANCE EXCEEDS APPROVED CREDIT LIMITS

IMPORTANT
NEWS

| SUMMARY OF TRANSACTIONS | | | | | | | | TOTAL MINIMUM PAYMENT DUE | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Previous Balance | - Payments and Credits | + Cash Advances | + Purchases & Adjustments | + Periodic Rate FINANCE CHARGE | + Transaction Fee FINANCE CHARGE | = New Balance Total | | Past Due Amount | $143.00 |
| $7,153.22 | $0.00 | $0.00 | $58.00 | $146.14 | $0.00 | $7,357.36 | | Current Payment | $147.00 |
| | | | | | | | | Total Min Payment Due | $290.00 |

| FINANCE CHARGE SCHEDULE Category | Periodic Rate | Corresponding Annual Percentage Rate | Balance Subject to Finance Charges |
| --- | --- | --- | --- |
| A. BALANCE TRANSFER CHECKS | .062958% DLY | 22.98% | $0.00 |
| B. ATM, BANK | .062958% DLY | 22.98% | $3,650.98 |
| C. PURCHASES | .062958% DLY | 22.98% | $3,602.66 |
| D. OTHER BALANCES | .000000% DLY | 00.00% | $0.00 |

FOR YOUR SATISFACTION, EVERY HOUR, EVERY DAY

ANNUAL PERCENTAGE RATE          22.98%
(Includes Periodic Rate and Transaction Fee Finance Charges)

FOR THE BILLING PERIOD

THIS DOCUMENT IS A COPY OF YOUR STATEMENT. IT IS FOR YOUR RECORDS
ONLY AND IS NOT AN OFFICIAL BANK DOCUMENT. THIS COPY IS NOT AN
EXACT DUPLICATE AND MAY NOT INCLUDE MESSAGES WHICH APPEAR IN
THE IMPORTANT NEWS BLOCK 28. YOUR ORIGINAL PERIODIC STATEMENT.

• For your convenience of Direct Connect service, call
  1-800-833-6000

• For all other inquiries or to reach a Customer Satisfaction representative, call
  1-800-421-2110

• For TDD (Telecommunications Device for the Deaf) assistance, call
  1-800-346-3178

• Billing rights are preserved only by written inquiry. Mail billing inquiries to:
  MBNA AMERICA, P.O. BOX 15026
  WILMINGTON, DE 19850-5026

PAGE 1 OF 1

MBNA000054



Ringling Bros. Barnum &
Bailey Combined Shows Inc.

ACCOUNT NUMBER
5329 0119 6917 2909

PAYMENT DUE DATE 06/01/00
NEW BALANCE TOTAL $7,551.43

TOTAL MINIMUM PAYMENT DUE $469.00
AMOUNT ENCLOSED

Make check
payable to:
MBNA AMERICA          04
P.O. BOX 15137
WILMINGTON, DE 19886-5137

CARDHOLDER SINCE 1997

JANET S WOETS
20 THORN HILL ESTS
POCA          WV 25169-940720

*1988864090*

| ACCOUNT NUMBER | CREDIT LINE | CASH OR CREDIT AVAILABLE | DAYS IN CYCLE | CLOSING DATE | TOTAL MINIMUM PAYMENT DUE | PAYMENT DUE DATE |
|---|---|---|---|---|---|---|
| 5329 0119 6917 2909 | $7,000 | $0.00 | 29 | 05-02-00 | $469.00 | 06/01/00 |

| POSTING DATE | TRANS DATE | REFERENCE NUMBER | TRANSACTIONS APT 2000 STATEMENT | CHARGES | CREDITS (CR) |
|---|---|---|---|---|---|
| 0502 | 0404 | MC3670007987 | NC C OVER CREDIT LINE FEE | 29.00 | |
| 0502 | 0502 | MC000000000000 | NC C LATE CHARGE FOR PMT DUE 05/01 | 29.00 | |
| | | | TOTAL FOR BILLING CYCLE FROM 4/04/2000 THROUGH 5/02/2000 | $58.00 | $.00 |

OUR RECORDS SHOW YOUR ACCOUNT IS PAST DUE AND YOUR BALANCE EXCEEDS APPROVED CREDIT LIMITS

**IMPORTANT NEWS**

PERHAPS IT WAS AN OVERSIGHT, BUT WE HAVE NOT RECEIVED YOUR PAYMENT. IF IT HAS BEEN MAILED, THANK YOU. IF YOU NEED ASSISTANCE, PLEASE CALL 1-888-755-1565.

