

MBNA000050