STATE OF DELAWARE)
County of New Castle)    ss.    AFFIDAVIT OF ASSIGNMENT

Affiant, a Personal Banking Officer of MBNA America Bank, N.A., duly deposes that he is authorized to make the statements and representations herein.
As reflected in the books and records of MBNA America Bank, N.A., there is the amount of $......... due and payable from............ account number ................ as of the 3rd day of April, 2002.

This account has been assigned, transferred and set over unto CACV of Colorado, LLC. by MBNA America Bank, N.A. on April 3, 2002.

Further, the affiant states that to the affiant's knowledge, information and belief there are no uncredited payments, just counterclaims or offsets against the said debt. MBNA America Bank N.A. has no further interest in said debt for any purpose. Additionally, the affiant states that to the affiant's knowledge, information and belief the amendment of terms and conditions for this account was mailed by MBNA in December, 1999.

DATED April 22, 2004.

By: _____
Stephen Fox, Personal Banking Officer

Subscribed and sworn to before me, April 22, 2004

_____
Notary Public

DAWN M. PEUGH
Notary Public - State of Delaware
My Commission Expires 12/12/06

MBNA 000073