✎ AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF  MASSACHUSETTS _____

| | |
|---|---|
| JANET S. HOEFS | **NOTICE** |
| V. | |
| CACV OF COLORADO, et al. | CASE NUMBER:   04-30015-MAP |

TYPE OF CASE:

☒   **CIVIL**            **CRIMINAL**

☐ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| 1550 Main Street | Courtroom Three |
| Springfield, Massachusetts 01103 | DATE AND TIME |
| | October 29, 2004, at 2:00 p.m. |

TYPE OF PROCEEDING

HEARING ON ALL PENDING MOTIONS

☒ **TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| Courtroom Three | | |

WILLIAM RUANE

U.S. MAGISTRATE JUDGE OR CLERK OF COURT

| | |
|---|---|
| October 18, 2004 | /s/ _Bethaney A. Healy_ |
| DATE | (BY) DEPUTY CLERK |

TO:      ALL  COUNSEL OF RECORD