# LAWSON & WEITZEN, LLP

ATTORNEYS AT LAW

88 BLACK FALCON AVENUE, SUITE 345
BOSTON, MASSACHUSETTS 02210-2414

**BOSTON**
TELEPHONE (617) 439-4990
TELECOPIER (617) 439-3987
EMAIL: POST@LAWSON-WEITZEN.COM
WWW.LAWSON-WEITZEN.COM

**CAPE COD**
LAWSON, WEITZEN & BANKERT, LLP
SIX GRANITE STATE COURT
BREWSTER, MASSACHUSETTS 02631
TELEPHONE (508) 255-3600

EVAN T. LAWSON
RICHARD B. WEITZEN *
PAMELA B. BANKERT
FRANK L. BRIDGES
IRA H. ZALEZNIK
JOHN J. WELTMAN ***
VALERIE L. PAWSON
GEORGE F. HAILER †
GEORGE E. CHRISTODOULO, PC
KENNETH B. GOULD
JOSEPH FRIEDMAN
JOHN A. TENNARO
WILLIAM F. COYNE, JR.
DAVID A. RICH *
DENNIS J. MANESIS ††

NATALIE A. KANELLIS †
PATRICIA L. FARNSWORTH
K. SCOTT GRIGGS
MICHAEL J. McDEVITT
MARTIN S. EBEL ††
STEVEN M. BUCKLEY
J. MARK DICKISON **
CLARE B. BURHOE
ROBERT J. ROUGHSEDGE †††
CAROLINE A. O'CONNELL *
JILL M. MORRISSEY
MARISSA A. GOLDBERG
MICHAEL WILLIAMS
KATHRYN E. PIECZARKA

October 21, 2004

**VIA FACSIMILE (413-785-0204)**
Bethaney Healey
Courtroom Clerk
U.S. District Court for the District of Massachusetts
Springfield Office
1550 Main Street
Springfield, MA 01103

Re: Hoefs v. CACV, et al., 04-30015-MAP

Dear Ms. Healey:

This firm represents defendant CACV of Colorado, LLC for the above-referenced matter. This letter serves as a formal request that the *Hearing On All Pending Motions* for the above-captioned case, currently scheduled for October 29, 2004 at 2:00 p.m., be rescheduled to November 9, 2004 at 2:00 p.m.

As reason for this continuance, defendant CACV's counsel state that they are unable to attend the hearing date, as originally scheduled, due to several conflicting matters. CACV's counsel has contacted counsel for all other parties (Christopher M. Lefebvre, Esq. for plaintiff and Richard L. Nahigian, Esq. for defendants Cambece), who state they are available to attend the hearing on November 9, 2004 at 2:00 p.m. As a result, no party will be prejudiced by this continuance. Please confirm whether the *Hearing On All Pending Motions* will be rescheduled.

Thank you for your cooperation.

Very Truly Yours,

Kathryn E. Pieczarka

cc: Christopher M. Lefebvre, Esq.
Richard L. Nahigian, Esq.

* ALSO ADMITTED IN NY
** ALSO ADMITTED IN NH
*** ALSO ADMITTED IN CA
† ALSO ADMITTED IN DC
†† ALSO ADMITTED IN NJ & PA
††† ALSO ADMITTED IN RI, CT, NH & ME
† ALSO ADMITTED IN NH & NY
†† ALSO ADMITTED IN MI