# UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS, SPRINGFIELD DIVISION

|  |  |
|---|---|
| JANET S. HOEFS, and ROBERT WINKWORTH, ) ) ) *Plaintiffs*, ) ) v. ) ) CACV of COLORADO, LLC, ) J.A. CAMBECE LAW OFFICE, P.C., ) J. ANTHONY CAMBECE, and ) COLLECT AMERICA, LTD., ) ) *Defendants*. ) ) | CASE NO. 04-30015-KPN |

## NOTICE OF APPEARANCE

Please enter the appearance of Kathryn E. Pieczarka as counsel for the defendant Collect America, Ltd.

                                                    Respectfully submitted,
                                                    Collect America, Ltd.
                                                    By its attorneys,

                                                    **/s/ Kathryn E. Pieczarka**
                                                    Evan T. Lawson (BBO# 289280)
                                                    Kathryn E. Pieczarka (BBO# 658785)
                                                    LAWSON & WEITZEN, LLP
                                                    88 Black Falcon Avenue, Suite 345
                                                    Boston, MA 02210
                                                    (617) 439-4990

**CERTIFICATE OF SERVICE**

I, Kathryn E. Pieczarka, certify that on **March 16, 2005** a copy of the foregoing NOTICE OF APPEARANCE was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                    **/s/ Kathryn E. Pieczarka**
                                                    Kathryn E. Pieczarka