# UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS, SPRINGFIELD DIVISION

| | |
|---|---|
| JANET S. HOEFS, and ROBERT WINKWORTH, )<br><br>*Plaintiffs*, )<br><br>v. )<br><br>CACV of COLORADO, LLC, )<br>J.A. CAMBECE LAW OFFICE, P.C., )<br>J. ANTHONY CAMBECE, and )<br>COLLECT AMERICA, LTD., )<br><br>*Defendants*. ) | CASE NO. 04-30015-KPN |

## DEFENDANT COLLECT AMERICA, LTD.'S MOTION TO DISMISS

Defendant Collect America, Ltd. hereby moves to dismiss plaintiffs' Second Amended Complaint against it because this Court has no jurisdiction over Collect America and the Second Amended Complaint fails to state a claim against Collect America upon which relief can be granted. In support of this motion, Collect America submits a memorandum of law to follow.

WHEREFORE, the Court should dismiss the Second Amended Complaint against Collect America.

                                                Respectfully submitted,
                                                Collect America, Ltd.
                                                By its attorneys,

                                            **/s/ Kathryn E. Pieczarka**
                                                Evan T. Lawson (BBO# 289280)
                                                Kathryn E. Pieczarka (BBO# 658785)
                                                LAWSON & WEITZEN, LLP
                                                88 Black Falcon Avenue, Suite 345
                                                Boston, MA 02210
                                                (617) 439-4990

**CERTIFICATE OF SERVICE**

  I, Kathryn E. Pieczarka, certify that on **March 16, 2005** a copy of the foregoing DEFENDANT COLLECT AMERICA, LTD.'S MOTION TO DISMISS was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                  /s/ **Kathryn E. Pieczarka**
                  Kathryn E. Pieczarka