# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
SPRINGFIELD DIVISION

| | |
|---|---|
| JANET S. HOEFS, and ) | |
| ROBERT WINKWORTH, ) | |
| ) | |
| Plaintiffs, ) | 04-CV-30015-KPN |
| ) | |
| v. ) | |
| ) | |
| CACV OF COLORADO, LLC, ) | |
| J.A. CAMBECE LAW OFFICE, P.C., ) | |
| J. ANTHONY CAMBECE, and ) | |
| COLLECT AMERICA, LTD., ) | |
| ) | |
| Defendants. ) | |

## SECOND AMENDED COMPLAINT - CLASS ACTION

## MATTERS COMMON TO MULTIPLE CLAIMS

### INTRODUCTION

1.   Plaintiff brings this action to secure redress against unlawful credit and collection practices engaged in by defendant CACV of Colorado, LLC, ("CACV"), J.A. Cambece Law Office, P.C. ("Cambece, P.C.") and J. Anthony Cambece ("Cambece"). Plaintiff alleges violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 et seq. ("FDCPA").

### JURISDICTION AND VENUE

2.   This Court has jurisdiction under 28 U.S.C. §§ 1331, 1337 and 1367 and 15 U.S.C. § 1692k (Fair Debt Collection Practices Act). Venue is proper in this district because defendants Cambece, P.C. and Cambece are located within the district. Venue is also proper because the collection letter complained of was received within the District.

1

## **PARTIES**

3. Plaintiff Janet S. Hoefs is an individual who resides in Massachusetts.

4. Plaintiff Robert Winkworth is an individual who resides in New York.

5. Defendant CACV of Colorado, LLC is a limited liability company chartered under the law of Colorado with its principal offices at 1999 Broadway, Suite 2150, Denver, Colorado 80202.

6. CACV of Colorado, LLC is engaged in the business of purchasing defaulted consumer debts for a few cents on the dollar and attempting to collect them. It is a "debt collector" as defined in the FDCPA.

7. Defendant Cambece P.C. is a Massachusetts corporation with its principal place of business at 8 Bourbon Street, Peabody, MA 01960.

8. Cambece P.C. is engaged in the business of collecting defaulted consumer debts originally owed to others. It is a "debt collector" as defined in the FDCPA.

9. Defendant Cambece is a collection lawyer. He is the sole officer and owner of Cambece PC. He is a "debt collector" as defined in the FDCPA.

10. Defendant Collect America, Ltd. is a corporation incorporated under the laws of Delaware with its principal offices at 370 17th Street, Suite 5000, Denver, Colorado 80202. Its registered agent is Lowery P. Scott, 370 17th Street, Suite 5000, Denver, Colorado 80202-5622.

11. Defendant Collect America is the parent company of CACV of Colorado, LLC. Collect America is also the servicing agent of CACV.

12. Defendant Collect America locates collection attorneys for CACV and otherwise assists CACV in its debt collection activities. It is a "debt collector" as defined in the

FDCPA.

## FACTS

13. On or about February 21, 2003, defendant Cambece, P.C. sent plaintiff Hoefs the collection letter attached as Exhibit A, seeking to collect a credit card debt originally owed to MBNA and incurred for personal, family or household purposes. Plaintiff Hoefs received it shortly thereafter.

14. On or about December 18, 2003, defendant Cambece, P.C. sent plaintiff Winkworth the collection letter attached as Exhibit B, seeking to collect a credit card debt originally owed to Fleet Bank and incurred for personal, family or household purposes. Plaintiff Winkworth received it shortly thereafter.

15. CACV is an entity that owns and holds consumer bad debts.

16. Collect America, Ltd. seeks the services of collection firms on behalf of CACV to collect the bad debts CACV owns and holds. CACV receives all of the benefits of the Collect America, Ltd.'s work.

17. Collect America, Ltd. selected Cambece, P.C. to collect plaintiffs debts. Collect America, Ltd. advised CACV of its decision to select Cambece, P.C. to collect plaintiffs debts. CACV retained Cambece, P.C. to collect plaintiffs debts.

18. According to Exhibits A and B, the letter was sent on behalf of CACV, which owned the debt and hired J.A. Cambece Law Offices, P.C. to collect it.

19. Exhibits A and B have facsimile signatures of Mr. Cambece.

20. Defendant Cambece approved the form of the letter.

21. On information and belief, based on prior decisions involving the Collect

America (CACV) organization and its business methods, no lawyer reviewed any file before <u>Exhibits A and B</u> were sent to plaintiffs. <u>See</u> <u>In re Zenner</u>, 348 S.C. 499, 560 S.E.2d 406 (2002).

## COUNT I - FDCPA

22. Plaintiffs incorporate ¶¶ 1-21.

23. The sending of a letter purporting to come from an attorney without any real professional involvement by an attorney violates the FDCPA as constituting a "false, deceptive, or misleading representation or means in connection with the collection of any debt" (§1692e), a false representation that a communication is "from" an attorney (§1692e(2)(A)), and "use of any false representation or deceptive means to collect or attempt to collect any debt or to obtain information concerning a consumer" (§1692e(10)).

