UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

JANET S. HOEFS,                  )
        Plaintiff               )
                                 )
                v.               )   C.A. NO. 04-30015-MAP
                                 )
CACV OF COLORADO, LLC, ET AL,)
        Defendants              )

MEMORANDUM AND ORDER REGARDING
REPORT AND RECOMMENDATION WITH REGARD TO
DEFENDANTS' MOTIONS TO COMPEL ARBITRATION
(Docket Nos. 59, 27 & 31)

March 24, 2005

PONSOR, D.J.

On February 25, 2005, Magistrate Judge Kenneth P. Neiman issued his Report and Recommendation, to the effect that the defendants' Motions to Compel Arbitration be allowed. No objection to this Report and Recommendation has been filed by the plaintiff in accordance with Rule 3(b) of the Rules for United States Magistrates in the United States District Court for the District of Massachusetts. Moreover, Magistrate Judge Neiman's recommendation is well supported by the facts of this case and the applicable law.

For this reason, the Report and Recommendation of Magistrate Judge Kenneth P. Neiman dated February 25, 2005, upon de novo review, is hereby ADOPTED. The defendants' Motions to Compel (Docket Nos. 27 and 31) are hereby ALLOWED. A separate order will address further proceedings

in this case related to a recently added plaintiff and defendant.

It is So Ordered.


/s/ Michael A. Ponsor
MICHAEL A. PONSOR
U. S. District Judge