UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
JANET S. HOEFS,               )
        Plaintiff             )
                              )
             v.               )  C.A. NO. 04-30015-MAP
                              )
CACV OF COLORADO, LLC, ET AL,)
        Defendants            )
```

SCHEDULING ORDER

March 24, 2005

PONSOR, D.J.

   The court has this day adopted the Report and Recommendation of Magistrate Judge Kenneth P. Neiman and allowed the defendants' Motions to Compel Arbitration. The case remains viable, however, because of the existence of a recently added plaintiff, Robert Winkworth and a new defendant, Collect America, LTD. In accordance with Magistrate Judge Neiman's order of February 25, 2005, the plaintiff will file a supplemental memorandum re: venue no later than April 8, 2005. Defendants will respond by April 22, 2005. It would appear, at a minimum, that this case belongs in the Eastern Division, given the locations of the now-existing parties.

   It is So Ordered.

                                      /s/ Michael A. Ponsor
                                      MICHAEL A. PONSOR
                                      U. S. District Judge