IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| JANET S. HOEFS, <br> ROBERT WINKWORTH, | ) <br> ) <br> ) | |
| Plaintiffs, | ) <br> ) <br> ) | 04-CV-30015-MAP |
| v. | ) <br> ) | |
| CACV OF COLORADO, LLC, <br> J.A. CAMBECE LAW OFFICE, P.C., <br> J. ANTHONY CAMBECE, and <br> COLLECT AMERICA, LTD., | ) <br> ) <br> ) <br> ) <br> ) | |
| Defendants. | ) | |

**PLAINTIFFS' MOTION FOR LEAVE TO
FILE A THIRD AMENDED COMPLAINT, *INSTANTER***

Plaintiffs, Janet Hoefs and Robert Winkworth, respectfully request pursuant to Fed.R.Civ.P. 15, leave of this Court to file their third amended complaint, *instanter*. In support thereof, plaintiffs state:

1. Plaintiffs brought this action against Defendants CACV of Colorado, LLC, ("CACV"), J.A. Cambece Law Office, P.C. and J. Anthony Cambece, and Collect America, Ltd. to recover damages for improper collection practices, in violation of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 et seq. ("FDCPA") and Mass. G.L., ch. 93A.

2. Collect America, Ltd. recently filed a motion to dismiss in non-compliance with Local Rule 7.1(a)(2), in that it did not contact plaintiffs' counsel prior to filing its motion and did not submit a certification that such practice had been complied with. Plaintiffs bring this motion in response to Collect America's motion to dismiss.

1

3. The third amended complaint contains ample facts showing jurisdiction exists such that Collect America should not be able to move to dismiss on that basis again.

4. Leave to amend a party's pleading "shall be freely given when justice so requires." Fed.R.Civ.P. 15(a); Foman v. Davis, 371 U.S. 178, 83 S.Ct. 227 (1962).

5. A copy of the proposed third amended complaint is attached hereto as Appendix A.

WHEREFORE, plaintiffs Janet Hoefs and Robert Winkworth respectfully request, pursuant to Fed. R. Civ. P. 15 that the Court grant them leave to file a third amended complaint, *instanter*, in response to Collect America's motion to dismiss.

Respectfully submitted,

Christopher Lefebvre (HSP)
Christopher M. Lefebvre
CLAUDE LEFEBVRE, P.C.
P.O. Box 479
Pawtucket, RI 02862
(401) 728-6060
(401) 728-6534 (FAX)
Mass. BBO No. 629056

Daniel A. Edelman
Heather Piccirilli
EDELMAN, COMBS, LATTURNER
    & GOODWIN, LLC
120 S. LaSalle Street, 18th floor
Chicago, IL 60603
(312) 739-4200
(312) 419-0379 (FAX)

## RULE 7.1 CERTIFICATION

I hereby certify that I have attempted to confer in good faith with counsel for Collect America regarding the issues raised in this Motion, and they do not assent to this motion.

*Heather Piccirilli*
Heather Piccirilli

## CERTIFICATE OF SERVICE

I, Heather Piccirilli, hereby certify that on March 29, 2005, I caused a copy of the foregoing document to be served by United States Mail and Facsimile upon the parties listed below.

Evan Lawson
Kathryn E. Pieczarka
LAWSON & WEITZEN, LLP
88 Black Falcon Avenue, Suite 345
Boston, MA 02210
617-439-3987 (FAX)

Richard L. Nehigian
Mary Morrissey Sullivan
PEABODY & ARNOLD, LLP
30 Rowes Wharf
Boston, MA 02110
617-235-3564 (FAX)

_____
Heather Piccirilli

# APPENDIX A