IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| JANET S. HOEFS, and ROBERT WINKWORTH, | ) ) ) | |
| Plaintiffs, | ) ) | 04-CV-30015-KPN |
| v. | ) ) ) | |
| CACV OF COLORADO, LLC, J.A. CAMBECE LAW OFFICE, P.C., J. ANTHONY CAMBECE, and COLLECT AMERICA, LTD., | ) ) ) ) ) | |
| Defendants. | ) | |

## THIRD AMENDED COMPLAINT - CLASS ACTION

## MATTERS COMMON TO MULTIPLE CLAIMS

### INTRODUCTION

1. Plaintiffs bring this action to secure redress against unlawful credit and collection practices engaged in by defendants CACV of Colorado, LLC, ("CACV"), Collect America, Ltd. ("Collect America"), J.A. Cambece Law Office, P.C. ("Cambece, P.C."), and J. Anthony Cambece ("Cambece"). Plaintiffs allege violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 et seq. ("FDCPA").

### JURISDICTION AND VENUE

2. This Court has jurisdiction under 28 U.S.C. §§ 1331, 1337 and 1367 and 15 U.S.C. § 1692k (Fair Debt Collection Practices Act).

3. Venue and personal jurisdiction are proper in this district because defendants Cambece, P.C. and Cambece are located within the district, and because the other defendants

1

contracted with Cambece, P.C. and/or Cambece. All of the claims involve collection activities carried out pursuant to such contract. Venue is also proper because one of the collection letters complained of was received within the District.

## PARTIES

4. Plaintiff Janet S. Hoefs is an individual who resides in Massachusetts[1].

5. Plaintiff Robert Winkworth is an individual who resides in New York.

6. Defendant CACV of Colorado, LLC is a limited liability company chartered under the law of Colorado with its principal offices in Denver, Colorado 80202.

7. Defendant Collect America, Ltd. is a corporation incorporated under the laws of Delaware with its principal offices in Denver, Colorado.

8. Defendant Collect America is the parent company of CACV of Colorado, LLC, owning 100% of its equity.

9. Both CACV of Colorado, LLC and Collect America, Ltd. are engaged in the business of purchasing charged-off consumer debts for a few cents on the dollar and attempting to collect them.

10. On information and belief, based on industry statistics and practices, CACV and Collect America pay less than 10 cents on the dollar for the charged-off debts.

11. Both CACV of Colorado, LLC and Collect America, Ltd. are "debt collectors" as defined in the FDCPA.

12. Defendant Cambece P.C. is a Massachusetts corporation with its principal

---

[1] Plaintiffs do not contest that Ms. Hoefs has been compelled to arbitrate against CACV of Colorado, LLC, J.A. Cambece Law Office, P.C. and J. Anthony Cambece.

2

place of business at 8 Bourbon Street, Peabody, MA 01960.

13. Cambece P.C. is engaged in the business of collecting charged-off consumer debts originally owed to others. It is a "debt collector" as defined in the FDCPA.

14. Defendant Cambece is a collection lawyer. He is the sole officer and owner of Cambece PC. He is a "debt collector" as defined in the FDCPA.

## RELATIONSHIP BETWEEN PARTIES

15. Collect America, Ltd. arranges for the purchase of charged-off consumer debts.

16. The charged-off consumer debts are held in the name of CACV.

17. Collect America is also the servicing agent of CACV. As such, it has general authority to hire attorneys on behalf of CACV and take any and all action to collect the debts it has placed in the name of CACV.

18. The principal officer of CACV ("manager") is P. Scott Lowery.

19. The president and chief executive officer of Collect America is also Lowery.

20. CACV of Colorado, LLC and Collect America, Ltd. have arranged their affairs so that the net worth of the enterprise is largely in Collect America, Ltd. On information and belief, this was done to minimize exposure for FDCPA and similar liability.

21. Because Collect America both has the power to direct the actions of CACV and is its servicing agent, and the two companies have the same executive officer, there is effectively no distinction between Collect America and CACV. They form a single economic enterprise.

22. Collect America has stated in pleadings that "Collect America through its wholly owned subsidiary owns the underlying debt . . . ."

23. Defendant Collect America (a) locates collection attorneys for CACV, (b) retains them on its behalf, (c) directs the manner in which the debts are collected, and (d) otherwise assists CACV in its debt collection activities. It is a "debt collector" as defined in the FDCPA.

