# EXHIBIT C

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

IN RE:

    SILVA, PATRICIA )
        Debtor        Chapter 7
                      Case No.: ~~02-17498CJK~~
                               02-17102-JTYF

### DEBTOR'S MOTION TO AVOID JUDICIAL LIEN ON RESIDENTIAL REAL ESTATE

NOW COMES the Debtor, PATRICIA SILVA, in the above-entitled proceedings, and respectfully move this Court for an order canceling and voiding the judicial lien on debtors' residence held by Collect America, Ltd., as Assignee of Direct Merchants Bank (hereinafter "Collect America"). Said judicial lien (Writ of Attachment) was recorded with the Essex South District Registry of Deeds on August 23, 2002 (within 90 days of the filing of the debtor's petition). In support of this Motion Debtor states as follows:

1. The Debtor filed a voluntary Chapter 7 petition on October 1, 2002. The duly appointed Chapter 7 Trustee in this case is Kathleen P. Dwyer, Esquire, Ardiff & Morse, 55 Ferncroft Road, Danvers, MA 01923.

2. Among the assets scheduled by the Debtor in these proceedings was Debtor's interest in real property located at 6B Christina Drive, Peabody, Massachusetts 01960, which real property is debtor's primary residence (the "Premises"). Said real property is owned jointly by the debtor and debtor's co-tenant, Richard W. Parsons.

3. The fair market value of said real property, as scheduled by



12

the debtor, is $195,000.00. This figure is based on an appraisal conducted by a lender with whom Debtor attempted to refinance her condominium; that refinance never occurred and the lender refused to provide debtor with a copy of its appraisal. Debtor has recently undergone surgery and has been unable to secure a competitive market analysis of the premises. However, debtor has obtained a Residential Property Record Card from the Peabody Assessor's Office evidencing an assessed value of $163,000.00. A copy of such Residential Property Record Card is attached hereto as <u>Exhibit 1</u>.

4. In Schedule C accompanying her voluntary petition, debtor claimed the equity in said real property as exempt pursuant to M.G.L. c. 188, §1. The Debtor recorded a Declaration of Homestead with respect to said real property at the Essex South District Registry of Deeds on August 26, 2002. Said Declaration is recorded at Book 19125, Page 20, and is attached hereto as <u>Exhibit 2</u>.

5. In addition to the judicial lien which is the subject of the instant motion, the debtor's residence is encumbered by a first mortgage to Countrywide Home Loans in the approximate principal amount of $109,480.00. A copy of debtor's loan statement is attached hereto as <u>Exhibit 3</u>. Accordingly, all liens on the premises in their order of priority (by recording date), are as follows:

| | Creditor | Instrument | Amount | Date Recorded |
|---|---|---|---|---|
| i. | Countrywide Mortgage | Mortgage | $109,480.00 | 5/22/98 |

2

    ii.    Collect America    Attachment    $12,000.00    5/28/98

6. The lien held by Collect America arises from a writ of attachment recorded with the Essex South District Registry of Deeds on August 23, 2002. The amount of such attachment is $12,000.00. A copy of said Writ of Attachment as recorded is attached hereto as <u>Exhibit 4.</u>

7.    11 U.S.C. §522 (f)(2)(A) provides as follows:

> For the purposes of this subsection, a lien shall be considered to impair an exemption to the extent that the sum of –
>
> (i) the lien,
> (ii) all other liens on the property; and
> (iii) the amount of the exemption that
>     the debtor could claim if there
>     were no liens on the property;
>
> exceeds the value that the debtor's interest in the property would have in the absence of any liens.

8. Debtor respectfully submits that, as to Collect America's judicial lien, the formula set forth in 11 U.S.C. §522 (f)(2)(A) applies to the instant motion as follows:

| | |
|---|---|
| i) Judicial Lien of Collect America: | $12,000.00 |
| ii) All other liens on property: | |
|     (a) Countrywide Funding | $109,480.00 |
| iii) Amount of Debtor's exemption: | <u>$300,000.00</u> |
| Total: | $421,480.00 |

3

a.

Value of Debtor's interest
in property in the absence of any liens:    $195,000.00

Scope of impairment:

$421,480.00- $195,000.00                    =    $144,883.77

or

b.

Value of Debtor's interest in property
In absence of any liens                :$97,500.00
                                       (1/2 interest as joint tenant)

Scope oOf impairment:

421,480.00 - $97,500.00                      =    $323,990.00

Debtor respectfully submits that as her interest in the premises is entirely exempt, the judicial lien of Collect America impairs the debtors' homestead exemption to the full extent of such lien, and accordingly Debtor respectfully moves that said lien be cancelled and avoided in its entirety.

