**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
SPRINGFIELD DIVISION**

FILED

U.S. DISTRICT COPY

| | | |
|---|---|---|
| JANET S. HOEFS,<br>ROBERT WINKWORTH, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | 04-CV-30015-MAP |
| v. | ) | |
| | ) | |
| CACV OF COLORADO, LLC,<br>J.A. CAMBECE LAW OFFICE, P.C.,<br>J. ANTHONY CAMBECE, and<br>COLLECT AMERICA, LTD., | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFFS' MOTION TO RECONSIDER**

Plaintiffs Janet Hoefs and Robert Winkworth respectfully request that this Court reconsider the orders entered on April 14, 2005. In support thereof, plaintiffs state:

1. On April 14, 2005, this Court entered three orders in this case. The first order denied plaintiff's motion to certify a class because the plaintiff is no longer a proper class representative. The second order granted Collect America's motion to dismiss stating that defendant's arguments were meritorious and the plaintiff failed to timely file a response in opposition in accordance with the local rules. The third order denied plaintiff's motion for leave to file a third amended complaint, instanter, because the amendment is futile and because Hoefs and Collect America are no longer proper parties.

2. On or about March 16, 2005, Collect America, Ltd. filed a motion to dismiss.

3. In response to that motion and pursuant to Fed. R. Civ. P. 15(a), plaintiffs

1

filed a motion for leave to file a third-amended complaint, *instanter*, on March 29, 2005.

4.    In paragraph 2 of that motion, plaintiffs stated "Plaintiffs bring this motion in response to Collect America's motion to dismiss."

5.    Plaintiffs respectfully request this Court reconsider its ruling that "plaintiff has failed to file an opposition as required by the local rules," since plaintiffs did timely file a motion for leave to file a third amended complaint in response to Collect America's motion to dismiss. The proposed third amended complaint was filed to cure the alleged "defects" that plaintiffs had not alleged sufficient minimum contacts for Collect America to meet personal jurisdiction requirements.

6.    Plaintiffs respectfully request that this Court reconsider its ruling on plaintiffs' motion for leave to file a third amended complaint. Alternatively, plaintiffs request leave to file a response to Collect America's motion to dismiss.

7.    Plaintiffs submit that the amendment is not futile as the proposed third amended complaint cures the alleged "defects" in the second amended complaint. The proposed third amendment complaint is not futile for it affords an opportunity for both Hoefs and Winkworth to maintain their claims against Collect America. This Court should rule consistently with the liberal amendment policy of Fed. R. Civ. P. 15. Foman v. Davis, 371 U.S. 178, 83 S.Ct. 227 (1962).

8.    Plaintiffs respectfully request that this Court grant them leave to re-file their motion for class certification, naming Mr. Winkworth as the class representative.

WHEREFORE, plaintiffs respectfully request that this Court grant their motion to reconsider this Court's April 14, 2005 orders.

Respectfully submitted,

Christopher M. Lefebvre
CLAUDE LEFEBVRE, P.C.
P.O. Box 479
Pawtucket, RI  02862
(401) 728-6060
(401) 728-6534 (FAX)
Mass. BBO No. 629056

Daniel A. Edelman
Heather Piccirilli
EDELMAN, COMBS, LATTURNER
    & GOODWIN, LLC
120 S. LaSalle Street, 18th floor
Chicago, IL  60603
(312) 739-4200
(312) 419-0379 (FAX)

3

## RULE 7.1 CERTIFICATION

I, Heather Piccirilli, hereby certify that I have conferred in good faith with counsel for defendants regarding the issues in this Motion, and counsel for defendant CACV of Colorado, LLC, and defendant Collect America, Ltd., do not assent to this motion. I was unable to reach an accord with counsel for defendant J.A. Cambece Law Office, P.C. and defendant J. Anthony Cambece.

Heather Piccirilli

## CERTIFICATE OF SERVICE

I, Heather Piccirilli, hereby certify that on April 14, 2005, I caused a copy of the foregoing document to be served by United States Mail and Facsimile upon the parties listed below.

Evan Lawson
Kathryn E. Pieczarka
LAWSON & WEITZEN, LLP
88 Black Falcon Avenue, Suite 345
Boston, MA 02210
617-439-3987 (FAX)

Richard L. Nehigian
Mary Morrissey Sullivan
PEABODY & ARNOLD, LLP
30 Rowes Wharf
Boston, MA 02110
617-235-3564 (FAX)

Heather Piccirilli