UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS
SPRINGFIELD DIVISION

JANET S. HOEFS, and
ROBERT WINKWORTH,

                    Plaintiffs,

v.

CACV OF COLORADO, LLC, J.A.
CAMBECE LAW OFFICE, P.C., and J.
ANTHONY CAMBECE, and COLLECT
AMERICA, LTD.,
                    Defendants.

CIVIL ACTION NO. 04-CV-30015-MAP

## DEFENDANTS J.A. CAMBECE LAW OFFICE, P.C. AND J. ANTHONY CAMBECE'S RESPONSE TO PLAINTIFFS' SUPPLEMENTAL MEMORANDUM REGARDING VENUE

Defendants J.A. Cambece Law Office, P.C. and J. Anthony Cambece ("the Cambece defendants") submit this response to Plaintiffs' Supplemental Memorandum Regarding Venue. The Cambece defendants adopt and incorporate by reference the arguments set forth in Defendant CACV of Colorado, LLC's Response to Plaintiffs' Supplemental Memorandum Regarding Venue.

Reassignment of this case to the Eastern Division would be consistent with Local Rule 40.1(D)(c). Plaintiff Janet S. Hoefs, the only party who resides in the Springfield Division of the District of Massachusetts, is no longer a party in this action. The only remaining Massachusetts parties are the Cambece defendants, who are located in the Eastern Division of the District of

Massachusetts.  Under Local Rule 40.1(D)(c), this action should be reassigned to the Eastern

Division.  The Cambece defendants have not waived this issue as erroneously asserted in

plaintiffs' supplemental memorandum.  A defense of improper venue is properly alleged in the

answers to the Second Amended Complaint filed by the Cambece defendants.

                                        Respectfully submited,

                                        J. Anthony Cambece and
                                        J.A. Cambece Law Office, P.C.
                                        By their attorneys,


                                        ___/s/ Richard L. Nahigian_____
                                        Richard L. Nahigian
                                        BBO No. 549096
                                        Matthew J. Griffin
                                        BBO No. 6471720
                                        Peabody & Arnold LLP
                                        30 Rowes Wharf
                                        Boston, MA  02110
                                        617.951.2100


612961_1