UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JANET S. HOEFS, ET AL, )<br>      Plaintiffs )<br>)<br>    v. )<br>)<br>CACV OF COLORADO, LLC, J.A., )<br>ET AL, )<br>      Defendants ) | C.A. NO. 04-30015-MAP |

<u>ORDER OF TRANSFER</u>

April 25, 2005

PONSOR, D.J.

    Pursuant to Rule 40.1(f) of the Local Rules for the United States District Court for the District of Massachusetts, this case is hereby ordered transferred to the Eastern Division of this District. Following dismissal of the plaintiff Hoeffs, the only remaining Massachusetts parties are J.A. Cambece Law Office, P.C. and J. Anthony Cambece, both of whom reside in the Eastern Division.  Since no party retains any connection to the Western Division, the court will order the case transferred.

    It is So Ordered.

                                    /s/ Michael A. Ponsor
                                    MICHAEL A. PONSOR
                                    U. S. District Judge