UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS
SPRINGFIELD DIVISION

| | |
|---|---|
| JANET S. HOEFS, and<br>ROBERT WINKWORTH,<br>       Plaintiffs,<br><br>v.<br><br>CACV OF COLORADO, LLC, J.A.<br>CAMBECE LAW OFFICE, P.C., and J.<br>ANTHONY CAMBECE, and COLLECT<br>AMERICA, LTD.,<br>       Defendants. | CIVIL ACTION NO. 04-CV-30015-MAP |

**OPPOSITION OF DEFENDANTS J. ANTHONY CAMBECE AND J.A. CAMBECE
LAW OFFICE P.C. TO PLAINTIFF'S MOTION TO RECONSIDER**

      Defendants J. Anthony Cambece and J.A. Cambece Law Office P.C. (collectively

"Cambece") oppose plaintiffs' motion to reconsider this court's April 14, 2005 orders

(1) granting defendant Collect America Ltd.'s Motion to Dismiss, (2) denying plaintiff's Motion

to File Third Amended Complaint *Instanter* and (3) denying a motion for class certification.

      As previously ordered by the court, plaintiff Janet Hoefs' claims against Cambece and

defendant CACV of Colorado, LLC are subject to mandatory arbitration.  The basis for the

court's arbitration order applies with equal force to her purported claims against Collect America

Ltd. (see Opposition of Defendants J.A. Cambece Law Office, P.C. and J. Anthony Cambece to

Plaintiffs' Motion for Leave to File a Third Amended Complaint, at 2).  Plaintiffs' Motion for

Reconsideration, moreover, adds nothing to the record that would suggest any reason for

reconsideration of the court's order.  As Ms. Hoefs is no longer a proper party in this case and in

view of the substantive merit of Collect America Ltd.'s Motion to Dismiss, as well as plaintiffs'

failure to properly oppose the motion, there is no reason for the court to reconsider its April 14, 2005 orders.

Respectfully submited,

J. Anthony Cambece and
J.A. Cambece Law Office, P.C.
By their attorneys,


___ /s/ Richard L. Nahigian _____
Richard L. Nahigian
BBO No. 549096
Peabody & Arnold LLP
30 Rowes Wharf
Boston, MA  02110
617.951.2100

:613254_1