## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

RE:   Civil / Criminal No.   **1: 04-CV-30015-NG**

Title:   **JANET S HOEFS, ET AL. V. CACV OF COLORADO, LLC. ET AL.**

## NOTICE

Please take notice that the above-entitled case previously assigned to Judge **Ponsor**

has been transferred to Judge **Gertner**  for all further proceedings. From this date forward the

number on all pleadings should be followed by the letter (s) **NG** . In addition, please ensure

that all future correspondence with the Clerk's Office has the proper number and letter on the

lower left hand corner of the envelope, as well on the correspondence or pleading being filed.

   Thank you for your cooperation in this matter.

   **SARAH A. THORNTON, CLERK**

   **By**: /s/ *Maurice G. Lindsay*
   **Deputy Clerk**

**Date:** April 26, 2005

__x____   Please **NOTE** that the above case has been transferred to the Eastern section in Boston. All future filings should be made at the Clerk's Office, **U.S. District Court,** John Joseph Moakley U.S. Courthouse, 1 Courthouse Way-Suite 2300, Boston, MA 02210

_____   Please **NOTE** that the above case has been transferred to the Central Section in Worcester. All future filings should be made at the Clerk's Office, **U.S. District Court,** Donohue Federal Bldg, 595 Main Street, Worcester, MA 01608

Copies to: Counsel, Systems Administrator