# UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JANET S. HOEFS, and<br>ROBERT WINKWORTH,<br><br>       *Plaintiffs*,<br><br>v.<br><br>CACV of COLORADO, LLC,<br>J.A. CAMBECE LAW OFFICE, P.C., and<br>J. ANTHONY CAMBECE, and<br>COLLECT AMERICA, LTD.,<br><br>       *Defendants*. | CASE NO. 04-30015 (NG) |

### DEFENDANT CACV of COLORADO, LLC's OPPOSITION TO PLAINTIFFS' MOTION FOR RECONSIDERATION

Defendant CACV of Colorado, LLC hereby opposes the plaintiffs' motion to reconsider the Orders entered on April 14, 2005 (denying plaintiff's motion for leave to file a third amended complaint, granting Collect America's motion to dismiss, and denying class certification) because the Court properly entered these Orders and the plaintiffs offer no substantive reason or manifest error of law or fact in support of reconsidering the Orders.

First, as briefed by the defendants and discussed by the Court, the plaintiffs' motion for leave to file a third amended complaint was properly denied because it was futile and wasteful, as it did not change the Court's lack of jurisdiction over Collect America and it did not change the plaintiffs' failure to state a claim against Collect America.  See *Grant v. News Group Boston, Inc.*, 55 F.3d 1, 5 (1st Cir.1995).  Further, Hoefs and Collect America are no longer proper parties to this action because both were subject to mandatory arbitration.  Therefore, the Court

properly denied the plaintiffs' motion for leave. The plaintiffs offer no substantive reason for the Court's reconsideration.

Second, the plaintiffs failed to oppose Collect America's motion to dismiss; therefore, it was properly denied. See Local Rule 7.1(B)(2). The plaintiffs had their opportunity to oppose the motion, yet chose not to and instead moved to amend their second amended complaint, which failed. To allow the plaintiffs another opportunity to oppose Collect America's motion to dismiss would be unjust and unduly prejudice.

Third, the plaintiffs had ample opportunity to amend their motion for class certification to include Mr. Winkworth, but failed to do so. Accordingly, the Court properly denied their motion. The plaintiffs offer no substantive reason for the Court's reconsideration.

WHEREFORE, the Court should deny the plaintiff's motion to reconsider because the plaintiffs offer no substantive error of fact or law that would require the Court's reconsideration.

    Respectfully submitted,
    Collect America, Ltd.
    By their attorneys,

    __/s/ Kathryn E. Pieczarka__
    Evan T. Lawson (BBO# 289280)
    Kathryn E. Pieczarka (BBO# 658785)
    LAWSON & WEITZEN, LLP
    88 Black Falcon Avenue, Suite 345
    Boston, MA 02210
    (617) 439-4990

**CERTIFICATE OF SERVICE**

I, Kathryn E. Pieczarka, certify that on **April 27, 2005** a copy of the foregoing DEFENDANT CACV of COLORADO, LLC'S OPPOSITION TO PLAINTIFFS' MOTION TO RECONSIDER was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

    __/s/ Kathryn E. Pieczarka__
    Kathryn E. Pieczarka