# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| __Janet S. Hoefs__ | |
| Plaintiff | CIVIL ACTION |
| V. | NO. __04-30015__ |
| __CACV of Colorado, LLC et al__ | |
| Defendant | |

## SETTLEMENT ORDER OF DISMISSAL

__Alexander, M. J.__

The Court having been advised on __July, 19, 2005__ that the above-entitled action has been settled;

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within sixty (60) days if settlement is not consummated.

By the Court,

__July 22, 2005__  /s/ Eugenia Edge
Date  Deputy Clerk

(Dismissal Settlement.wpd - 12/98)