# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JANET S. HOEFS, and )<br>ROBERT WINKWORTH, )<br>)<br>      *Plaintiffs*, )<br>)<br>v. )<br>)<br>CACV of COLORADO, LLC, )<br>J.A. CAMBECE LAW OFFICE, P.C., and )<br>J. ANTHONY CAMBECE, and )<br>COLLECT AMERICA, LTD., )<br>)<br>      *Defendants*. )<br>) | CASE NO. 04-30015 (NG) |

## STIPULATION OF DISMISSAL

Now come the parties in the above-entitled matter, and pursuant to Fed. R. Civ. P. 41(a)(1), stipulate that Hoefs and Winkworth dismiss their individual actions against the defendants with prejudice, without costs to any party, and with all rights of appeal waived.

Plaintiffs,
Hoefs and Winkworth,
By their attorneys,

_____ 8/29/05
Christopher M. Lefebvre
LAW OFFICES OF CLAUDE
   LEFEBRVE & SONS
P.O. Box 479
Pawtucket, RI 02862
401-728-6060

Defendants,
Collect America, Ltd. and
CACV of Colorado, LLC,
By their attorney,

_____ 9/8/05
Kathryn E. Pieczarka (BBO# 658785)
LAWSON & WEITZEN, LLP
88 Black Falcon Avenue, Suite 345
Boston, MA 02210
617-439-4990

Defendants,
J.A. Cambece Law Office, P.C. and
J. Anthony Cambece,
By their attorney,

_____
Richard L. Nahigian (BBO# 549096)
Peabody & Arnold LLP
30 Rowes Wharf
Boston, MA 02110
617-951-2100