FOR UP-TO-DATE ACCOUNT INFORMATION, VISIT WWW.MBNANETACCESS.COM

| SUMMARY OF TRANSACTIONS | | | | | | | TOTAL MINIMUM PAYMENT DUE | |
|---|---|---|---|---|---|---|---|---|
| Previous Balance | − Payments and Credits | + Cash Advances | + Purchases and Adjustments | + Periodic Rate FINANCE CHARGE | + Transaction Fee FINANCE CHARGE | = New Balance Total | Past Due Amount | $290.00 |
| $7,387.36 | $0.00 | $0.00 | $58.00 | $136.07 | $0.00 | $7,551.43 | Current Payment | $169.00 |
| | | | | | | | Total Min Payment Due | $469.00 |

| FINANCE CHARGE SCHEDULE Category | Periodic Rate | Corresponding Annual Percentage Rate | Balance Subject to Finance Charges | FOR YOUR SATISFACTION, EVERY HOUR, EVERY DAY |
|---|---|---|---|---|
| A. BALANCE TRANSFER, CHECKS | .0628584 DLY | 22.98% | $0.00 | For the nearest Direct Connect service, call 1-800-929-2558 |
| B. ATM, BANK | .0628584 DLY | 22.98% | $3,721.73 | To speak to one of our Customer Satisfaction representatives, call 1-800-421-2110 |
| C. PURCHASES | .0628584 DLY | 22.98% | $3,731.08 | For Telecommunications Device for the Deaf) assistance, call 1-800-822-3199 |
| D. OTHER BALANCES | .000000 DLY | 00.00% | $0.00 | Billing rights are preserved only by written inquiry. Mail billing inquiries to: |

FOR THIS BILLING PERIOD
ANNUAL PERCENTAGE RATE          22.98%
(Includes Periodic Rate And Transaction Fee Finance Charges)

MBNA AMERICA, P.O. BOX 15026
WILMINGTON, DE 19850-5026

THIS DOCUMENT IS A COPY OF YOUR STATEMENT. IT IS FOR YOUR RECORDS ONLY AND IS NOT AN OFFICIAL BANK DOCUMENT. THIS COPY IS NOT AN EXACT DUPLICATE AND MAY NOT INCLUDE MESSAGES WHICH APPEAR IN THE IMPORTANT NEWS SECTION OF YOUR ORIGINAL PERIODIC STATEMENT.

PAGE 1 OF 1

MBNA000055



Ringling Bros. Barnum &
Bailey Combined Shows, Inc

| ACCOUNT NUMBER | |
| --- | --- |
| | 5329 0119 8917 2909 |

| PAYMENT DUE DATE | NEW BALANCE TOTAL |
| --- | --- |
| 08/01/00 | $7,970.26 |

| TOTAL MINIMUM PAYMENT DUE | AMOUNT ENCLOSED |
| --- | --- |
| $812.00 | |

Main check
payable to:
MBNA AMERICA          Q4
P.O. BOX 15137
WILMINGTON, DE 19886-0117

CARDHOLDER SINCE 1997

JANET S HOEFS
20 THORN HILL ESTS
POCA          WV   25159-940720

S 000000000000000000003831010003543200797026000612000005329011989172909
S 0003127780000188804000000000000000000797026000612000005329011829172909

| ACCOUNT NUMBER | CREDIT LINE | CASH OR CREDIT AVAILABLE | DAYS IN CYCLE | CLOSING DATE | TOTAL MINIMUM PAYMENT DUE | PAYMENT DUE DATE |
| --- | --- | --- | --- | --- | --- | --- |
| 5329 0119 8917 2909 | $7,700 | | 31 | 07-03-00 | $812.00 | 08/01/00 |

| POSTING TRANS/REFERENCE DATE | | | | | CHARGES | CREDITS (CR) |
| --- | --- | --- | --- | --- | --- | --- |
| DATE | DATE | NUMBER | TRANSACTIONS | JULY 2000 STATEMENT | | |
| PURCHASES AND ADJUSTMENTS | | | | | | |
| 0703 | 0603 | 030027800007758 | MC C OVER CREDIT LINE FEE | | 29.00 | |
| 0703 | 0703 | 030000000000000 | MC C LATE CHARGE FOR PMT DUE 07/02 | | 29.00 | |
| | | | TOTAL FOR BILLING CYCLE FROM 6/03/2000 THROUGH 7/03/2000 | | $58.00 | $.00 |

| IMPORTANT NEWS | GOOD NEWS! MBNA HAS INCREASED YOUR CREDIT LINE. WHEN YOU PAY THE AMOUNT CURRENTLY DUE, YOU CAN CONTINUE TO USE YOUR ACCOUNT. FOR MORE INFORMATION, PLEASE CALL 1-800-492-2548. |
| --- | --- |
| | FOR UP-TO-DATE ACCOUNT INFORMATION, VISIT WWW.MBNANETACCESS.COM |

| SUMMARY OF CHARGES | | + CASH Advances | + Purchases and Adjustments | + Periodic Rate FINANCE CHARGES | + Transaction Fee FINANCE CHARGES | = New Balance Total | TOTAL MINIMUM PAYMENT DUE | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Previous Balance | - Payment and Credits | | | | | | Past Due Amount | $633.00 |
| $7,756.80 | $0.00 | $0.00 | $58.00 | $155.46 | $0.00 | $7,970.26 | Current Payment | $179.00 |
| | | | | | | | Total Min Payment Due | $812.00 |

| FINANCE CHARGE SCHEDULE | Periodic Rate | Corresponding Annual Percentage Rate | Balance Subject to Finance Charges | |
| --- | --- | --- | --- | --- |
| Category | | | | |
| A. BALANCE TRANSFER, CHECKS | .062958% DLY | 22.98% | $0.00 | |
| B. ATM, BANK | .062958% DLY | 22.98% | $3,867.40 | |
| C. PURCHASES | .062958% DLY | 22.98% | $3,996.91 | |
| D. OTHER BALANCES | .000000% DLY | 00.00% | $0.00 | |

FOR THE BILLING PERIOD
ANNUAL PERCENTAGE RATE          22.98%
(Includes Periodic Rate And Transaction Fee Finance Charges)

THIS DOCUMENT IS A COPY OF YOUR STATEMENT. IT IS FOR YOUR RECORDS
ONLY AND IS NOT AN OFFICIAL BANK DOCUMENT. THIS COPY IS AN
EXACT DUPLICATE AND MAY NOT INCLUDE MESSAGES WHICH APPEAR IN
THE IMPORTANT NEWS BLOCK ON YOUR ORIGINAL PERIODIC STATEMENT.