24. <u>Exhibits A and B</u> also violates the FDCPA in that it requires a dispute to be in writing, although nothing in 15 U.S.C. §1692g(a)(3) imposes that requirement.

25. Cambece approved the sending of letters containing this violation.

26. CACV of Colorado, LLC, and Collect America, Ltd. as debt collectors and the principals of Cambece, P.C. are liable for the violations.

## CLASS ALLEGATIONS

27. Plaintiffs bring this claim on behalf of a class. The class consists of (a) all natural persons (b) who were sent an initial demand letter in the form represented by <u>Exhibits A and B</u> by Cambece P.C., (c) seeking to collect a debt allegedly owned by CACV (d) on or after a date one year prior to the filing of this action and prior to a date 20 days after the filing of this action.

28. The class is so numerous that joinder is impracticable. On information and belief, there are more than 50 members of the class.

29. There are questions of law and fact common to the members of the class, which common questions predominate over any questions that affect only individual class members. The predominant common question is whether <u>Exhibits A and B</u> violate the FDCPA.

30. Plaintiffs' claims are typical of the claims of the class members. All are based on the same factual and legal theories.

31. Plaintiffs will fairly and adequately represent the interests of the class members. Plaintiffs have retained counsel experienced in consumer credit and debt collection abuse cases.

32. A class action is superior to other alternative methods of adjudicating this dispute. Individual cases are not economically feasible.

WHEREFORE, plaintiffs request that the Court enter judgment in favor of plaintiffs and the class and against defendants for:

    (a) Statutory damages;

    (b) Attorney's fees, litigation expenses and costs of suit;

    (c) Such other or further relief as the Court deems proper.

### COUNT II -- ch. 93A CLAIM

33. Plaintiffs incorporates ¶¶ 1-21.

34. Defendant Cambece, P.C. engaged in unfair and deceptive acts and practices, in violation of Mass. G.L., ch. 93A, §9, by:

    a. Imposing a writing requirement to dispute an alleged debt, although nothing under 15 U.S.C. §1692g(a)(3) imposes that requirement.

    b. Allowing letters to be sent on attorney letterhead when no attorney

5

had become professionally involved, in violation of 15 U.S.C. §§1692e, 1692e(2)(A) and 1692e(10);

  c. Thereby violating the Fair Debt Collection Practices Act.

35. Defendants CACV, and Collect America, Ltd., debt collectors, are vicariously liable for this violation.

36. An appropriate demand for relief has been made not less than 30 days before addition of this claim.

## CLASS ALLEGATIONS

37. Plaintiffs bring this claim on behalf of a class, consisting of (a) all natural persons (b) who were sent an initial demand letter in the form represented by <u>Exhibits A and B</u> by Cambece, P.C., (c) seeking to collect a debt allegedly owned by CACV, (d) on or after a date 4 years prior to the filing of this action, (E) and prior to 20 days after the filing of this action.

38. The class is so numerous that joinder is impracticable. On information and belief, there are more than 50 members of the class.

39. There are questions of law and fact common to the members of the class, which common questions predominate over any questions that affect only individual class members. The predominant common question is whether <u>Exhibits A and B</u> violate the FDCPA and thus Ch. 93A.

40. The only individual questions concern the identification of class members and the computation of the relief to be afforded each class member and can be determined by a ministerial examination of the relevant files.

41. Plaintiffs' claims are typical of the claims of the class members. All are

6

based on the same factual and legal theories.

42. Plaintiffs will fairly and adequately represent the interests of the class members. Plaintiffs have retained counsel experienced in consumer credit and debt collection abuse cases.

43. A class action is superior to other alternative methods of adjudicating this dispute. Individual cases are not economically feasible.

WHEREFORE, plaintiffs request that the Court enter judgment in favor of plaintiffs and the class and against defendants for:

    a. Statutory damages;

    b. Attorney's fees, litigation expenses and costs of suit;

    c. Such other or further relief as the Court deems proper.

*Christopher Lefebvre* (CML)
Christopher M. Lefebvre
CLAUDE LEFEBVRE, P.C.
Two Dexter Street
Pawtucket, RI 02860
(401) 728-6060
(401) 728-6534 (FAX)
B.B.O. # 629056

Daniel A. Edelman
Heather Piccirilli
EDELMAN, COMBS, LATTURNER
   & GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

## JURY DEMAND

Plaintiffs demand trial by jury.

/s/ Christopher M. Lefebvre (CML)
Christopher M. Lefebvre

i:\case\collect10.157\pleading\amd cmplt.wpd

# EXHIBIT A

# CAMBECE LAW OFFICE, P.C.
## ATTORNEYS AT LAW

8 BOURBON STREET  
PEABODY, MASSACHUSETTS 01960

PEABODY  
Tel. (800) 577-2230  
Fax (978) 535-7070  
www.cambece.com  
c.cambecelaw@cambecelaw.com

02/21/03

JANET S HOEFS  
15 RICE DR  
WILBRAHAM MA 01095-2641

RE: Creditor:              CACV OF COLORADO, LLC  
    Your Account Number:   12373024010903551  
    Original Creditor:     MBNA  
    Original Account Number: 5329011999226251  
    Amount Owed:           $9,723.38  
    Interest:              $3,097.16  
    Total:                 $12,820.54

Dear JANET S HOEFS,

This office represents the above-named client, CACV OF COLORADO, LLC, who has placed the above-referenced matter for collection. This is a demand for payment because you have had ample time to pay your creditor. Sometimes we can arrange temporary installment payments but you must contact this office for arrangements.