24. Collect America had CACV hire Cambece, P.C. to collect plaintiffs' debts.

25. On information and belief, Collect America requires attorneys such as Cambece and their staffs to undergo training at corporate headquarters in Denver. Collect America subsequently conducts regional and national meetings each year for further instruction and training.

26. On information and belief, there is a Collect America Operations and Training Manual, to which attorneys such as Cambece and Cambece P.C. agree to strictly adhere.

27. On information and belief, Collect America has standard debt collection software, which it requires attorneys such as Cambece and Cambece P.C. to use. The software is known as STARS. Debts are placed with attorneys such as Cambece via this program.

28. On information and belief, Collect America has the right to and does inspect the collection activities of attorneys such as Cambece and Cambece P.C. via the computer program.

29. Collect America, Ltd. has stated in pleadings that "As the servicing agent

of CACV, Collect America is responsible for CACV's debt placement."

30. Among the things Collect America does as "servicing agent" of CACV is file all of its bankruptcy claims in Massachusetts and elsewhere. Collect America is on the list of registered users of the District of Massachusetts Bankruptcy Court ECF system. CACV is not on the system.

31. Pursuant to the arrangements Collect America made between CACV and Cambece, P.C., defendant Cambece, P.C. sent each of the plaintiffs the letters at issue in this action.

32. CACV and Collect America, as debt collectors and the principals of Cambece, P.C. are liable for the violations.

33. Pursuant to the relationship arranged by Collect America with Cambece, over 400 lawsuits have been filed in Massachusetts and hundreds of judgments obtained.

34. While most of the lawsuits are in the name of CACV, at least one was in the name of Collect America. (Exhibit C)

35. In addition to suing Massachusetts residents, Cambece sends thousands of "attorney letters" to consumers in Massachusetts and other states. On information and belief, these letters are sent from Massachusetts. These attorney letters are merely devices to intimidate and threaten, and are sent without actual attorney involvement.

## FACTS RELATING TO PLAINTIFFS

36. On or about February 21, 2003, defendant Cambece, P.C. sent plaintiff Hoefs the collection letter attached as Exhibit A, seeking to collect a credit card debt originally owed to MBNA and incurred for personal, family or household purposes. Plaintiff Hoefs received it shortly

thereafter.

37. On or about December 18, 2003, defendant Cambece, P.C. sent plaintiff Winkworth the collection letter attached as <u>Exhibit B</u>, seeking to collect a credit card debt originally owed to Fleet Bank and incurred for personal, family or household purposes. Plaintiff Winkworth received it shortly thereafter.

38. According to <u>Exhibits A and B</u>, the letter was sent on behalf of CACV, which owned the debt and hired J.A. Cambece Law Offices, P.C. to collect it.

39. <u>Exhibits A and B</u> have facsimile signatures of Mr. Cambece.

40. Defendant Cambece approved the form of the letter.

41. On information and belief, based on prior decisions involving the Collect America/CACV organization and its business methods, no lawyer reviewed any file before <u>Exhibits A and B</u> were sent to plaintiffs. See <u>In re Zenner</u>, 348 S.C. 499, 560 S.E.2d 406 (2002).

## COUNT 1 - FDCPA

42. Plaintiffs incorporate ¶¶ 1-41.

43. The sending of a letter purporting to come from an attorney without any real professional involvement by an attorney violates the FDCPA as constituting a "false, deceptive, or misleading representation or means in connection with the collection of any debt" (§1692e), a false representation that a communication is "from" an attorney (§1692e(2)(A)), and "use of any false representation or deceptive means to collect or attempt to collect any debt or to obtain information concerning a consumer" (§1692e(10)).

44. <u>Exhibits A and B</u> also violate the FDCPA in that they require a dispute to be in writing, although nothing in 15 U.S.C. §1692g(a)(3) imposes that requirement.

45. Cambece approved the sending of letters containing this violation.

46. CACV of Colorado, LLC, and Collect America, Ltd. as debt collectors and the principals of Cambece, P.C. are liable for the violations.

## CLASS ALLEGATIONS

47. Plaintiffs bring this claim on behalf of a class. The class consists of (a) all natural persons (b) who were sent an initial demand letter in the form represented by <u>Exhibits A and B</u> by Cambece P.C., (c) seeking to collect a debt allegedly owned by CACV (d) on or after a date one year prior to the filing of this action and prior to a date 20 days after the filing of this action.

48. The class is so numerous that joinder is impracticable. On information and belief, there are more than 50 members of the class.

49. There are questions of law and fact common to the members of the class, which common questions predominate over any questions that affect only individual class members. The predominant common question is whether <u>Exhibits A and B</u> violate the FDCPA.