WHEREFORE, the Debtors respectfully request that this Court enter an Order cancelling and voiding the judicial lien held by Collect America, LTD., as assignee of Direct Merchants Bank, and for such other and further relief as this Court deems just.

4

Dated: *1-10-03*

Respectfully submitted,
PATRICIA SILVA,
by her attorney,

_____
Andrew W. Evans
HUBBARD & EVANS
430 Boston Street
Suite 105
Topsfield, MA 01983
(978) 887-1075
BBO #556403

5

**EXHIBIT 1**

04/08/03  9:22:33 AM

# RESIDENTIAL PROPERTY RECORD CARD — CITY OF PEABODY, MASSACHUSETTS

| | | | | |
|---|---|---|---|---|
| 00006 CHRISTINA DR (B) | PARCEL ID: 102-511 | MAP/CODE/LOT # | NBHD ID: 152.00 LIVING UNITS: 1 | EFFECTIVE DATE OF VALUE: |
| | | | CLASS: R   STATE CLASS: 102   CARD #: 1 OF 1 | |

**CURRENT OWNER/ADDRESS**
PARSONS RICHARD W & SILVA P L
68 CHRISTINA DR
PEABODY         MA    01960

ZONING: BN
LAND DATA:  TYPE   SIZE   INFLUENCE FACTORS   X   LAND VALUE

DEED BOOK: 01425
DEED PAGE: 00436
DEED DATE: 19980522

TOTAL ACREAGE:                TOTAL LAND VALUE:

**SALES DATA:**
| Date | Type | Price | Valid | Date # | Amount | Purpose |
|---|---|---|---|---|---|---|
| 19980501 | BLDG ONLY | 120,000 | 0 | 20001026 1024 | 8,000 | 10x14 GAZEBO |

**PERMIT DATA:**

**DWELLING DATA:**
Story Ht:        2.00
Style:           CONDO
Walls:           FRAME
Bedrooms:        2
Total Rooms:     4
Basement:        FULL
Attic:           NONE
Full Baths:      1
Half Baths:      1
Addl Fixtures:
Total Fixtures: 7
Heating System:  HOT WATER
Type:            GAS
Fin. Bsmt. Living Area:
Basement Rec Room Area:
Total Fireplace:              x
Basement Garage (# Cars):
Ground Flr Area: 456          True GFLA: 456
TOT LIVING AREA: 950          True TLA:  950
Quality Grade:   C
CDU:             GD
Year Built:      1988
Eff. Year Built:
Cost Flag:

**COST APPROACH COMPUTATIONS**

| | Lower Level | First Floor | ADDITION DATA: Second Floor | Third Floor | Area | Value |
|---|---|---|---|---|---|---|
| Base Price | | | Fmt Overhang | | 19 | 1200 |
| Plumbing | | | Fmt Overhang | | 19 | 1200 |
| Additions | | | | | | |
| Unfin. Area | | | | | | |
| Basement | | | | | | |
| Attic | | | | | | |
| Heat/AC Adj. | | | | | | |
| FBLA | | | | | | |
| Rec Rm | | | | | | |
| Fireplace | | | | | | |
| Bsmt. Gar. | | | | | | |
| MISC. Features | | | | | | |
| SUBTOTAL | $82,880 | | | | | |
| Grade Factor | 1.00 | | | | | |
| C & D FACTOR | | | | | | |
| TOTAL RCN | $82,880 | | | | | |
| % Good | 0.95 | | | | | |
| Market Adj. | | | | | | |
| TOTAL RCNLD | $78,800 | | | | | |

LAND            ASSESSMENT INFORMATION
                PRIOR      CURRENT
LAND
BUILDING        163,000    163,000
TOTAL           163,000    163,000

DATA COLLECTION INFORMATION
20010515  RM    ENTRY + SIGN
                ENTRY + SIGN
                ENTRY + SIGN
                ENTRY + SIGN

**OUTBUILDING DATA**
Type  Qty  Yr Size1 Size2 Grd Cond Value

NOTES:

Outbuilding Total    163000    VALUE FLAG: 5

# DECLARATION OF HOMESTEAD

2002082600996 Bk:19125 Pg:20
08/26/2002 15:26:00 DHOME P:1

I, __PATRICIA L. SILVA__

owning and occupying the premises at __6B Christina Drive__

located in __Peabody__, Massachusetts __01960__

**FOR RECORDED LAND ONLY:**                                    **QUITCLAIM DEED**

the deed being recorded in Book __14825__ Page __436__ in the SOUTHERN ESSEX DISTRICT REGISTRY OF DEEDS

OR

**FOR REGISTERED LAND ONLY:**                                 **CERTIFICATE OF TITLE**

as certificate of Title _____ registered in the Land Registration Office of the SOUTHERN ESSEX DISTRICT REGISTRY OF DEEDS, hereby declare that I own, and am possessed of, and occupy said premises as a residence and Homestead as provided in Chapter 188, Section 1, of the Massachusetts General Laws, as amended from time to time.