PAGE  1 OF 1

FOR YOUR SATISFACTION, EVERY HOUR, EVERY DAY

• For our customers using Direct Connect service, call
  1-800-626-2636
• To reach one of our Customer Satisfaction representatives, call
  1-800-421-2110
• For TDD (Telecommunications Device for the Deaf) assistance, call
  1-800-549-3797
• Billing rights are preserved only by written inquiry. Mail billing inquiries to:
  MBNA AMERICA
  P.O. BOX 15026
  WILMINGTON, DE 19850-5026

MBNA000057

AUG-31-2004 TUE 05:00 PM MBNA LAW                FAX NO. 3024320754                    P. 23/36



Ringling Bros. Barnum &
Bailey Combined Shows Inc

ACCOUNT NUMBER
5329 0119 8917 2909

PAYMENT DUE DATE        NEW BALANCE TOTAL
09/01/00                $8,180.75

TOTAL MINIMUM PAYMENT DUE    AMOUNT INCLUDED
$996.00

CARDHOLDER SINCE 1997

Mail check
payable to:
MBNA AMERICA        04
P.O. BOX 15137
WILMINGTON, DE 19886-5137

JANET S HOEFS
20 THORN HILL ESTS
POCA            WV  25159-940720

| ACCOUNT NUMBER | CREDIT LINE | CASH OR CREDIT AVAILABLE | DAYS IN CYCLE | CLOSING DATE | TOTAL MINIMUM PAYMENT DUE | PAYMENT DUE DATE |
|---|---|---|---|---|---|---|
| 5329 0119 8917 2909 | $7,700 | | 30 | 08-02-00 | $996.00 | 09/01/00 |

| POSTING DATE | TRANS DATE | REFERENCE NUMBER | TRANSACTIONS AUGUST 2000 STATEMENT | CHARGES | CREDITS (CR) |
|---|---|---|---|---|---|
| | | | PURCHASES AND ADJUSTMENTS | | |
| 0802 | 0704 | CK7970007970 | NC C OVER CREDIT LINE FEE | 29.00 | |
| 0802 | 0802 | CK0000000000 | NC C LATE CHARGE FOR PMT DUE 08/01 | 29.00 | |
| | | | TOTAL FOR BILLING CYCLE FROM 7/04/2000 THROUGH 8/02/2000 | $58.00 | $.00 |

OUR RECORDS SHOW YOUR ACCOUNT IS PAST DUE AND YOUR BALANCE EXCEEDS APPROVED CREDIT LIMITS

IMPORTANT NEWS!    IT'S SIMPLE - MAKE A PAYMENT TO BRING YOUR ACCOUNT UP TO DATE AND THE ACCOUNT
BECOMES ELIGIBLE FOR IMMEDIATE USE. CALL 1-888-786-1868 FOR DETAILS.

FOR UP-TO-DATE ACCOUNT INFORMATION, VISIT WWW.MBNANETACCESS.COM

| SUMMARY OF TRANSACTIONS | | | | | | | | TOTAL MINIMUM PAYMENT DUE | |
|---|---|---|---|---|---|---|---|---|---|
| Previous Balance | - Payments and Credits | + Cash Advances | + Purchases & Adjustments | + Periodic Rate FINANCE CHARGE | + Transaction Fee FINANCE CHARGE | = New Balance Total | Past Due Amount | | $812.00 |
| $7,970.26 | $0.00 | $0.00 | $58.00 | $152.49 | $0.00 | $8,180.75 | Current Payment | | $184.00 |
| | | | | | | | Total Minimum Payment Due | | $996.00 |

| FINANCE CHARGE SCHEDULE Category | Periodic Rate | Corresponding Annual Percentage Rate | Balance Subject to Finance Charges | Finance Charges | FOR YOUR SATISFACTION, EVERY HOUR, EVERY DAY |
|---|---|---|---|---|---|
| A. BALANCE TRANSFER CHECKS | .0629584 DLY | 22.98% | $0.00 | | • For new account and Direct Connect service, call 1-800-621-2356 |
| B. ATM, BANK | .0629584 DLY | 22.98% | $3,942.36 | | • To speak to one of our Customer Satisfaction representatives, call 1-800-421-2110 |
| C. PURCHASES | .0629584 DLY | 22.98% | $4,131.31 | | • For TDD (Telecommunications Device for the Deaf) assistance, call 1-800-832-7454 |
| D. OTHER BALANCES | .000000 DLY | 00.00% | $0.00 | | • Billing rights are preserved only by written inquiry. Mail billing inquiries to: |
| ANNUAL PERCENTAGE RATE (Includes Periodic Rate And Transaction Fee Finance Charges) | 22.98% | | | | MBNA AMERICA, P.O. BOX 15026 WILMINGTON, DE 19850-5026 |