## NOTICE OF IMPORTANT RIGHTS

UNLESS YOU, THE CONSUMER, WITHIN THIRTY DAYS AFTER RECEIPT OF THIS NOTICE, DISPUTE THE VALIDITY OF THE DEBT, OR ANY PORTION THEREOF, THIS OFFICE WILL ASSUME THIS DEBT IS VALID. IF YOU, THE CONSUMER, NOTIFY US IN WRITING WITHIN THE THIRTY-DAY PERIOD THAT THE DEBT, OR ANY PORTION THEREOF, IS DISPUTED, WE WILL OBTAIN VERIFICATION OF THE DEBT OR A COPY OF A JUDGEMENT AGAINST YOU, THE CONSUMER, AND A COPY OF SUCH VERIFICATION OR JUDGEMENT WILL BE MAILED TO YOU BY OUR OFFICE. UPON YOUR WRITTEN REQUEST WITHIN THE THIRTY-DAY PERIOD, WE WILL PROVIDE YOU WITH THE NAME AND ADDRESS OF THE ORIGINAL CREDITOR, IF DIFFERENT FROM THE CURRENT CREDITOR. IF YOU NOTIFY OUR OFFICE IN WRITING TO CEASE CONTACT BY TELEPHONE AT YOUR PLACE OF EMPLOYMENT, NO FURTHER SUCH CONTACT WILL BE MADE.

Please call our office toll free at 1-800-577-2230.

*[signature]*  
Attorney at Law

This communication is from a debt collector, and is an attempt to collect a debt. Any information obtained will be used for that purpose.

As required by law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations.

# EXHIBIT B

# J. A. CAMBECE LAW OFFICE, P.C.
ATTORNEYS AT LAW

8 BOURBON STREET
PEABODY, MASSACHUSETTS 01960

PEABODY
Tel. (888) 535-6161
Fax. (978) 535-7070
www.cambecelaw.com
c.cambecelaw@cambecelaw.com

18-DEC-03

9813174/12789024031204522/0021   (#24)   07782
ROBERT WINKWORTH
335 MAIN ST
STATEN ISLAND, NY 10307

cls
1/20/04

RE:  CREDITOR:                    CACV of Colorado, LLC
     YOUR ACCOUNT NUMBER:         12789024031204522
     ORIGINAL CREDITOR:           FLEET BANK
     ORIGINAL ACCOUNT NUMBER:     5420968444239932
     TOTAL:                       $4,918.71

DEAR ROBERT WINKWORTH:

This office has been retained to collect the debt owed by you to CACV of Colorado, LLC. This is a demand for payment because you have had ample time to pay your creditor. Sometimes we can arrange temporary installment payments for you with our client, but you must contact this office for arrangements.

## NOTICE OF IMPORTANT RIGHTS

UNLESS YOU, THE CONSUMER, WITHIN THIRTY DAYS AFTER RECEIPT OF THIS NOTICE, DISPUTE THE VALIDITY OF THE DEBT, OR ANY PORTION THEREOF, THIS OFFICE WILL ASSUME THIS DEBT IS VALID. IF YOU, THE CONSUMER, NOTIFY US IN WRITING WITHIN THE THIRTY-DAY PERIOD THAT THE DEBT, OR ANY PORTION THEREOF, IS DISPUTED, WE WILL OBTAIN VERIFICATION OF THE DEBT OR A COPY OF A JUDGEMENT AGAINST YOU, THE CONSUMER, AND A COPY OF SUCH VERIFICATION OR JUDGEMENT WILL BE MAILED TO YOU BY OUR OFFICE. UPON YOUR WRITTEN REQUEST WITHIN THE THIRTY-DAY PERIOD, WE WILL PROVIDE YOU WITH THE NAME AND ADDRESS OF THE ORIGINAL CREDITOR, IF DIFFERENT FROM THE CURRENT CREDITOR. IF YOU NOTIFY OUR OFFICE IN WRITING TO CEASE CONTACT BY TELEPHONE AT YOUR PLACE OF EMPLOYMENT, NO FURTHER SUCH CONTACT WILL BE MADE.

Please call our office toll free at 1-888-535-6161.

J. A. Cambece
Attorney at Law

This communication is from a debt collector, and is an attempt to collect a debt. Any information obtained will be used for that purpose.
As required by law, you are hereby notified that this firm's client may submit a negative credit report reflecting on your credit record to a credit reporting agency if you fail to fulfill the terms of your credit obligations.

A24-DM1P