50. Plaintiffs' claims are typical of the claims of the class members. All are based on the same factual and legal theories.

51. Plaintiffs will fairly and adequately represent the interests of the class members. Plaintiffs have retained counsel experienced in consumer credit and debt collection abuse cases.

52. A class action is superior to other alternative methods of adjudicating this dispute. Individual cases are not economically feasible.

WHEREFORE, plaintiffs request that the Court enter judgment in favor of plaintiffs

7

and the class and against defendants for:

      (a)    Statutory damages;

      (b)    Attorney's fees, litigation expenses and costs of suit;

      (c)    Such other or further relief as the Court deems proper.

## COUNT II -- ch. 93A CLAIM

53. Plaintiffs incorporate ¶¶ 1-52.

54. Defendant Cambece, P.C. engaged in unfair and deceptive acts and practices, in violation of Mass. G.L., ch. 93A, §9, by:

      a.    Imposing a writing requirement to dispute an alleged debt, although nothing under 15 U.S.C. §1692g(a)(3) imposes that requirement.

      b.    Allowing letters to be sent on attorney letterhead when no attorney had become professionally involved, in violation of 15 U.S.C. §§1692e, 1692e(2)(A) and 1692e(10);

      c.    Thereby violating the Fair Debt Collection Practices Act.

55. Defendants CACV, and Collect America, Ltd., as debt collectors and the principals of Cambece and Cambece P.C., are vicariously liable for this violation.

56. An appropriate demand for relief has been made not less than 30 days before addition of this claim.

## CLASS ALLEGATIONS

57. Plaintiffs bring this claim on behalf of a class, consisting of (a) all natural persons (b) who were sent an initial demand letter in the form represented by <u>Exhibits A and B</u> by Cambece, P.C., (c) seeking to collect a debt allegedly owned by CACV, (d) on or after a date

4 years prior to the filing of this action, (e) and prior to 20 days after the filing of this action.

58. The class is so numerous that joinder is impracticable. On information and belief, there are more than 50 members of the class.

59. There are questions of law and fact common to the members of the class, which common questions predominate over any questions that affect only individual class members. The predominant common question is whether Exhibits A and B violate the FDCPA and thus Ch. 93A.

60. The only individual questions concern the identification of class members and the computation of the relief to be afforded each class member and can be determined by a ministerial examination of the relevant files.

61. Plaintiffs' claims are typical of the claims of the class members. All are based on the same factual and legal theories.

62. Plaintiffs will fairly and adequately represent the interests of the class members. Plaintiffs have retained counsel experienced in consumer credit and debt collection abuse cases.

63. A class action is superior to other alternative methods of adjudicating this dispute. Individual cases are not economically feasible.

WHEREFORE, plaintiffs request that the Court enter judgment in favor of plaintiffs and the class and against defendants for:

    a. Statutory damages;

    b. Attorney's fees, litigation expenses and costs of suit;

    c. Such other or further relief as the Court deems proper.

*Christopher Lefebvre* (TAP)
Christopher M. Lefebvre
CLAUDE LEFEBVRE, P.C.
Two Dexter Street
Pawtucket, RI 02860
(401) 728-6060
(401) 728-6534 (FAX)
B.B.O. # 629056

Daniel A. Edelman
Heather Piccirilli
EDELMAN, COMBS, LATTURNER
 & GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

## JURY DEMAND

Plaintiffs demand trial by jury.

*Christopher Lefebvre* (TAP)
Christopher M. Lefebvre

i:\case\cacv-hoefs10.157\pleading\3d amd cmplt.wpd

# EXHIBIT A

# CAMBECE LAW OFFICE, P.C.
ATTORNEYS AT LAW

8 BOURBON STREET
PEABODY, MASSACHUSETTS 01960

PEABODY
Tel. (800) 577-2230
Fax (978) 535-7070
www.cambece.com
c.cambecelaw@cambecelaw.com

02/21/03

JANET S HOEFS
15 RICE DR
WILBRAHAM MA 01095-2641

RE: Creditor:              CACV OF COLORADO, LLC
    Your Account Number:   12373024010903551
    Original Creditor:     MBNA
    Original Account Number: 5329011999226251
    Amount Owed:           $9,723.38
    Interest:              $3,097.16
    Total:                 $12,820.54

Dear JANET S HOEFS,

This office represents the above-named client, CACV OF COLORADO, LLC, who has placed the above-referenced matter for collection. This is a demand for payment because you have had ample time to pay your creditor. Sometimes we can arrange temporary installment payments but you must contact this office for arrangements.