I expressly reserve the right to myself and my spouse or to the survivor of us, or our legal representative, to revoke and rescind this Homestead as to ourselves and the rights of minor, unmarried children.

**TO BE SIGNED BY APPLICANT IN FRONT OF NOTARY PUBLIC:**

Witness my hand and seal this __26TH__ day of __August__                                 2002

_Patricia L. Silva_
Signature of Applicant

**FOR USE BY NOTARY PUBLIC ONLY:**
**COMMONWEALTH OF MASSACHUSETTS**

Essex, ss:                                                        __August 26,__ 2002

Then personally appeared the above-named __PATRICIA L. SILVA__
to me known to be the person who executed the foregoing instrument and acknowledged the foregoing document to be his/her free act and deed, before me

Return to:
Patricia L. Silva
6B Christina Dr.
Peabody, MA 01960

Notary Public: __Andrew W. Evans__
My Commission Expires: __9-27-07__

Filing Fee: $10.00 Recorded Land                         Make Checks Payable to:
           $30.00 Registered Land                        REGISTRY OF DEEDS

If mailing, send to: **John L. O'Brien, Register of Deeds**
Southern Essex District Registry of Deeds
36 Federal Street
Salem, Ma. 01970

EXHIBIT 2

1 of 2

  

**Countrywide HOME LOANS**

Account Number- ~~[redacted]~~
Property address
6b Christina Drive

EXHIBIT 3

## MONTHLY HOME LOAN STATEMENT

0022327 01 AT 0.292 **AUTO T7 2 0761 01960 51540022400 004833238 CC AR1 ST0000----0------ M8771 IN 2 PGO
RICHARD W PARSONS
PATRICIA L SILVA
6B CHRISTINA DR
PEABODY MA 01960-5154

### TO CONTACT US

- 24-hour account information: 1-800-669-6607
- New purchase, refinance and home equity loans: 1-800-686-0145
- Or visit us at www.countrywide.com

### COUNTRYWIDE BILLBOARD

**Are you selling your home for the right price? We'll help you find out.**

Nobody wants to sell their house for less than the going rate. With Countrywide's Home Price Check* you can make sure that the list price for your home is in the right ballpark. Home Price Check allows you to find out prices on homes in most areas of the United States. We'll even help you get started right now. Take a look at the pricing info below for some homes sold in your area:

| Address | City | Date | Price |
|---|---|---|---|
| 123 Lynnfield St | Peabody | Apr 2002 | $347,000 |
| 31 Blair Ter | Peabody | Jan 2002 | $225,000 |
| 38 Diane Rd | Peabody | Nov 2001 | $403,000 |

For more information, call 1-800-953-9965 or visit www.countrywide.com/sellersadvantage.

We take pride in customer satisfaction. That's why we're honored to be ranked "#1 in Customer Satisfaction Among the Largest National Home Mortgage Lenders"[†] by J.D. Power and Associates. For more details, call 1-800-953-9965 or visit www.countrywide.com/sellersadvantage.

*Domania software allows Countrywide to provide the information herein but such information is not guaranteed by Countrywide, nor shall Countrywide be liable for the accuracy or content or any actions taken in reliance thereon.
[†] J.D. Power and Associates 2002 Home Mortgage Study℠. Study based on responses from 8,817 home mortgage customers. www.jdpower.com

### HOME LOAN SUMMARY

**Home loan overview as of 07/08/2002**
Principal balance ........................... $109,482.99
Escrow balance ............................. $561.20

| Date | Payments received |
|---|---|
| 07/08/2002 | $1,073.00 |

**Amount due on 08/01/2002 as of 07/08/2002**
Home loan payment due 08/01/2002 ........ $1,073.00
(see next page for account details)

### NOTICES

Want more flexibility? Countrywide's online payment service, **MortgagePay on the Web**, allows you to make your payments around the clock. Visit **customers.countrywide.com** and check out the demo to see just how easy it is.

In the market to buy a new home? Check out **UpFront Approval** and sign up for **Seller's Advantage** and see the advantage smart preparation can make in selling your home faster, smarter and for the right price. For details call 1-800-619-9832 or visit www.countrywide.com.