FOR THIS BILLING PERIOD

THIS DOCUMENT IS A COPY OF YOUR STATEMENT. IT IS FOR YOUR RECORDS
ONLY AND IS NOT AN OFFICE A. BANK DOCUMENT. THIS COPY IS NOT AN
EXACT DUPLICATE AND MAY NOT INCLUDE MESSAGES WHICH APPEAR IN
THE IMPORTANT NEWS AREA OF YOUR ORIGINAL PERIODIC STATEMENT.            PAGE 1 OF 1



Ringling Bros. Barnum &
Bailey Combined Shows Inc

**ACCOUNT NUMBER** 5329 0119 5917 2909

**PAYMENT DUE DATE** 10/02/00

**NEW BALANCE TOTAL** $6,400.62

**TOTAL MINIMUM PAYMENT DUE** $1,265.00   **AMOUNT ENCLOSED**

Make check
payable to:
MBNA AMERICA          04
P.O. BOX 15127
WILMINGTON, DE 19886-5137

CARDHOLDER SINCE 1997

JANET S HOEFS
20 THORN HILL ESTS
POCA          WV 25169-940720

| ACCOUNT NUMBER | CREDIT LINE | CASH OR CREDIT AVAILABLE | DAYS IN CYCLE | CLOSING DATE | TOTAL MINIMUM PAYMENT DUE | PAYMENT DUE DATE |
|---|---|---|---|---|---|---|
| 5329 0119 5917 2909 | $7,700 | | 31 | 09-02-00 | $1,265.00 | 10/02/00 |

SEPTEMBER 2000 STATEMENT

| POSTING DATE | TRANS DATE | REFERENCE NUMBER | | TRANSACTIONS | CHARGES | CREDITS (CR) |
|---|---|---|---|---|---|---|
| | | | | **PURCHASES AND ADJUSTMENTS** | | |
| 0902 | 0903 | 0038209000818D NC C OVER CREDIT LINE FEE | | | 29.00 | |
| 0902 | 0902 | 0000000000000 NC C LATE CHARGE FOR PMT DUE 09/03 | | | 29.00 | |
| | | | TOTAL FOR BILLING CYCLE FROM 8/03/2000 THROUGH 9/02/2000 | $58.00 | $.00 |

OUR RECORDS SHOW YOUR ACCOUNT IS PAST DUE AND YOUR BALANCE EXCEEDS APPROVED CREDIT LIMITS

**IMPORTANT NEWS**

TIME IS RUNNING OUT! WE HAVE SEVERAL PROGRAMS DESIGNED TO HELP YOU REACTIVATE OR SAVE YOUR ACCOUNT. CALL 1-888-514-8056 TODAY FOR MORE INFORMATION.

FOR UP-TO-THE-MINUTE ACCOUNT INFORMATION, VISIT WWW.MBNANETACCESS.COM

**SUMMARY OF TRANSACTIONS**

| Previous Balance | − Payments and Credits | + Cash Advances | + Purchases & Adjustments | + Periodic Rate FINANCE CHARGE | + Transaction Fee FINANCE CHARGE | = New Balance Total |
|---|---|---|---|---|---|---|
| $6,180.75 | $0.00 | $0.00 | $58.00 | $161.77 | $0.00 | $6,400.52 |

**TOTAL MINIMUM PAYMENT DUE**

| Past Due Amount | $998.00 |
|---|---|
| Current Payment | $188.00 |
| Total Min Payment Due | $1,265.00 |

**FINANCE CHARGE SCHEDULE**

| Category | Periodic Rate | Corresponding Annual Percentage Rate | Balance Subject to Finance Charges |
|---|---|---|---|
| A. BALANCE TRANSFER, CHECKS | .06299% DLY | 22.98% | $0.00 |
| B. ATM, BANK. | .06299% DLY | 22.98% | $4,018.77 |
| C. PURCHASES | .06299% DLY | 22.98% | $4,265.91 |
| D. OTHER BALANCES | .00000% DLY | 00.00% | $0.00 |

FOR THE BILLING PERIOD
ANNUAL PERCENTAGE RATE          22.98%
(Includes Periodic Rate And Transaction Fee Finance Charges)

THIS DOCUMENT IS A COPY OF YOUR STATEMENT. IT IS FOR YOUR RECORDS
ONLY AND IS NOT AN OFFICIAL BANK DOCUMENT. THIS COPY IS NOT AN
EXACT DUPLICATE AND MAY NOT INCLUDE MESSAGES WHICH APPEAR IN
THE IMPORTANT NEWS OR BACK SIDE OF YOUR ORIGINAL PERIODIC STATEMENT.