## NOTICE OF IMPORTANT RIGHTS

UNLESS YOU, THE CONSUMER, WITHIN THIRTY DAYS AFTER RECEIPT OF THIS NOTICE, DISPUTE THE VALIDITY OF THE DEBT, OR ANY PORTION THEREOF, THIS OFFICE WILL ASSUME THIS DEBT IS VALID. IF YOU, THE CONSUMER, NOTIFY US IN WRITING WITHIN THE THIRTY-DAY PERIOD THAT THE DEBT, OR ANY PORTION THEREOF, IS DISPUTED, WE WILL OBTAIN VERIFICATION OF THE DEBT OR A COPY OF A JUDGEMENT AGAINST YOU, THE CONSUMER, AND A COPY OF SUCH VERIFICATION OR JUDGEMENT WILL BE MAILED TO YOU BY OUR OFFICE. UPON YOUR WRITTEN REQUEST WITHIN THE THIRTY-DAY PERIOD, WE WILL PROVIDE YOU WITH THE NAME AND ADDRESS OF THE ORIGINAL CREDITOR, IF DIFFERENT FROM THE CURRENT CREDITOR. IF YOU NOTIFY OUR OFFICE IN WRITING TO CEASE CONTACT BY TELEPHONE AT YOUR PLACE OF EMPLOYMENT, NO FURTHER SUCH CONTACT WILL BE MADE.

Please call our office toll free at 1-800-577-2230.

_J. Q. Cambece_
Attorney at Law

This communication is from a debt collector, and is an attempt to collect a debt. Any information obtained will be used for that purpose.

As required by law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations.

# EXHIBIT B

# J. A. CAMBECE LAW OFFICE, P.C.
ATTORNEYS AT LAW

8 BOURBON STREET
PEABODY, MASSACHUSETTS 01960

PEABODY
Tel. (888) 535-6161
Fax. (978) 535-7070
www.cambecelaw.com
c.cambecelaw@cambecelaw.com

18-DEC-03

9813174/12789024031204522/0021   (#24)   07782
ROBERT WINKWORTH
335 MAIN ST
STATEN ISLAND, NY 10307

CLS
1/20/04

RE: CREDITOR:                CACV of Colorado, LLC
    YOUR ACCOUNT NUMBER:     12789024031204522
    ORIGINAL CREDITOR:       FLEET BANK
    ORIGINAL ACCOUNT NUMBER: 5420968444239932
    TOTAL:                   $4,918.71

DEAR ROBERT WINKWORTH:

This office has been retained to collect the debt owed by you to CACV of Colorado, LLC. This is a demand for payment because you have had ample time to pay your creditor. Sometimes we can arrange temporary installment payments for you with our client, but you must contact this office for arrangements.

## NOTICE OF IMPORTANT RIGHTS

UNLESS YOU, THE CONSUMER, WITHIN THIRTY DAYS AFTER RECEIPT OF THIS NOTICE, DISPUTE THE VALIDITY OF THE DEBT, OR ANY PORTION THEREOF, THIS OFFICE WILL ASSUME THIS DEBT IS VALID. IF YOU, THE CONSUMER, NOTIFY US IN WRITING WITHIN THE THIRTY-DAY PERIOD THAT THE DEBT, OR ANY PORTION THEREOF, IS DISPUTED, WE WILL OBTAIN VERIFICATION OF THE DEBT OR A COPY OF A JUDGEMENT AGAINST YOU, THE CONSUMER, AND A COPY OF SUCH VERIFICATION OR JUDGEMENT WILL BE MAILED TO YOU BY OUR OFFICE. UPON YOUR WRITTEN REQUEST WITHIN THE THIRTY-DAY PERIOD, WE WILL PROVIDE YOU WITH THE NAME AND ADDRESS OF THE ORIGINAL CREDITOR, IF DIFFERENT FROM THE CURRENT CREDITOR. IF YOU NOTIFY OUR OFFICE IN WRITING TO CEASE CONTACT BY TELEPHONE AT YOUR PLACE OF EMPLOYMENT, NO FURTHER SUCH CONTACT WILL BE MADE.

Please call our office toll free at 1-888-535-6161.

*J. A. Cambece*
Attorney at Law

This communication is from a debt collector, and is an attempt to collect a debt. Any information obtained will be used for that purpose.
As required by law, you are hereby notified that this firm's client may submit a negative credit report reflecting on your credit record to a credit reporting agency if you fail to fulfill the terms of your credit obligations.

A24-DM1P