Equal Housing Lender. © 2002 Countrywide Home Loans, Inc. Trade/service marks are the property of Countrywide Credit Industries, Inc. and/or its subsidiaries.

---

**IDENTITY THEFT PROTECTION PLAN**
The #1 consumer crime in the US is Identity Theft
Be protected NOW with Promisemark's
Identity Theft Protection Plan

**Plan Includes:**
- Credit Monitoring
- 911 Identity Theft Alerts
- Fraud Resolution Service
- McAfee Firewall Software
- $25,000 Loss Recovery Pledge (terms of service apply)
- Conveniently collected with your Countrywide home loan payment ($8.35/mo) or charge to your credit card

DON'T BECOME A VICTIM!
CALL TOLL-FREE TODAY AND PROTECT YOUR MOST
VALUABLE ASSET – YOUR IDENTITY!

**1-800-889-6024**
Call 24 hours

Countrywide has carefully selected Promisemark but is not liable for products or services offered by Promise marketing, LLC.

Uniform Form DCM-15
AR4-76

# Commonwealth of Massachusetts
## District Courts of Massachusetts



EXHIBIT 4

_ESSEX_, ss

Collect America, Ltd., as assignee of Direct Merchants Bank, Plaintiff

v.

Patricia Silva, Defendant.

Civil Action No. _02-0409_

**WRIT OF ATTACHMENT**
(Rule 4.1)



2002082300252 Bk:19111 Pg:241
08/23/2002 10:09:00 ATT Pg 1/1

To the Sheriffs of our several counties or their deputies, or a constable of any City or Town within the Commonwealth:

We command you to attach the goods or estate of defendant _PATRICIA SILVA_, of _6B CHRISTINA DRIVE, PEABODY, MA_, to the value of $ _12,729.59_, the amount authorized, as prayed for by plaintiff _COLLECT AMERICA, LTD._ of _DENVER COLORADO_, whose attorney is _CAMPBELL LAW OFFICE, P.C._ of _8 BOURBON ST. PEABODY, MA_, in an action brought by said plaintiff against said defendant in this court, and make due return of this writ with your doings thereon.

The complaint in this case was filed on _August 22, 2002_ (date) / This attachment was approved on _8-22-02_ (date) by _[signature]_ (signature of judge), J., in the amount of $ _12729.59_

WITNESS _Santo J. Ruma_, Presiding Justice, on _8/22/02_ (date)

Clerk _[signature]_

**PROOF OF ATTACHMENT**

TRUE ATTEST COPY
_[signature]_
DEPUTY SHERIFF

Essex ss

By virtue of this writ on **August 23, 2002** at 8:30 in the forenoon I attached all the right, title and interest of the defendant(s), PATRICIA SILVA has/have in the real estate recorded at the Essex County Registry of Deeds, Book: 14825 Page: 436

_[signature]_
Deputy Sheriff

Later, on **August 23, 2002** I deposited at the Registry of Deeds in said County of Essex, an attested copy of the within writ together with so much of my return as relates to the attachment of said real estate

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

IN RE:

SILVA, PATRICIA        )        Chapter 7
        Debtor         )        Case No.: 02-17498CJK


ORDER AVOIDING JUDICIAL LIEN


Upon consideration of the Debtor's Motion To Avoid Judicial Lien On Residential Real Estate, and after due notice and hearing or opportunity for hearing, it is hereby ORDERED that the judicial lien (Writ of Attachment) held by Collect America, LTD., as Assignee of Direct Merchants Bank, in and on the Debtor's residential real estate located at 6B Christina Drive, Peabody, Massachusetts, and recorded with the Essex South District Registry of Deeds at Book 19111, Page 241 be, and hereby is, declared null and void.


Dated:            _____
                  United States Bankruptcy Judge

## CERTIFICATE OF SERVICE

I, Andrew W. Evans, hereby certify that on the below date I caused the within <u>Motion To Avoid Judicial Lien</u> and <u>Proposed Order</u> on the following parties by mailing same by first class mail, postage pre-paid:

Kathleen P. Dwyer, Esq.
Ardiff & Morse
55 Ferncroft Road
Danvers, MA 01923

(Chapter 7 Trustee)

CACV
C/o Cambece Law Offices
8 Bourbon Street
Peabody, MA 01960

Countrywide Home Loans
P.O. Box 5170
Simi Valley, CA 93062-5170

U.S. Trustee
Room 1101 O'Neill Federal Building
10 Causeway Street
Boston, MA 02222

Peabody Tax Collector
City Hall
24 Lowell Street
Peabody, AM 01960

Dated: 1-10-03

Andrew W. Evans

6