PAGE 1 OF 1

**FOR YOUR SATISFACTION, EVERY HOUR, EVERY DAY**

• For an automated Direct Connect service, call
  1-800-622-2580
• To speak to one of our Customer Satisfaction representatives, call
  1-800-421-2110
• For TDD (Telecommunications Device for the Deaf) assistance, call
  1-800-546-3178
• Billing rights are preserved only if a written inquiry. Mail billing inquiries
  to: MBNA AMERICA P.O. BOX 15026
  WILMINGTON, DE 19850-5026

MBNA000059

AUG-31-2004 TUE 05:01 PM MBNA LAW                    FAX NO. 3024320754                    P. 25/38





AUG-31-2004 TUE 05:02 PM MBNA LAW          FAX NO. 3024320754          P. 27/36



MBNA America

| ACCOUNT NUMBER | 5329 0119 5917 2909 |

| PAYMENT DUE DATE | NEW BALANCE TOTAL |
| 01/02/01 | $8,622.30 |

| TOTAL MINIMUM PAYMENT DUE | AMOUNT ENCLOSED |
| $1,143.00 | |

Make check
payable to:
MBNA AMERICA          0&
P.O. BOX 15137
WILMINGTON, DE 19886-5137

CARDHOLDER SINCE 1997

JANET S HOEFS
16 RICE DR
WILBRAHAM    MA  01095-264116

S 00000X0010010000000039418500035443200852230001143000053290119569172909
S 00045413100126980400000000000000000086229000114300005329011989172909

| ACCOUNT NUMBER | CREDIT LINE | CASH OR CREDIT AVAILABLE | DAYS IN CYCLE | CLOSING DATE | TOTAL MINIMUM PAYMENT DUE | PAYMENT DUE DATE |
| 5329 0119 5917 2909 | $7,700 | | 30 | 12-02-00 | $1,143.00 | 01/02/01 |

| POSTING DATE | TRANS DATE | REFERENCE NUMBER | AMOUNT TRANSACTIONS | DECEMBER 2000 STATEMENT | CHARGES | CREDITS (CR) |
| PAYMENTS AND CREDITS | | | | | | |
| 1130 | | 33899942048 MC | EXPRESS PAYMENT - THANK YOU | | | 85.00 CR |
| PURCHASES AND ADJUSTMENTS | | | | | | |
| 1130 | 1130 | 335AJG38766 MC C | EXPRESS PAYMENT CHECK FEE | | 5.00 | |
| 1202 | 1202 | 000000000000 MC C | LATE CHARGE FOR PMT DUE 12/01 | | 29.00 | |
| | | | TOTAL FOR BILLING CYCLE FROM 11/03/2000 THROUGH 12/02/2000 | | $34.00 | $85.00 CR |

OUR RECORDS SHOW YOUR ACCOUNT IS PAST DUE AND YOUR BALANCE EXCEEDS APPROVED CREDIT LIMITS

IMPORTANT
NEWS

| SUMMARY OF TRANSACTIONS | | | | | | |
| Previous Balance | − Payments and Credits | + Cash Advances | + Purchases and Adjustments | + Periodic Rate FINANCE CHARGES | + Transaction Fee FINANCE CHARGES | = New Balance Total |
| $8,603.19 | $85.00 | $0.00 | $34.00 | $70.11 | $0.00 | $8,622.30 |

| TOTAL MINIMUM PAYMENT DUE | |
| Past Due Amount | $1,029.00 |
| Current Payment | $114.00 |
| Total Min Payment Due | $1,143.00 |

| FINANCE CHARGE SCHEDULE | | | | |
| Category | Periodic Rate | Corresponding Annual Percentage Rate | Balance Subject to Finance Charges | |
| A. BALANCE TRANSFER, CHECKS | .0273974 DLY | 10.00% | $0.00 | |
| B. ATM, BANK | .0273974 DLY | 10.00% | $3,909.04 | |
| C. PURCHASES | .0273974 DLY | 10.00% | $4,880.97 | |
| D. OTHER BALANCES | .0000000 DLY | 00.00% | $0.00 | |

FOR THIS BILLING PERIOD
ANNUAL PERCENTAGE RATE          10.00%
(Includes Periodic And Transaction Fee Finance Charges)

THIS DOCUMENT IS A COPY OF YOUR STATEMENT. IT IS FOR YOUR RECORDS
ONLY AND IS NOT AN OFFICIAL BANK DOCUMENT. THIS COPY IS NOT AN
EXACT DUPLICATE AND MAY NOT INCLUDE MESSAGES WHICH APPEAR IN
THE IMPORTANT NEWS BLOCK OF YOUR ORIGINAL PERIODIC STATEMENT.

PAGE  1 OF  1

FOR YOUR SATISFACTION, EVERY HOUR, EVERY DAY

• For an account inquiry or Direct Connect service, call
1-800-526-2890

• To speak with a Customer Satisfaction representative, call
1-800-421-2110

• For TDD (telecommunications Device for the Deaf) assistance, call
1-800-346-3178

• Billing rights are preserved only by written inquiry. Mail billing inquiries to:
MBNA AMERICA, P.O. BOX 15026
WILMINGTON, DE 19850-5026

AUG-31-2004 TUE 05:02 PM MBNA LAW    FAX NO. 3024320754    P. 28/38



MBNA America

CARDHOLDER SINCE 1997

MBNA AMERICA
P.O. BOX 15019
WILMINGTON, DE 19885-5019

JANET S HOEFS
18 RICE DR
WILBRAHAM    MA 01095-264115

| ACCOUNT NUMBER | CREDIT LINE | CASH OR CREDIT AVAILABLE | DAYS IN CYCLE | CLOSING DATE | TOTAL MINIMUM PAYMENT DUE | PAYMENT DUE DATE |
|---|---|---|---|---|---|---|
| 5329 0119 5917 2909 | $7,700 | | 32 | 01-03-01 | $85.00 | 02/01/01 |

JANUARY 2001 STATEMENT

YOUR BALANCE EXCEEDS APPROVED CREDIT LIMITS

**IMPORTANT NEWS**

RECENTLY, A MUTUAL BUSINESS DECISION ENDED MBNA'S AFFILIATION WITH YOUR ASSOCIATION. MBNA AMERICA WILL CONTINUE TO HANDLE YOUR ACCOUNT. THE PEOPLE OF MBNA REMAIN STEADFAST IN THEIR COMMITMENT TO ONE GOAL: SATISFYING YOU, OUR CUSTOMER.

EXCLUSIVE FOR MBNA CUSTOMERS - 30 COMMISSION-FREE INTERNET EQUITY TRADES WITH A NEW AMERITRADE ACCOUNT. VISIT WWW.AMERITRADE.COM/MBNA/. ENTER OFFER CODE RNG.

| Previous Balance | - Payments and Credits | + Cash Advances | + Purchases & Adjustments | + Periodic Rate FINANCE CHARGES | + Transaction Fee FINANCE CHARGE | = New Balance Total |
|---|---|---|---|---|---|---|
| $6,522.30 | $0.00 | $0.00 | $0.00 | $78.03 | $0.00 | $6,597.33 |

| FINANCE CHARGE Category | Periodic Rate | Corresponding Annual Percentage Rate | Balance Subject to Finance Charges |
|---|---|---|---|
| A. BALANCE TRANSFER, CHECKS | .0273974 DLY | 10.00% | $0.00 |
| B. ATM, BANK | .0273974 DLY | 10.00% | $3,905.87 |
| C. PURCHASES | .0273974 DLY | 10.00% | $4,652.71 |
| D. OTHER BALANCES | .0000004 DLY | 00.00% | $0.00 |

ANNUAL PERCENTAGE RATE    10.00%
(Includes Periodic Rate And Transaction Fee Finance Charges)

| | |
|---|---|
| PAST DUE AMOUNT | $0.00 |
| Current Payment | $85.00 |
| Total Min Payment Due | $85.00 |

FOR YOUR SATISFACTION EVERY HOUR, EVERY DAY

THIS DOCUMENT IS A COPY OF YOUR STATEMENT, IT IS FOR YOUR RECORDS ONLY AND IS NOT AN ORIGINAL BANK DOCUMENT. THIS COPY IS NOT AN EXACT DUPLICATE AND MAY NOT INCLUDE MESSAGES WHICH APPEAR ON THE IMPORTANT NEWS SECTION ON YOUR ORIGINAL PERIODIC STATEMENT.

PAGE 1 OF 1

MBNA000063





MBNA America

| ACCOUNT NUMBER | 5329 0119 5917 2909 |
|---|---|
| PAYMENT DUE DATE | NEW BALANCE TOTAL |
| 04/02/01 | $6,793.25 |
| TOTAL MINIMUM PAYMENT DUE | AMOUNT ENCLOSED |
| $255.00 | |

Make check
payable to:
MBNA AMERICA          04
P.O. BOX 15137
WILMINGTON, DE 19886-5137

CARDHOLDER SINCE 1997

JANET S HOEFS
15 RICE DR
WILBRAHAM     MA  01095-264115

S 0000000000000000000029569200035443200879325000255000005329011589172909
S 0004741310001290304000000000000000000879325000255000005329011950172909

| ACCOUNT NUMBER | CREDIT LINE | CASH OR CREDIT AVAILABLE | DAYS IN CYCLE | CLOSING DATE | TOTAL MINIMUM PAYMENT DUE | PAYMENT DUE DATE |
|---|---|---|---|---|---|---|
| 5329 0119 5917 2909 | $7,700 | | 28 | 03-02-01 | $255.00 | 04/02/01 |

| POSTING DATE | TRANS DATE | REFERENCE NUMBER | TYPE | TRANSACTIONS     MARCH 2001 STATEMENT | CHARGES | CREDITS (CR) |
|---|---|---|---|---|---|---|
| | | | | PURCHASES AND ADJUSTMENTS | | |
| 0302 | 0302 | 110000000000000 | MC C | LATE CHARGE FOR PMT DUE 03/01 | 29.00 | |
| | | | | TOTAL FOR BILLING CYCLE FROM 2/03/2001 THROUGH 3/02/2001 | $29.00 | $.00 |

OUR RECORDS SHOW YOUR ACCOUNT IS PAST DUE AND YOUR BALANCE EXCEEDS APPROVED CREDIT LIMITS

**IMPORTANT NEWS**   PERHAPS IT WAS AN OVERSIGHT, BUT WE HAVE NOT RECEIVED YOUR PAYMENT.  IF IT HAS BEEN MAILED, THANK YOU.  IF YOU NEED ASSISTANCE, PLEASE CALL 1-866-785-1666.

EXCLUSIVE FOR MBNA CUSTOMERS--30 COMMISSION-FREE INTERNET EQUITY TRADES WITH A NEW AMERITRADE ACCOUNT.  VISIT WWW.AMERITRADE.COM/MBNA/.  ENTER OFFER CODE RHK.

| SUMMARY OF TRANSACTIONS | | | | | | TOTAL MINIMUM PAYMENT DUE | |
|---|---|---|---|---|---|---|---|
| Previous Balance | – Payments and Credits | + Cash Advances | + Purchases &Adjustments | + Periodic Rate FINANCE CHARGES | + Transaction Fee FINANCE CHARGES | = New Balance Total | Past Due Amount |
| $6,697.28 | $0.00 | $0.00 | $29.00 | $66.97 | $0.00 | $6,793.25 | $170.00 |
| | | | | | | | Current Payment $85.00 |
| | | | | | | | Total Min Payment Due $255.00 |

| FINANCE CHARGE SCHEDULE Category | Periodic Rate | Corresponding Annual Percentage Rate | Balance Subject to Finance Charges | |
|---|---|---|---|---|
| A. BALANCE TRANSFER, CHECKS | .0273974 DLY | 10.00% | $0.00 | FOR YOUR SATISFACTION, EVERY HOUR, EVERY DAY |
| B. ATM, BANK | .0273974 DLY | 10.00% | $3,970.58 | • For our automated Direct Connect service, call 1-800-626-2566 |
| C. PURCHASES | .0273974 DLY | 10.00% | $4,759.97 | • To speak to one of our Customer Satisfaction representatives, call 1-800-421-2110 |
| D. OTHER BALANCES | .000000 DLY | 00.00% | $0.00 | • For TTDD (Telecommunications Device for the Deaf) assistance, call 1-800-546-3178 |

| FOR THIS BILLING PERIOD | | |
|---|---|---|
| ANNUAL PERCENTAGE RATE | 10.00% | |
| (Includes Periodic Rate And Transaction Fee Finance Charges) | | |

THIS DOCUMENT IS A COPY OF YOUR STATEMENT.  IT IS FOR YOUR RECORDS ONLY AND IS NOT AN OFFICIAL BANK DOCUMENT.  THIS COPY IS NOT AN EXACT DUPLICATE AND MAY NOT INCLUDE MESSAGES WHICH APPEAR IN THE IMPORTANT NEWS BLOCK ON YOUR ORIGINAL PERIODIC STATEMENT.

• Billing rights are preserved only in writing inquiry. Mail billing inquiries to:  MBNA AMERICA, P.O. BOX 15026
WILMINGTON, DE 19850-5026

PAGE 1 OF 1

AUG-31-2004 TUE 05:03 PM MBNA LAW          FAX NO. 3024320754          P. 31/36



MBNA000066





MBNA America

CARDHOLDER SINCE 1997

| ACCOUNT NUMBER | 5329 0119 5912 2909 |
| PAYMENT DUE DATE | NEW BALANCE TOTAL |
| 07/02/01 | $9,300.77 |
| TOTAL MINIMUM PAYMENT DUE | AMOUNT ENCLOSED |
| $763.00 | |

Make check
payable to:
MBNA AMERICA        04
P.O. BOX 15137
WILMINGTON, DE 19886-5137

JANET S WOEFS
15 RICE DR
WILBRAHAM    MA 01095-264115

| ACCOUNT NUMBER | CREDIT LINE | CASH OR CREDIT AVAILABLE | DAYS IN CYCLE | CLOSING DATE | TOTAL MINIMUM PAYMENT DUE | PAYMENT DUE DATE |
| 5329 0119 5912 2909 | $7,700 | $0.00 | 31 | 06-02-01 | $763.00 | 07/02/01 |

| POSTING DATE | TRANS DATE | REFERENCE NUMBER | TRANSACTIONS | JUNE 2001 STATEMENT | CHARGES | CREDITS (CR) |

PURCHASES AND ADJUSTMENTS
0602  0602   (DX)00000000000 MC G LATE CHARGE FOR PMT DUE 06/01     29.00
              TOTAL FOR BILLING CYCLE FROM 5/03/2001 THROUGH 6/02/2001    $29.00    $.00

OUR RECORDS SHOW YOUR ACCOUNT IS PAST DUE AND YOUR BALANCE EXCEEDS APPROVED CREDIT LIMITS

IMPORTANT NEWS    IT'S NEVER TOO LATE TO START REBUILDING YOUR FINANCIAL FUTURE.
CALL 1-866-766-1866 TO FIND OUT HOW TO REGAIN YOUR CHARGING PRIVILEGES.

| SUMMARY | Previous Balance | - Payments and Credits | + Cash Advances | + Purchases & Adjustments | + Periodic Rate FINANCE CHARGES | + Transaction Fee BALANCE CHARGES | = New Balance Total |
| | $9,092.61 | $0.00 | $0.00 | $29.00 | $179.16 | $0.00 | $9,300.77 |

| TOTAL MINIMUM PAYMENT DUE | |
| Past Due Amount | $554.00 |
| Current Payment | $209.00 |
| Total Min Payment Due | $763.00 |

| FINANCE CHARGE SCHEDULE Category | Periodic Rate | Corresponding Annual Percentage Rate | Balance Subject to Finance Charges |
| A. BALANCE TRANSFER CHECKS | .062958% DLY | 22.98% | $0.00 |
| B. ATM, BANK. | .062958% DLY | 22.98% | $4,134.48 |
| C. PURCHASES | .062958% DLY | 22.98% | $5,046.48 |
| D. OTHER BALANCES. | .000000% DLY | 00.00% | $0.00 |

FOR BILLING PERIOD
ANNUAL PERCENTAGE RATE        22.98%
(Includes Periodic Rate And Transaction Fee Finance Charges)

THIS DOCUMENT IS A COPY OF A STATEMENT. IT IS FOR YOUR RECORDS ONLY AND IS NOT AN OFFICIAL BANK DOCUMENT. THIS COPY IS NOT AN EXACT DUPLICATE AND MAY NOT INCLUDE MESSAGES WHICH APPEAR IN THE IMPORTANT NEWS BLOCK IN YOUR ORIGINAL PERIODIC STATEMENT.

PAGE 1 OF 1

FOR YOUR SATISFACTION, EVERY HOUR, EVERY DAY
• For an automated Direct Connect service, call
  1-800-526-9656
• To speak to one of our Customer Satisfaction representatives, call
  1-800-421-2110
• For TDD Communications Device for the Deaf) assistance, call
  1-800-345-5172
• Billing rights are preserved only by written inquiry. Mail billing inquiries to:
  MBNA AMERICA, P.O. BOX 15026
  WILMINGTON, DE 19850-5026

AUG-31-2004 TUE 05:04 PM MBNA LAW    FAX NO. 3024320754    P. 34/36



MBNA000069



MBNA America

ACCOUNT NUMBER
5329 0119 8917 2909

PAYMENT DUE DATE        NEW BALANCE TOTAL
10/01/01                $.00

TOTAL MINIMUM PAYMENT DUE    AMOUNT ENCLOSED
$.00

Mbna check
payable to:
MBNA AMERICA                04
P.O. BOX 15019
WILMINGTON, DE 19886-5019

CARDHOLDER SINCE 1997

JANET S HOEFS
P.O. BOX 18026
WILMINGTON     DEL 19850-264115

S 0000000000000000000043396800003544320000000000000000005329011959172909
S 0005363701002900000000000000000000000000000000005329011959172909

| ACCOUNT NUMBER | CREDIT LINE | CASH OR CREDIT AVAILABLE | DAYS IN CYCLE | CLOSING DATE | TOTAL MINIMUM PAYMENT DUE | PAYMENT DUE DATE |
|---|---|---|---|---|---|---|
| 5329 0119 8917 2909 | | | 33 | 09-04-01 | $.00 | 10/01/01 |

| POSTING DATE | TRANS DATE | REFERENCE NUMBER | TRANSACTIONS | SEPTEMBER 2001 STATEMENT | CHARGES | CREDITS (CR) |
|---|---|---|---|---|---|---|
| | | | PAYMENTS AND CREDITS | | | |
| 0830 | | NC | CHARGE-OFF ADJUSTMENT | | | 9,723.38 CR |
| | | | TOTAL FOR BILLING CYCLE FROM 8/03/2001 THROUGH 9/04/2001 | | $.00 | $9,723.38 CR |

**IMPORTANT NEWS**

SUMMARY OF TRANSACTIONS

| Previous Balance | – Payments and Credits | + Cash Advances | + Purchases &Adjustment | +Periodic Rate FINANCE CHARGES | +Transaction Fee FINANCE CHARGES | = New Balance Total | TOTAL MINIMUM PAYMENT DUE | |
|---|---|---|---|---|---|---|---|---|
| $9,723.38 | $9,723.38 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Past Due Amount | $0.00 |
| | | | | | | | Current Payment | $0.00 |
| | | | | | | | Total Min Payment Due | $0.00 |

FINANCE CHARGE SCHEDULE

| Category | Periodic Rate | Corresponding Annual Percentage Rate | Balance Subject to Finance Charge |
|---|---|---|---|
| A. BALANCE TRANSFER, CHECKS | .0000000% DLY | 00.00% | |
| B. ATM, BANK | .0000000% DLY | 00.00% | |
| C. PURCHASES | .0000000% DLY | 00.00% | |
| D. OTHER BALANCES | .0000000% DLY | 00.00% | $0.00 |

FOR THIS BILLING PERIOD
ANNUAL PERCENTAGE RATE ...     SEE ABOVE

THIS DOCUMENT IS A COPY OF YOUR STATEMENT. IT IS FOR YOUR RECORDS ONLY AND IS NOT AN OPTION AL BANK (S)P CURRENT. THIS COPY IS NOT AN EXACT DUPLICATE AND MAY NOT INCLUDE MESSAGES WHICH APPEAR IN THE IMPORTANT NEWS BLOCK ON YOUR ORIGINAL PERIODIC STATEMENT.

PAGE 1 OF 1

**FOR YOUR SATISFACTION, EVERY HOUR, EVERY DAY**
• For our automated Direct Connect service, call 1-800-826-2255
• To speak to one of our Customer Satisfaction representatives, call 1-800-421-2110
• For TDD (Telecommunications Device for the Deaf) assistance, call 1-800-848-9176
• Billing rights are preserved only by written inquiry. Mail billing inquiries to:

MBNA AMERICA  P.O. BOX 15026
WILMINGTON, DE 19850-5026